UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. )<br>6015 8th Street, N.W. )<br>Washington, D.C. 20011 )<br> )<br>      Plaintiff, ) | Civil Action No.: 06-_____ |
| v. ) | |
| ANTHONY WILLIAMS, Mayor )<br>1350 Pennsylvania Avenue, N.W )<br>Washington, DC 20004 ) | |
| DISTRICT OF COLUMBIA, )<br>441 4th Street, N.W. )<br>Washington, D.C. 20001 ) | |
| CHARLES JAMES, LINWOOD )<br>A. WILLIAMS and PHYLLIS BRODY, )<br>Clinical Psychologist, )<br>633 Indiana Avenue, N.W. )<br>12th Floor )<br>Washington, D.C. 20004 ) | |
| COURT SERVICES AND OFFENDERS )<br> SUPERVISION AGENCY, )<br>633 Indiana Aveneu, N.W. )<br>Washington, D.C. 20004 ) | |
|      Defendants. ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION**

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446 and 2679(d)(2). In support of that notice, the Attorney General states as follows:

1. Charles James and Linwood A. Williams are defendants in the civil action styled Johnny Ray Chandler v. Anthony Williams, et al., now pending in the Superior Court of the District of Columbia, Civil Action No. 06-0001911.

2. The above-entitled action was filed on or around February 22, 2006, and a copy of the complaint is attached hereto as Exhibit A. The action has not yet proceeded to trial.

3. At the time of the incidents alleged in the complaint, defendants Charles James and Linwood Williams were employees of the Court Services and Offender Supervision Agency for the District of Columbia. Plaintiff's complaint alleges harassment, conspiracy and false accusation, he is also alleging Fifth and Fourteenth Amendment violations, as well as, cruel and unusual punishment under the Eighth Amendment of the U.S. Constitution. The plaintiff is currently on parole for Robbery, Armed Robbery and Assault with a Dangerous Weapon. Plaintiff alleges: (1) he was ordered by his Community Supervision Officer to undergo a Mental Heath Assessment, (2) he had to sign a form agreeing to have his Parole Supervision turned over to the District of Columbia's Sex Offenders Unit, (3) if he did not sign the form there would be a Parole Revocation Hearing, and (4) he would be placed on a G.P.S. System. See Complaint at 2.

4. On the basis of the Complaint and other available information, Rudolph Contreras, Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Mr. James and Mr. Williams were acting within the scope of their respective offices or employment at the time of the alleged incidents. See Ex. B; 28 C.F.R. § 15.4. This certification means that, pursuant to 28 U.S.C. § 2679(d)(1), the United States shall now, as a matter of law and without order of the Court, be substituted for Mr. James and Mr. Williams as defendant in this action. In

addition, the certification means that this action "shall be removed" to District Court, pursuant to 28 U.S.C. § 2679(d)(2).

5. Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against officials of the United States government, for actions allegedly taken while acting within the scope of their office or employment, and therefore removal is also authorized by 28 U.S.C. § 1441(a).

6. Furthermore, plaintiff's complaint alleges that his causes of action are brought against Mr. James and Mr. Williams in their individual and official capacities for damages. However, because defendants are officers of an agency of the United States and were acting under color of their respective offices, 28 U.S.C. § 1442(a)(1) provides another statutory basis for removal of this action.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1441, 1442 (a)(1), 1446, and 2679(d).

April 11, 2006

Respectfully submitted,

_/s/ Kenneth L. Wainstein_
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_/s/_
RUDOLPH CONTREAS, D.C. BAR # 434122
Assistant United States Attorney

_/s/ Mercedeh Momeni / CAA_
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W, Room E4208
Washington, D.C. 20530
(202) 305-4851



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JOHNNY R CHANDLER Jr
Vs.
ANTHONY WILLIAMS

C.A. No.   2006 CA 001911 B

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A. GOODEN-TERRELL
Date:  March 9, 2006
Initial Conference: 9:15 am, Friday, June 02, 2006
Location:  Courtroom 219
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001


EXHIBIT A

CA Form 1

# Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Johnny Ray Chandler
*Plaintiff*

vs.

Court Services and Offender
Supervision Agency *Defendant*
300 Indiana Ave., N.W.
Washington, D.C. 20001

06-0001911

Civil Action No. _____

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Johnny Ray Chandler, Sr., Pro-Se
Name of Plaintiff's Attorney

6015 8th Street, N.W.
Address
Washington, D.C. 20011

(202) 723-8885
Telephone

By _____
Deputy Clerk

Date 2-22-06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

My Commission Expires (Notary Public/Deputy Clerk)
May 14, 2010

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C., 20011

REJECTED & RETURNED
Feb 28 2006
Civil Clerk's Office
Superior Court of the
District of Columbia

**Plaintiff**

0C-0001911

vs.

Civil Action No. _____

Anthony Williams - Mayor
(Served Gladys Herring)
1350 Penn Ave. NW DC - Suite 419

The District of Columbia
(Served Ms. Janice [illegible])
441 4th Street, NW

RECEIVED
Civil Clerk's Office
FEB 2 2 2006
Superior Court of the
District of Columbia
Washington, D.C.

FILED
RECEIVED BY MAIL
FEB 22 2006
Superior Court
of the District of Columbia
Washington, D.C.

Charles James, Linwood Williams,
Phyllis Brody, Clinical Psychologist
(Serve Ms. Mary Rodriguez)
633 Indiana Ave. NW DC 12th floor
Washington, DC 20004

Court Services and Offenders
Supervision Agency
(Serve Ms. Mary Rodriguez)
633 Indiana Ave. NW DC 12th floor
Washington, DC 20004

**Defendants**

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

his claim is against the District of Columbia, The Court Services and Offender Supervision Agency and three (3) of it's employees, Mr. Charles James, C.S.O. (Community Supervision Officer), Mr. Linwood A. Williams, S.C.S.O. (Supervising Community Supervision Officer), and Ms. Dr. Phyllis Brody, (Clinical Psychologist), all in their individual and official capacity. For the malicious torts of: Liable and slander, Defamation of Character, Coercion

Wherefore, Plaintiff demands judgment against Defendant in the sum of $350,000.00 with interest and costs.

Continued on Attached Page

(202) 723-8885
Phone:

District of Columbia, ss

Johnny Ray Chandler, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

Johnny Ray Chandler, Sr.
(Plaintiff / Agent)

Subscribed and sworn to before me this  23rd  day of  January  20 06.

KATEH ZAHRAN
District of Columbia
My Commission Expires (Notary Public/Deputy Clerk)
May 14, 2010

FORM CV-1013: Nov 00

## COMPLAINT CONTINUED

Harassment, Conspiracy, and False Accusation. Also, a Fifth (5th) and Fourteenth (14th) Amendment Violation. Plus Cruel and Unusual Punishment, under the Eighth Amendment of the U.S. Constitution. I, am presently on Parole. For Robbery, Armed Robbery, and A.D.W., (Assault With A Dangerous Weapon). Mr. Charles James, C.S.O. is my Parole Officer. He, Mr. Linwood A. Williams, S.C.S.O., and Ms. Phyllis Brody, Clinical Psychologist. All work for the Court Services and Offender Supervision Agency. Which is a subsidiary agency of the District of Columbia Government. Back in August of 2005 I was ordered by Mr. James, C.S.O. to go to 300 Indiana Avenue, N.W., Washington, D.C. 20001 to receive a Mental Health Assessment from a Psychologist by the name of Ms. Phyllis Brody. On Tuesday, December 20, 2005, I called Mr. James, C.S.O. and he ordered / told me that I had to come to his Office to sign a form agreeing to have my Parole Supervision turned over to the District of Columbia's, Sex Offenders Unit, and that I would be placed on the G.P.S. System. Furthermore, he informed me that if I refused to sign the form there would be a Parole Revocation Hearing. So as instructed, I went to his Office to sign the form. I, was very

Reluctant in signing that form. ( SEE EXHIBIT A. ) ( **Letter of Recommendation to the U.S. Parole Commission**). Because, I did not, and do not want my Parole to be

Revoked. When I got to Mr. James's Office, he was not there. He had gone home. At no time was I given an in person **DUE PROCESS HEARING**.
By Mr. James saying what he said about my Parole being Revoked.

He was using that as a form of coercion. Furthermore, I have a witness Statement from my father, Mr. Nazim Abdul Karriem. Verifying that I was instructed by Mr. Charles James, C.S.O. to come to his Office to sign the above mentioned form. (**SEE EXHIBIT**

C ). If I had not been coerced . I, never would have Signed that form. Furthermore, by being told that I will be placed on the G.P.S. System That is a form of harassment. Moreover, pursuant to the District of Columbia's Metropolitan Police Departments Internet On Line sit. It states that :

"PERSONS WHO HAVE BEEN ARRESTED OR CHARGED WITH A SEX OFFENSE ARE NOT REQUIRED TO REGISTER UNLESS THE ARREST OR CHARGE RESULTS IN A CONVICTION OR A FINDING OF NOT GUILTY BY REASON OF INSANITY. JUVENILES ADJUDICATED (NOT CHARGED OR CONVICTED AS ADULTS ) OF SEX ABUSE OFFENSES ARE NOT REQUIRED TO REGISTER AND WILL NOT APPEAR ON THE REGISTRY."

(SEE EXHIBIT B. Pg 1 of 2). This statement further solidifies the fact that I am being victimized With harassment. Moreover, I have not committed any criminal acts that warrant me being placed on the G.P.S. System. As I stated earlier, and I reiterate. I was found guilty of Robbery, Armed Robbery, and A.D.W. (Assault With A Dangerous Weapon). I, am not a Sex Offender and I have never been convicted of a Sex Crime. By The defendants submitting and recommending that my Parole be supervised by the Sex Offenders Unit. They are accusing and labeling me as a Sex Offender. Which is a **FALSE ACCUSATION.** For the Record a Sex Offender is a person (male or Female) that has Been convicted in a Court of Law for ( Rape, Sodomy, or Child Molestation ). There is Nothing in my Institutional Records / Files saying or indicating that I have committed or Attempted to commit any form of a Sex Act. Moreover, there are no Complaints from any Member or members of the Community alleging any Sexual misconduct on my part. Therefore, in the interest of Justice. I, respectfully move this Honorable Court to find the Defendants guilty of all charges..

# REQUESTED RELIEF

As relief in this Claim. I Plaintiff, Johnny Ray Chandler, Sr. Respectfully request the Following relief:

1. **Monetary Relief:** $ 175,000.00 from the District of Columbia Government,
2. $ 100,000.00 from the Court Services and Offender Supervision Agency

   **Punitive Damages:** $ 25,000.00 from Mr. Charles James, C.S.O., $ 25,000.00 from Mr. Linwood A. Williams, and $ 25,000.00 from Ms. / Dr. Phyllis Brody, ( Clinical Psychologist).

   **Injunctive Relief:** That this Court ORDER that for the charges of :

   A. Liable and Slander;
   B. Defamation of Character;
   C. False Accusation;
   D. Coercion;
   E. Harassment, and
   F. Conspiracy.

Mr. Charles James, C.S.O., his immediate Supervisor, Mr. Linwood A. Williams, S.C.S.O., and Ms. Phyllis Brody, Clinical Psychologist be immediately placed on ninety (90) days suspension without pay.

4. **T.R.O. (Temporary Restraining Order).** Ordering that I not receive any recourse Actions as a result of this claim, (My Parole not be revoked).

Respectfully Submitted,

Johnny Ray Chandler, Sr.

## SCR CIV FORM 1-A
### Notice and Acknowledgment for Service by Mail
### SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

Johnny Ray Chandler, Sr.
_____
Plaintiff
v.                                    Civil Action Number 06-0001911

Court Services and Offender Supervision Agency
_____
Defendant

### NOTICE

To:  Name  Serve: Mrs. Mary Rodriguez
     Address  633 Indiana Ave., N.W., 12th Fl.
     Washington, D.C. 20001

[stamp: 2006 MAR 21 AM 11:54 CSOSA OFFICE OF GENERAL COUNSEL]

The enclosed summons, complaint and initial order are served pursuant to Rule 4(c)(4) of the Superior Court Rules of Civil Procedure.

You must sign and date the Acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty (20) days after it has been mailed, you (or the other party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons, complaint and initial order in any other manner permitted by law.

If you do complete and return this form, you (or the other party on whose behalf you are being served) must answer the complaint within twenty (20) days after you have signed, dated and returned the form. If you fail to do so, judgment by default may be taken against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint and Initial Order was mailed on (insert date) 3/13/06.

Johnny Ray Chandler, Sr.        3/13/06
_____       _____
Signature                       Date of Signature

### Acknowledgment of Receipt of Summons, Complaint and Initial Order

I received a copy of the summons, complaint and initial order in the above captioned matter at

(address) _____

_____     _____     _____
Signature                    Relationship to Defendant/Authority     Date of Signature
                             To Receive Service of Process

Form CV(6)-1590/Mar 97

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-_____ |
| ) | |
| v. ) | |
| ) | |
| ANTHONY WILLIAMS, Mayor, et al., ) | |
| ) | |
| Defendants. ) | |

**WESTFALL CERTIFICATION**

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Johnny R. Chandler, Sr. v. Anthony Williams, et al.</u>, now pending in the Superior Court of the District of Columbia, Civil Division, Civil Action No. 2006 CA 001911 (filed Feb. 22, 2006), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendants Charles James and Linwood A. Williams were acting within the scope of their employment as employees of the United States at the time of the alleged incident.

April 10, 2006

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division


EXHIBIT B

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY WILLIAMS, Mayor, et al., )<br>)<br>Defendants. )<br>) | Civil Action No.: 06-_____ |

NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

PLEASE TAKE NOTE that on April 11, 2006, the United States filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1446(a) and 2679(d)(2). Accordingly, the **Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded."** See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

April 11, 2006                                  Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
RUDOLPH CONTREAS, D.C. BAR # 434122
Assistant United States Attorney

MERCEDEH MOMENI
Assistant United States Attorney

555 4th Street, N.W, Room E4208
Washington, D.C. 20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I caused copies of the foregoing Notice of Removal of a Civil Action, Westfall Certification, and Notice of Filing of Notice of Removal of a Civil Action to be served by first class mail upon *pro se* plaintiff at:

> Johnny Ray Chandler, Sr.
> 6015 8th Street, N.W.
> Washington, DC 20011

and upon:

> Charles James
> Linwood A. Williams
> Phyllis Brody
> 633 Indiana Avenue, N.W.
> 12th Floor
> Washington, DC 20004

on this 11th day of April 2006.

> _/s/ Mercedeh Momeni/CAA_
> MERCEDEH MOMENI
> Assistant United States Attorney
> 555 4th St. NW
> Washington, DC 20530
> (202) 305-4851
> mercedeh.momeni@usdoj.gov