UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANTHONY WILLIAMS, Mayor ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> CHARLES JAMES, LINWOOD ) <br> A. WILLIAMS and PHYLLIS BRODY, ) <br> Clinical Psychologist, ) <br> ) <br> COURT SERVICES AND OFFENDERS ) <br> SUPERVISION AGENCY, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No 06-664 (PLF) <br> ECF |

### FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), Federal Defendants respectfully move the Court for an extension of time from April 17, 2006, to June 12, 2006, to answer or otherwise respond to Plaintiff's Complaint. Because Plaintiff is proceeding *pro se,* Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]  A scheduling order has not been entered in this case. This is Federal Defendants' first request for an extension of time.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispostive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties.

There is good cause for the Court to grant this motion. This case was originally filed in the Superior Court of the District of Columbia, but it was removed to the District Court on April 11, 2006. Fed. R. Civ. P. 81 requires a defendant to answer or present other defenses within 20 days after receipt through service or otherwise of a copy of the initial pleading, or within five days after the filing of the petition for removal, whichever is longer. Here, the deadline for Federal Defendants to respond to Plaintiff's Complaint is on April 17, 2006, five business days from the removal date. See Fed. R. Civ. P. 81; Fed. R. Civ. P. 6(a) ("when the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation.").

Federal Defendants request that they be granted 60 days to respond to Plaintiff's Complaint.[2] Such enlargement of time is consistent with the 60-day period that the United States is accorded to respond to complaints under Fed. R. Civ. P. 12(a)(3). More importantly, Defendants' counsel needs the additional time to become familiar with the issues and evaluate the merit of Plaintiff's claim.

---

[2] The U.S. Attorney's Office has not been served with a copy of the Summons and Complaint. As such, Defendants do not waive any defenses under Rule 12(b) or otherwise, including immunity from suit.

Accordingly, Federal Defendants respectfully request that the Court grant a 60-day extension of time for Federal Defendants to respond to Plaintiff's Complaint.

Dated: April 13, 2006

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 305-4851

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of April, 2006, the foregoing <u>Federal Defendants' Motion for an Extension of Time</u> was served by first class, postage prepaid mail upon Plaintiff addressed as follows:

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, DC 20011

and upon:

Charles James
Linwood A. Williams
Phyllis Brody
633 Indiana Avenue, N.W.
12th Floor
Washington, DC 20004

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th St. NW
Washington, DC 20530
(202) 305-4851
mercedeh.momeni@usdoj.gov