UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. ) | |
| ) | |
| Plaintiff, ) | Civil Action No 06-664 (PLF) |
| ) | ECF |
| v. ) | |
| ) | |
| ANTHONY WILLIAMS, Mayor ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| CHARLES JAMES, LINWOOD ) | |
| A. WILLIAMS and PHYLLIS BRODY, ) | |
| Clinical Psychologist, ) | |
| ) | |
| COURT SERVICES AND OFFENDERS ) | |
| SUPERVISION AGENCY, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Federal Defendants' Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Federal Defendants' Motion for an Extension of Time be and is hereby GRANTED; and it is

FURTHER ORDERED that Federal Defendants shall have up to and including June 12, 2006, to answer or otherwise respond to Plaintiff's complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE