# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

Johnny Ray Chandler, Sr.　　　　　:

　　　　　　　　　　　　　　　　　:

　　　　　　　Plaintiff,　　　　　:

　　　　　　　　　　　　　　　　　:

　　　　　V.　　　　　　　　　: Case No. 1:06cv00664

　　　　　　　　　　　　　　　: Judge, J. Friedman

Anthony Williams, et al.,　　　　:

　　　　　　　　　　　　　　　　　:

　　　　　　　Defendants.　　　　:

RECEIVED

APR 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff. Pursuant to Rule 15 of the Federal R. Civ. Pro. Respectfully moves this Court to grant me LEAVE to Amend the Complaint and Supplement the Pleadings.

In the initial Complaint. The District of Columbia, Mr. . Anthony Williams (Mayor), The Court Services and Offenders Supervision Agency, Mr. Charles James, CSO, Mr. Linwood Williams, SCSO, and Ms./Dr. Phyliss Brody, Clinical Psychologist were named as the Defendants.

Here in this Motion To Amend the Complaint. I Move this

Court to add two (2) additional defendants to this Claim,.

    1. CCFS ( Center for Clinical and Forensic Services ).

    2. U.S.P.C. ( United States Parole Commission ).

**A.**                      **<u>ISSUES</u>**

Here in this first issue CCFS ( Center For Clinical And

Forensic Services ) is guilty of violating my Freedom Of Choice

under the First Amendment of the U.S. Constitution.

On March 28, 2006 at approximately 11:45 a.m. By the

instructions given to me by my Supervision Officer, Mr. Gregory

Campos, CSO. I went to the Court Services and Offender

Supervision Agency's Special Supervision Division. At which

time, I was seen by a man by the name of Mr. Virgil Moore who

works for CCFS.

After a brief introduction. Mr. Moore informed and read to

me a Phase one (1) Introductory Contract Agreement. After reading

that Contract to me. Mr. Moore informed me that I had to sign that

Contract. I, informed Mr. Moore that I disagreed with Stipulation No. 7 of that Contract and that I did not want to sign it. Mr. Moore immediately informed me that I had to sign it, and failure to sign it would be a violation of my Parole conditions. I, then informed him, Mr. Moore that I did not want to willfully do anything that would or could be misconstrued as a violation of my Parole. So, I informed him that I would sign that contract. But, I wanted it to be known and documented beside my signature that it was signed under protest.

Mr. Moore told me that I could not sign under protest. Then he once again informed me that failure to sign would be a violation of the conditions of my Parole.

So, under intimidation and Coercion. I was forced under protest to sign my name to the Contract, ( SEE EXHIBIT A ).

In addition to Coercion and Intimidation. CCFS is guilty of Violating my Freedom of Choice under the First Amendment. Because, as this Court can clearly see from stipulation No.7 of that

Contract. I am being told that I can not read or view any X Rated Books or Movies. Which is a vicious and malicious violation of my Freedom of Choice.

As a Citizen of this United States and a Resident of the District of Columbia. I can, and should be allowed to view and or read anything of my choosing. As long as it does not violate any established Right(s) of another person and does not violate any established laws of the United States or the District of Columbia, and there are no such laws on the books

Furthermore, Mr. Moore is an employee of CCFS ( Center for Clinical and Forensic Services ) and he was acting on it's behalf. Therefore, CCFS is liable for the actions of it's employee's and that Contract was the property of and formulated by CCFS.

Therefore, CCFS is factually guilty of Coercion, Intimidation, and violation of my Freedom of Choice under the First Amendment of the U.S. Constitution.

Also, being that I was not allowed to sign that

agreement/Contract under protest. On March 28, 2006. I wrote and

mailed a Memorandum to the Office of the Director for CCFS.

Informing him or her that the signing of that contract was done

under protest ( SEE EXHIBIT B-1 ). Which will show and prove

that I attempted to exhaust my Administrative Remedies. But, I

never received any response to my correspondence of March 28,

2006.

### ISSUE NO. 2

Here in this issue. The United states Parole Commission is

also being named as a defendant. Because it is guilty of

Conspiracy, and Due process Violations under the Fifth (5th ) and

the Fourteenth (14th ) Amendment.

On December 20, 2005 I was Coerced into signing a

Recommendation for my Parole to be modified and my

Supervision by handled by the District of Columbia's Sex

Offenders Unit. ( See Exhibit A-1 ). I was never given prior Notice

of this action/recommendation and at no point was I given a

HEARING, ( DUE PROCESS).

Moreover, on January 18, 2006 it was ORDERED by the

U.S. Parole Commission that I participate in the Sex Offender

Treatment Program. They also stated that I must acknowledge the

need for treatment. Which constitutes as a malicious violation of

my Right to be free from Self Incrimination. Also under the Fifth

(5th) Amendment. Because, if I have not committed any Sex

Offense. Why would and why should I admit to the need for

treatment ?

Also, if this Court would view the section under REASONS

in Exhibit C. This Court will see that it Clearly states that " The

Above Decision is not Appealable. Which further shows and

proves that Mr. Charles James, Mr. Linwood Williams, and the

U.S. Parole Commission Conspired to violate my Due Process

Rights under the Fifth (5th ) and Fourteenth (14th) Amendment.

**B.**                          <u>**SERVICE**</u>

Here in this Claim. Both defendants have already been served

with a copy of the Summons, Complaint, and Initial Order. CCFS

( Center for Clinical and Forensic Services was served on April 6,

2006.  By way of U.S. Certified Mail Return Receipt Requested.

( SEE EXHIBIT D. ). The United States Parole Commission was

served by Process Server. Proof of Service is on file at the Office

of the Civil Clerk at the D.C. Superior Court.


Johnny Ray Chandler, Sr.

## CERTIFICATE OF SERVICE

I hereby Certify that a true and Correct Copy of the foregoing

Motion To Amend Complaint, the exhibits, and the Certificate Of

Service was mailed U.S. First Class Mail, Postage Pre-Paid. On

this 14th day of April, 2006 TO :

Mercedeh Momeni
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
6015 8th Street, N.W.
Washington, D.C. 20011

**U.S. Department of Justice**
**United States Parole Commission**

Modificati EXHIBIT A

Name:__Johnny Chandler_____ Register No.__11977-077_____, DCDC No.__174-730___

**To:  United States Parole Commission**

It is recommended that the Parole Commission modify the conditions of release of the above-named person by the addition or revision set forth below.  By copy of this proposal, NOTICE is hereby given to the releasee, who may object or comment to the Commission within ten days after he receive this NOTICE.  If the Commission approves the proposed modification, it shall become effective no later than twenty-one days following the ten-day period referred to above.

It is requested the offender be placed under supervision with the Sex Offender Unit for a more comprehensive focus and placed on GPS monitoring based on the psychological assessment completed by Phylliss Brodie, clinical psychologist.

_____          ____12 / 20 /05____
Signature of Supervising Officer                                            Date

**To be Completed by Releasee:**

☑ I hereby waive the ten-day waiting period and agree to the proposed modification of conditions.

☐ I object to the proposed modification of conditions and my reasons are stated on the reverse side of this form.

✗ Johnny Ray Chandler_____          __12 / 20 / 05__
        Signature of Releasee                                      Date

*Instructions:  Original of this form to the Parole Commission, a copy to the Releasee, and a copy retained by the Supervising Officer.  A Notice of Action will be sent to the Supervising Officer by the Commissioner, with a copy for the Releasee.*

**U.S. Parole Commission Comments:**

☐  The above modification/addition of release conditions is ordered to be effective immediately or effective
_____.

☐  The above modification/addition of release conditions is denied.

Exhibit A.

Parole Form F-1
(February, 2004)

Exhibit **C.**

U.S. Department of Justice                                    **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland  20815-7201

| | | |
|---|---|---|
| Name:  CHANDLER, Johnny | CSOSA: | Sex  Offenders'  Supervision- |
| Team 13 | | |
| Register Number.  11977-007 | | |
| DCDC No:  174-730 | Date: | January 18, 2006 |

In the case of the above-named, the following action was ordered:

In addition, you shall be subject to the Special Sex Offender Aftercare Condition.  You shall participate in
an in-patient or out-patient mental health program as directed by your Supervision Officer, with special
emphasis on long-term sex offender testing and treatment.  You are expected to acknowledge your need for
treatment and to participate in good faith in achieving the program goals that will be established for you.

You  shall  be  subject  to  the  Global  Positioning  Systems  monitoring  inclusive  of  a  curfew  and/or
exclusion zones as determined by your Supervision Officer.

**REASONS**:

Pursuant to 28 C.F.R. §2.85 – Special Condition added.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer.  In certain cases, copies
may also be sent to the sentencing court.  You are responsible for advising any others you wish to notify.

cc:    Charles James
       Supervision Officer
       Sex Offenders' Supervision Team 13
       CSOSA
       300 Indiana Avenue, N.W., Rm 2002
       Washington, D.C.  20001

       CSS Data Management Group
       D.C. Court Services & Offender Supervision Agency
       300 Indiana Avenue, N.W., Suite 2070
       Washington, D.C.  20001



**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

**Exhibit C.**

February 1, 2006

Mr. Johnny Chandler 11977-007
6015 8th Street, N.W.
Washington, DC 20011

Dear Mr. Chandler:

This is in response to your visit to our office on February 1 and your letter of January 23 to former Commissioner Jeffers. You have expressed objection to the sex offender aftercare condition that was added to your release by Notice of Action dated January 18.

I reviewed your file and noted the Psychosexual Risk Assessment prepared August 12, 2005 by a Clinical Psychologist at the Center for Clinical and Forensic Services, Inc. in Fairfax, Virginia. The content of that report prompted your parole officer to recommend sex offender supervision for you as a precautionary measure. The Commissioners reviewed the report and the parole officer's recommendation and agreed. The Notice of Action dated January 18, 2006 ordered that the special sex offender aftercare condition be added to your release conditions.

It is necessary that you comply with all conditions of your release. I know that you are opposed to participation in sex offender treatment but the Commissioners have ordered that and they think it is necessary at this time. The condition will not likely be removed until those involved in your treatment and supervision recommend removal. The Commissioners care about your opinion on this matter but they also have a responsibility to do everything they feel is necessary to better assure your success under supervision.

Sincerely,

Rob Haworth
Hearing Examiner

JRH



THE CENTER FOR CLINICAL
AND FORENSIC SERVICES, INC.

# Exhibit A.

10650 Main Street, Suite 103
Fairfax, Virginia 22030
703-278-0457 • Fax 703-278-0458

## TREATMENT CONTRACT & ATTENDANCE POLICY
### Phase 1 – Introduction

This treatment contract outlines the expectations for participating and the potential consequences of not appropriately participating in Phase 1 of the sex offender treatment program at The Center for Clinical and Forensic Services, Inc (CCFS). By signing this contract, I am acknowledging my understanding of all the information and agreeing to comply with the following:

1. I agree to follow the rules as listed below.

2. I understand that I am entitled to only limited confidentiality. The term "limited confidentiality" means that the traditional doctor-patient privilege is waived. The philosophy of this treatment program is based on a collaborative team model where information is exchanged freely among all team members (team members include all professionals involved in your management, supervision, or treatment). Information that can be exchanged includes, but is not limited to, progress towards treatment objectives, issues related to high risk behavior, compliance with supervision rules, polygraph results and reports, and activities that reflect your attitude toward a responsible lifestyle. Additionally, all high risk activities will be reported immediately to the appropriate parties to ensure the safety of the community. "High risk" activities are defined by the treating sex offender therapist.

3. I understand that honesty is fundamental to the success of treatment and will have a direct impact on my progress.

4. I understand that successful completion of Phase 1 requires two primary things: (1) discussing my crime of conviction and my sexual history and (2) passing an offense specific and/or sexual history polygraphs on these areas. In addition, I must remain compliant with supervision and treatment rules as outlined in my probation/parole rules and in this contract.

5. I understand that in order to finish Phase 1, I will be provided with assignments that I need to complete related to particular objectives. It is my responsibility to work on these objectives outside of my sessions and present them to my treatment provider for feedback within the time frame that is given to me.

6. I understand that as a condition of my treatment, I will not impair my judgment by using illegal drugs, alcohol, or non-prescribed prescription medications.

7. I agree that I will not look at sexually explicit material or "erotica" in magazines, videos, or on the Internet. If I have a question about whether something is "sexually explicit," I will defer to my treatment provider or community supervision officer.

8. I understand that if I have committed any sexual offense against a child/minor, I am to have no unsupervised contact with anyone under the age of 18 unless given permission by my community supervision officer and my therapist. In addition, the supervisor must be approved by my community supervision officer and/or my sex offender treatment therapist.

9. I understand that any therapist at CCFS must inform Child/Adult Protective Services of any suspected child or elderly abuse that has not been reported previously.

10. I understand that if any therapist at CCFS believes that I am a danger to myself or others, they will report this to the appropriate parties.

11. You must be on time for your session. If you are more than ten minutes late, do not expect to be seen and the absence will count as unexcused.

12. Participation in these sessions is mandatory and attendance alone does not fulfill your obligation for treatment. Participation means that you actively and honestly share information about yourself, accept feedback, and complete all assignments.

13. During Phase 1, you are allowed only two unexcused absences. Unexcused absences beyond this are considered grounds for unsuccessful discharge. If you are ill and cannot attend a session, you will be expected to provide a note from a doctor. If you do not, the absence is unexcused. If you plan to miss a session, you must call your therapist at least 24 hours prior to your scheduled appointment.

14. No intimidation or threats will be tolerated. If you engage in such verbal or physical behavior, you will be asked to leave. If you do not do so, the police will be called.

15. I understand that if I do not comply with this treatment contract, a number of consequences can result to include loss of privileges or sanctions from my community supervision officer, additional requirements by my therapist, or loss of my freedom through confinement.

16. I also understand that if my progress is not satisfactory (as defined by my therapist), I can be discharged for lack of amenability to this treatment program. Unsatisfactory progress can be determined by a lack of motivation to engage in treatment or comply with the rules, complete assignments, and honestly report required information. An unsuccessful discharge can result in consequences from my community supervision officer, the parole board, or the courts.

_Johnny R. Chandler_
Name of Client

_Johnny Ray Chandler, Sr._
Signature of Client

_3/28/06_
Date

_Curl Moore M.Ed._
Signature of CCFS Therapist

8/04

**Client Personal Information Sheet**
**CSOSA Clients**

Name _Johnny Ray Chandler_  DOB _11-11-1953_

Address _6015 8th St., N.W._

_Washington, D.C 20011_

Residing with _Father - Step Mother_

Telephone numbers _223-8665_ (H) _____ (W) _202 906-9364_ (C)

CSO Name _Gregory Campos_

CSO Address _300 Indiana Ave., N.W._

_RM 2053_

CSO Telephone numbers _____

Referral Offense(s) _____

_____

Time on Probation/Parole _9 months_

CCFS Group _____

Other Providers _____

_____

Rev 4/02



THE CENTER FOR CLINICAL
AND FORENSIC SERVICES, INC.

10650 Main Street, Suite 103
Fairfax, Virginia 22030
703-278-0457 · Fax 703-278-0458

## Release to Exchange Information

I hereby authorize any consultant or representative of The Center for Clinical and Forensic Services, Inc (CCFS) to exchange information with:

Emmanuel A. Olaxinde, Ph.D., DABPS          202-213-7767
**Name or Organization**                              **Phone Number**

Regarding: Johnny R. Chandler Sr.

I understand that the information exchanged may be related to criminal charges. This information may include assessments or treatment progress and may be in written or verbal form.

I understand that confidentiality is waived if suspicions of child or elderly abuse are disclosed or if the client presents harm to his/herself or someone else.

Johnny Ray Chandler, Sr.                    2/28/06
**Client Signature**                              **Date**

_____                    _____
Parent/Legal Guardian                       **Date**

Virgil Moore M.Ed.                          3-28-06
**Center for Clinical and Forensic Services**    **Date**

This release expires 6 months from termination of program or services.



**THE CENTER FOR CLINICAL AND FORENSIC SERVICES, INC.**

10650 Main Street, Suite 103
Fairfax, Virginia 22030
703-278-0457 • Fax 703-278-0458

## Informed Consent Regarding Polygraph

You have been requested to participate in polygraph examinations as a part of your assessment and/or treatment. The main purposes of the polygraph are to assist in assessing the progress you have made (including compliance with supervision and treatment rules) and to provide another way of verifying information you have disclosed The purpose of the polygraph is not to convict you of another offense. However, if the polygraph examiner, therapist, or probation/parole officer working with you becomes aware of an "identified" victim (the identity of the victim can be established or is provided), h/she is required to report that information to the appropriate parties. Therefore, it is extremely important that you make every attempt to be honest prior to taking the exam by providing information related only to the victim's age, sex, and actual behaviors committed against them. If previously unknown offenses are revealed during the polygraph exam, you are more likely to provide identifying information which will require the offense to be reported.

A failed polygraph with post-test admissions is not considered a non-deceptive response and you may be subjected to specific restrictions by your probation/parole officer. Furthermore, a "failed" or deceptive polygraph may result in specific restrictions.

The polygraph examiner you have been referred to is not an employee of The Center for Clinical and Forensic Services, Inc (CCFS). Additionally, CCFS has no authority over the polygraph administration, interpretation, or report. All polygraph examiners are required to meet the criteria of the overseeing program (e.g. Department of Corrections, United Stated Probation, Child Protective Services) which include following all ethical standards as outlines by the APA (American Polygraph Association) and have the minimum credentials/training determined as necessary to be qualified to provide post conviction sex offender testing. Any questions or concerns you have regarding these issues can be reported to CCFS but the polygraph examiner will be responsible for resolution of these issues.

By signing this form you agree that CCFS shall not be responsible for and shall be held harmless from any civil or criminal liability related to polygraph testing, testing procedures, disclosures of testing results, or interpretations of results of testing.


_Johnny Ray Chandler, Sr._
Signature of Client

_3/28/06_
Date



# THE CENTER FOR CLINICAL
# AND FORENSIC SERVICES, INC.
### 10650 Main Street, Suite 103
### Fairfax, Virginia 22030

## MEMORANDUM

TO                 : The Office of the Director
                     Center for Clinical and Forensic Services
                     10650 Main Street, Suite 103
                     Fairfax, Virginia 22030

FROM               : Johnny Ray Chandler, Sr.
                     6015 8th Street, N.W.
                     Washington, D.C. 20011

SUBJECT            : Treatment Contract & Attendance Policy

DATE               : March 28, 2006    12:30 P.M.


To Whom It May Concern : I, am writing to you to inform you of a situation / incident
that occurred today, March 28, 2006 between 11:00 am and 12 : 00 pm. At the Special
Supervision Branch of the Court Services and Offender Supervision Agency. On the
above date and time. I, was interviewed by one of your employees. His name is Mr. Virgil
Moore. At the beginning of that interview. I was told that the interview was the
introduction phase of the Treatment Program. After a brief discussion. I was read and
given a Treatment & Attendance Contract Policy, ( See enclosed Contract ) . After
reading that Contract. I was told that I needed to sign it. I immediately informed Mr.
Moore that I had a problem with stipulation No. 7. And I did not want to sign that
Contract. Mr. Moore informed me that if I did not sign that Contract. I would be in
violation of my Parole Conditions. I immediately informed Mr. Moore that I did not want
to violate any of the conditions of my parole. So, I will sign the Contract . But, I would
like to indicate  beside my signature that I am signing this in protest. He refused to allow
me to sign in protest.  He once again emphasized that failure to sign would be a violation
of my Parole conditions. So, I signed that Contract. ( SEE ENCLOSED ).

For the Record. I would like for it to be noted and documented that I was COERSED into
signing the enclosed Contract and it was signed under protest.

Therefore, with all facts taken into consideration ( PROTEST and COERSION ). I
respectfully request that I be immediately removed from the conditions of the enclosed
contract.

Your personal response to me concerning this Memorandum and it's contents. Is urgently needed and will be very greatly appreciated.

Sincerely,

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011

Exhibit D.

## U.S. DEPARTMENT OF JUSTICE
## UNITED STATES PAROLE COMMISSION

## **MEMORANDUM**

**TO**        : **The Office of the Chief Examiner**
              **U.S. Parole Commission**
              **5550 Friendship BLVD.**
              **Chevy Chase, MD.**

**FROM**      : Johnny Ray Chandler, Sr.
              6015 8th Street, N.W.
              Washington, D.C. 20011

**SUBJECT**   : Notice of Appeal

**DATE**      : December 23, 2005

To whom it may concern :

My name is Johnny Ray Chandler, Sr., Reg. No. 11977-007,

D.C.D.C. No. 174-730. Back in June of 2005 I was granted Parole.

On the charges of Robbery, Armed Robbery, and Assault with a

Dangerous weapon. I, am writing to you to appeal a

recommendation that was made to your office by my Parole

Mr. Charles James, CSO
1230 Taylor Street, N.W.
Washington D.C. 20011

Therefore, being that I do not fall into any of the areas of Sex

Offenders Classification. Along with the fact that no one in the

Community has filed any form of a Complaint alleging any sexual

Behavior or misconduct on my part. Therefore, I respectfully ask

that the recommendation that was made by my Parole Officer, and

The Court Service and Offender Supervision Agency. Be refused.

Your response to me in reference to this sensitive and urgent

matter. Is urgently needed and will be very greatly appreciated.


Sincerely,


Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011


CC : Court Services and Offender Supervision Agency
      300 Indiana Avenue, N.W.
      Washington, D.C. 20001;

      Mr. Linwood A. Williams, Jr., S.C.S.O.
      1230 Taylor Street, N.W.
      Washington, D.C. 20011 and;

Officer, and the Court Services and Offender Supervision Agency.

On Tuesday, December 20, 2005. I, was informed by my Parole

Officer, Mr. Charles James. That the Court Services and Offender

Supervision Agency was making a recommendation to your Office

That the conditions of my release be modified. They are

Recommending that I be placed under the supervision of the Sex

Offenders Unit. I, am appealing and requesting that the

Aforementioned recommendation be refused. Because, I am not a

Sex Offender and it would be slanderous and a grave defamation

Of my character if I am referred to the Sex Offenders Unit.

Because, as I stated earlier and I reiterate. I, am not a Sex Offender.

Based on the information that I obtained from the internet on Sex

Offender Classification. I would have had to have been found

Guilty of a sex offense.

Moreover, as I stated earlier. I was charged with and found guilty

Of Robbery, Armed Robbery, and Assault With a Dangerous

Weapon.

Exhibit D.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

### CIVIL DIVISION

Johnny Ray Chandler, Sr.,

   **Plaintiff(s)**

      vs.

Center for Clinical & Forensic
Services

   **Defendant(s)**

Civil Action No. 06ca001911-

### AFFIDAVIT OF SERVICE BY REGISTERED/CERTIFIED MAIL

I, Johnny Ray Chandler, under oath do hereby state the following:

That my age, and birth date are as follows: 11-11-1953 I am 52 yrs old.

That my residential or business address is: 5015 9th Street, N.W., Wash. D.C. 20011

That a copy of the Initial Order, Complaint and Summons was mailed by the affiant to the above named defendant Center for Clinical & Forensic Services by registered/certified mail.

That the return receipt attached hereto was signed by Ms. Kathy Naeus Designated Supporter Staff, the Defendant herein or _____, a person of suitable age and discretion residing therein at the Defendant's usual place of abode, and the said receipt show the date of delivery as 4/6/06.

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Court can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR (Civil) 4(e)(2) and 4(e)(3).

**SPECIFIC FACTS**

           _Johnny Ray Chandler, Sr._
              **Signature**

Subscribed and sworn to before me this _____ day of _____ 19_____

           _____
           **Deputy Clerk/Notary Public**

Exhibit D.

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Center for Clinical & Forensic Services

10650 Main Street
Suite 103
Fairfax, Va. 22030

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                          ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
KAThy Vares        4/6/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service label)     7005 1160 0002 9199 1096

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540