**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

**RECEIVED
APR 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

Johnny Ray Chandler, Sr.       :

       Plaintiff,        :

V.        : Case No. 1:06cv00664
       : J. Friedman. PLF

Anthony Williams, et al.,       :

       Defendants.        :

## MOTION FOR DEFAULT FAILURE TO RESPOND

Comes now plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se without the assistance of Counsel. Pursuant To Rule 55 of the Federal Rules of Civil Pro. Respectfully moves this Court to enter the defendants DEFAULT in the above Claim.

This Claim was initially filed on March 9, 2006 in the Superior Court of the District of Columbia, ( SEE EXHIBIT A. Initial Order ).

The initial defendants in this Claim is. The District of Columbia, Mr. Anthony Williams, ( Mayor of the District of

Columbia ), Mr. Charles James, CSO (Community Supervision Officer), Mr. Linwood Williams, SCSO (Supervising Community Supervision Officer), Ms./ Dr. Phyliss Brody, Clinical Psychologist and The Court Services and Offender Supervision Agency.

On March 14, 2006 the Attorney General for the District of Columbia was served by Certified Mail, Return Receipt requested. ( SEE EXHIBIT B ).

On March 15, 2006 defendant, Anthony Williams was served by Certified Mail Return Receipt Requested. ( SEE EXHIBIT B ).

    On Monday, April 10, 2006 plaintiff filed the initial Motion for Default in the D. C. Superior Court.

    On April 11, 2006 the Office of the U.S. Attorney General filed their Motion to Transfer Jurisdiction.

    Even though a Motion to transfer jurisdiction was filed with this Court. That Motion dues not and should not be considered by this Court as a response to the Complaint.

    Wherefore, being that the defendants have failed to respond

to the Complaint within the time period allotted by the Initial Order that was issued in the D.C. Superior Court. By the Honorable Judge, Mary A. G. Terrell. That fact alone shows and proves that the defendants are in DEFAULT.

Wherefore, in the interest of Justice. I, respectfully move this Court to enter the defendants Default and award this plaintiff the relief sought in the initial Claim. Plus Court Cost.

                              Respectfully Submitted,
                              Johnny Ray Chandler, Sr.
                              Plaintiff, Pro-Se
                          6015 8th Street, N.W.
                          Washington, D.C. 20011

## **CERTIFICATE OF SERVICE**

I, hereby Certify that a True and Correct copy of the foregoing Motion For Default, Exhibits, and the Certificate of Service. Was mailed, U.S. First Class Mail, Postage Pre-Paid on this 14th day of April, 2006 TO :

Mercedeh Momeni
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

                        Respectfully Submitted,

                        Johnny Ray Chandler, Sr.
                        Plaintiff, Pro-Se
                        6015 8th Street, N.W.
                        Washington, D.C. 20011

Exhibit A.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JOHNNY R CHANDLER Jr
Vs.
ANTHONY WILLIAMS

C.A. No.   2006 CA 001911 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A. GOODEN-TERRELL
Date: March 9, 2006
Initial Conference: 9:15 am, Friday, June 02, 2006
Location: Courtroom 219
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

Exhibit B.

1.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Gladys Herring
1350 Penn. Ave., N.W.
Suite 419
Wash, D.C. 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 3·14·06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 9258 9131

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

2.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Darlene Fields
441 4th Street, N.W.
6th fl. South
Washington, D.C.
20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 5·15·06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 9258 9155

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540