UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.             :
                                     :
   **Plaintiff,**                    :
                                     :
         V.                          : Case No. 06-664
                                     : Friedman, J., PLF
Anthony Williams, Mayor              :
                                     :
District of Columbia,                :
                                     :
Charles James, C.S.O.                :
                                     :
Linwood Williams, S.C.S.O.           :
                                     :
Phylis Brody, Clinical Psychologist  :
                                     :
Court Services and Offender          :
Supervision Agency                   :
                                     :
   **Defendants.**                   :

RECEIVED
APR 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, without the assistance of Counsel. Pursuant to Rule 15 of the Federal Rules of Civil Procedures. Respectfully moves this Court to Grant me Leave to Amend the above Claim and

Supplement the **pleadings.**

## NEW CLAIM AND NEW DEFENDANT

In my initial Claim, I factually stated that the Court Services and three (3) of it's employee's violated my Due Process Rights under the Fifth (5th) and Fourteenth (14th) Amendment. Plus I was victimized with Harassment, False Accusation, and Deformation of Character.

Here in this Amendment. I, move this Court to Grant me Leave to add an additional Claim of **INVASION OF PRIVACY** and ADD an additional Defendant who also works for the Court Services and Offender Supervision Agency. His name is Mr. Gregory Campos, C.S.O. ( Community Supervision Officer ). Plus, I would like to include a situation involving additional Harassment and False Accusation.

## SITUATION NO. 1

On Monday, April 17, 2006 I had an appointment with Mr. G. Campos, C.S.O. Plus, I was scheduled to take a Drug Urine Test on

that same day. I was unable to keep either one of those appointments. Because, on Sunday, April 16, 2006 I heard on the News that the Government would be closed on Monday, April 17, 2006 for Emancipation Day. So, being that I heard that the Government would be closed. On Tuesday, April 18, 2006 I went to Mr. Campos's Office to see him. He told me that because I missed my appointment and missed my Urine Test. He things that I am using Drugs and that he was going to have me hooked up to the GPS Device. I, informed him that I am not using any Drugs. Moreover, I informed him that I have been submitting urine samples since June of 2005 and not one of those urine test were positive for Drug use. Which should and does prove that I am and \have refrained from any form of Drug use. But, Mr. G. Campos, CSO insisted that I am using Drugs and insisted that I be subjected to G.P.S. Monitoring. By, Mr. Gregory Campose saying that I am using Drugs without any Substantial Evidence. He is factually \guilty of making a False Accusation. Plus he is factually guilty of

Deformation of Character, and Slander.

## SITUATION NO. 2

On Thursday, April 20, 2006 I received a phone call on my Cell Phone from Mr. Gregory Campos, CSO. He, informed me that he had spoken with my Employment-Immediate Supervisor and informed him that he was my Parole Officer and that I had to report to his Office on Friday, April 21, 2006. He stated that I was going to be hooked up to a G.P.S. device.

Then, the next morning when I reported for work. I asked my Immediate Supervisor, if he received a phone call the day before. He said that he had. I asked him if the person said who they were and what they wanted ? He said :

"YES, he said that he was your Parole Officer and that he wanted you to leave work at 10:30 a.m. to come to his Office. "

Prior to speaking with Mr. Gregory Campos, CSO. My Supervisor or the Company of which I am employed by. Had no idea that I am an X Offender. Moreover, under the Law of the

Federal Privacy Act, Title 5, 552a. The information about me being an X Offender constitutes as private and personal information.

Therefore, Mr. Campos, CSO. Is factually guilty of Invasion of Privacy. Because, me being an X Offender is considered as private information. Unless I am under investigation for a Criminal act pertaining to my employment or my Supervisor.

## SITUATION NO. 3

On April 2, 2006 when I arrived at the Office of Mr. G. Campos, CSO. He personally escorted me to Office where the G.P.S. device was installed.

As, I stated earlier in this Amendment. Mr. Campos informed me on April 18, 2006 that I would be hooked up to a G.P.S. device. Because, he suspected me of Drug use.

Therefore, in addition to False Accusations, Deformation of Character, and Invasion of Privacy. Mr. G. Campos is also factually guilty of Malicious Harassment. Because, there is no facts on file to support the accusation of Drug use.

Wherefore, in the interest of Justice. I, respectfully Move this

Court to Grant me Leave to Amend my Claim to include Mr. Gregory Campos, CSO and the charges of :

1. Slander;
2. Deformation of Character;
3. False Accusation and;
4. Invasion of Privacy.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*
Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
6015 8th Street, N.W.
Washington, D.C. 20011

## CERTIFICATE OF SERVICE

I, HEREBY Certify that a true and Correct copy of the foregoing Motion To Amend Complaint and Supplement The Pleadings, and the Certificate Of Service. Was mailed, U.S. First Class Mail, Postage Pre-Paid. On this 23rd day of April, 2006 TO :

Mr. Mercedeh Momeni
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

And

Mr. Gregory Campos, CSO
Special Supervision Division
Court Services and Offender
Supervision Agency
300 Indiana Avenue, N.W.
Washington, D.C. 20001

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
6015 8th Street, N.W.
Washington, D.C. 20011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
**Plaintiff,**                    :
                                  :
V.                                : Case No. 06-664
                                  : FRIEDMAN, J. PLF
Anthony Williams, et al.,         :
                                  :
**Defendants.**                   :

## PROPOSED ORDER

Upon consideration of the Motion To Amend the Complaint.

That was filed by Plaintiff and there being no opposition there to

filed by the defendants or Counsel. It is on this _____ day of

_____, 2006.

Ordered that the Motion To Amend. Is hereby Granted.

_____  _____
            Judge                                    Date