UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 06-0664(PLF) |
| | ) |
| **District of Columbia,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DISTRICT OF COLUMBIA'S MOTION TO STAY THE TIME PERIOD TO FILE A RESPONSE TO THE COMPLAINT AND OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The District of Columbia, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to stay the time period to file a response to the complaint until after the Court rules on plaintiff's motion to certify claims and the District of Columbia hereby opposes the plaintiff's motion for default judgment. A Memorandum of Points and Authorities in support of this Motion and a proposed Order are attached hereto.

Pursuant to LCvR 7 (m), undersigned counsel contacted Plaintiff on April 13, 2006, to gain his consent. However, undersigned counsel was unable to reach anyone at the telephone number listed in the Plaintiff's complaint.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

                                                          _____
HOLLY M. JOHNSON [476326]
Section Chief General Litigation Section III



                                                        _____
James H. Vricos [474026]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov


## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY on this 28th day of April, 2006, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent via first class mailed postage prepaid, to:

Johnny Ray Chandler
Pro se Plaintiff
6015 8th Street, N.W.
Washington, D.C. 20011


                                                        _____
James H. Vricos
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-0664(PLF) |
| **District of Columbia et al.,** | ) |
| **Defendants.** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S MOTION TO STAY THE TIME PERIOD TO FILE A RESPONSE TO THE COMPLAINT AND OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The District of Columbia, by and through undersigned counsel and pursuant to Rule 6(b), of the Federal Rules of Civil Procedure, hereby moves this Court to stay the time period to file a response to the complaint until after the Court rules on plaintiff's motion to certify claims and the District of Columbia hereby opposes the plaintiff's motion for default judgment. As grounds therefore, the District states as follows:

1. On February 22, 2006, the Plaintiff filed his complaint in this lawsuit in the Superior Court for the District of Columbia. On April 11, 2006, this matter was removed to this Honorable Court.

2. Plaintiff alleges in his motion for default judgment that on March 14, 2006 that he served the District of Columbia with a summons and complaint. However, the return receipt attached to plaintiff's motion for default judgment does not appear to be signed by one of the proper designees for service on the Mayor. As such, service does not appear proper on the District of Columbia.

3.  In addition, the District of Columbia has sixty days to respond to a complaint in Superior Court pursuant to SCR-Civil 12 (a)(3)(A). Therefore, even if the District of Columbia had been properly served on March 14, 2006, it would have until May 13, 2006 to respond to plaintiff's complaint in Superior Court.

4.  Subsequent to the attempted service on the Mayor on March 14, 2006, this case was removed to this Court on April 11, 2006 and the District of Columbia received notice of the removal on April 14, 2006. However, the removal to District Court should not shorten the time period the District of Columbia is permitted to respond to the complaint, as it had no prior notice or involvement in the removal.[1] As such, plaintiff's motion for default judgment should be denied.

5.  On April 27, 2006, this Court issued an order directing the plaintiff to certify his claims by June 30, 2006. Therefore, the District of Columbia requests that if the Court grants plaintiff's motion to certify his claims, it be permitted to file its response twenty days after such an order by this Court.

WHEREFORE, for the foregoing reasons, the District moves this Court to stay the time period to file a response to the complaint until after the Court rules on plaintiff's motion to certify claims and deny plaintiff's motion for default judgment.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

---

[1] However, the District of Columbia does consent to the removal.

2

                                                                                                       3

                                                      _____
                                                      HOLLY M. JOHNSON [476326]
                                                      Section Chief
                                                      General Litigation Section III


                                                      _____
                                                      James H. Vricos [474026]
                                                      Assistant Attorney General
                                                      441 4th Street, N.W., 6S61
                                                      Washington, D.C. 20001
                                                      (202) 724-6600
                                                      (202) 727-3625 (fax)
                                                      James.Vricos@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-0664(PLF)** |
| ) | |
| **District of Columbia et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

Upon consideration of the District's Motion to Stay the Time Period to File a Response to the Complaint and, any opposition hereto, and the facts and law considered, it is hereby

ORDERED:

The District of Columbia's response to the complaint is stayed until after this Court's ruling on plaintiff's Motion to Certify Claims; and

FURTHER ORDERED:

The Plaintiff's Motion for Default Judgment is DENIED.

So ORDERED this _____ day of _____, 2006

_____
Judge Friedman

copies to:

James H. Vricos
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001

Johnny Ray Chandler
Pro se Plaintiff
6015 8th Street, N.W.
Washington, D.C. 20011