UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**District of Columbia et al.,** )<br>)<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 06-0664(PLF)<br>ECF |

**THE UNITED STATES OF AMERICA'S MOTION TO STAY THE TIME PERIOD
TO FILE A RESPONSE TO THE COMPLAINT AND OPPOSITION
TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

The United States of America, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to stay the time period to file a response to Plaintiff's Complaint,[1] until after the Court rules on Plaintiff's certification of claims and determines whether Plaintiff will be permitted to proceed in this matter. The United States also hereby opposes the Plaintiff's motion for default judgment, pursuant to Fed. R. Civ. P. 55(e). A Memorandum of Points and Authorities in support of this Motion and a proposed Order are attached hereto.

---

[1] Plaintiff has filed a motion to amend his Complaint. If the Court allows the Plaintiff to proceed based on the certification of claims and grants Plaintiff's motion to amend, the United States will respond to the Amended Complaint.

1

Pursuant to LCvR 7(m), undersigned counsel attempted to contact Plaintiff via telephone, on May 2, 2006, to gain his consent; but was unable to reach him.

Dated: May 5, 2006.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. Bar# 434122
Assistant United States Attorney

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 06-0664(PLF) |
| | )   ECF |
| **District of Columbia et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF THE UNITED STATES OF AMERICA'S MOTION TO STAY
THE TIME PERIOD TO FILE A RESPONSE TO THE COMPLAINT AND
OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Defendant, the United States of America, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to stay the time period to file a response to Plaintiff's Complaint until after the Court rules on Plaintiff's certification of claims. The United States further hereby opposes the Plaintiff's motion for default judgment. As grounds therefore, the United States states as follows:

On February 22, 2006, the Plaintiff filed the instant Complaint in this lawsuit in the Superior Court for the District of Columbia. On April 11, 2006, this matter was removed to this Honorable Court.

Plaintiff filed his motion for default judgment on April 21, 2006. The motion is frivolous. On April 18, 2006, this Court granted the Federal Defendant's Motion for an extension of time to file an answer or otherwise respond by June 12, 2006.

Additionally, on April 27, 2006, this Court issued an order directing the Plaintiff to certify his claims by June 30, 2006. The Court noted that Plaintiff is a prolific filer, prohibited

3

from filing further matters without leave of Court. Thus, until this Court determines that Plaintiff may proceed in this matter, there is no pending claim to which the United States must respond.

Further, Fed. R. Civ. P. 55(e) precludes entry of default judgment against the United States or any agency thereof, unless the claimant establishes a right to relief by evidence satisfactory to the Court. Here, Plaintiff has not shown a right to any relief. Accordingly, Plaintiff's motion for default judgment should be denied.

WHEREFORE, the United States moves this Court to deny Plaintiff's motion for default judgment and to stay the time period to file a response to the Complaint until after the Court rules on Plaintiff's certification of claims. Should the Court allow Plaintiff to proceed on his claims, the United States requests 30 days after the entry of the Court's Order to file its response.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. Bar# 434122
Assistant United States Attorney

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0664(PLF) |
| | ) ECF |
| **District of Columbia et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

Upon consideration of the United States' Motion to Stay the Time Period to File a Response to the Complaint and Opposition to Plaintiff's Motion for Default and, any opposition hereto, and the facts and law considered, it is hereby

ORDERED:

The United States' response to the Complaint is stayed until after this Court's ruling on Plaintiff's certification of claims; and FURTHER ORDERED:

The Plaintiff's Motion for Default Judgment against the United States is DENIED.

So ORDERED this _____ day of _____, 2006

_____
Paul Friedman, USDJ

copies to:

Defendants via ECF

Johnny Ray Chandler, Pro se
Plaintiff
6015 8th Street, N.W.
Washington, D.C. 20011

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 5th of May, 2006, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent via first class mail, postage prepaid, to:

Johnny Ray Chandler,
*Pro Se* Plaintiff
6015 8th Street, N.W.
Washington, D.C. 20011

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851