UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.            :
                                    :
**Plaintiff,**                      :
                                    :
V.                                  : Case No. 06cv-00664 J.F.
                                    :
Anthony Williams, et al.,           :
                                    :
**Defendants.**                     :

## PROPOSED ORDER

Upon consideration of the Motion To Amend the Complaint that was filed by the Plaintiff, Johnny Ray Chandler, Sr. And there being no opposition there to filed in this Court by the Defendant or Counsel. It is hereby Ordered by this Court on this _____ day of _____, 2006. That the Motion To Amend the Complaint is hereby GRANTED.

_____
JUDGE