

THE CENTER FOR CLINICAL
AND FORENSIC SERVICES, INC.

10650 Main Street, Suite 103
Fairfax, Virginia 22030
703-278-0457 • Fax 703-278-0458

Exhibit A.

# TREATMENT CONTRACT & ATTENDANCE POLICY
## Phase 1 – Introduction

This treatment contract outlines the expectations for participating and the potential consequences of not appropriately participating in Phase 1 of the sex offender treatment program at The Center for Clinical and Forensic Services, Inc (CCFS). By signing this contract, I am acknowledging my understanding of all the information and agreeing to comply with the following:

1. I agree to follow the rules as listed below.

2. I understand that I am entitled to only limited confidentiality. The term "limited confidentiality" means that the traditional doctor-patient privilege is waived. The philosophy of this treatment program is based on a collaborative team model where information is exchanged freely among all team members (team members include all professionals involved in your management, supervision, or treatment). Information that can be exchanged includes, but is not limited to, progress towards treatment objectives, issues related to high risk behavior, compliance with supervision rules, polygraph results and reports, and activities that reflect your attitude toward a responsible lifestyle. Additionally, all high risk activities will be reported immediately to the appropriate parties to ensure the safety of the community. "High risk" activities are defined by the treating sex offender therapist.

3. I understand that honesty is fundamental to the success of treatment and will have a direct impact on my progress.

4. I understand that successful completion of Phase 1 requires two primary things: (1) discussing my crime of conviction and my sexual history and (2) passing an offense specific and/or sexual history polygraphs on these areas. In addition, I must remain compliant with supervision and treatment rules as outlined in my probation/parole rules and in this contract.

5. I understand that in order to finish Phase 1, I will be provided with assignments that I need to complete related to particular objectives. It is my responsibility to work on these objectives outside of my sessions and present them to my treatment provider for feedback within the time frame that is given to me.

6. I understand that as a condition of my treatment, I will not impair my judgment by using illegal drugs, alcohol, or non-prescribed prescription medications.

7. I agree that I will not look at sexually explicit material or "erotica" in magazines, videos, or on the Internet. If I have a question about whether something is "sexually explicit," I will defer to my treatment provider or community supervision officer.

8. I understand that if I have committed any sexual offense against a child/minor, I am to have no unsupervised contact with anyone under the age of 18 unless given permission by my community supervision officer and my therapist. In addition, the supervisor must be approved by my community supervision officer and/or my sex offender treatment therapist.

9. I understand that any therapist at CCFS must inform Child/Adult Protective Services of any suspected child or elderly abuse that has not been reported previously.

10. I understand that if any therapist at CCFS believes that I am a danger to myself or others, they will report this to the appropriate parties.

11. You must be on time for your session. If you are more than ten minutes late, do not expect to be seen and the absence will count as unexcused.

12. Participation in these sessions is mandatory and attendance alone does not fulfill your obligation for treatment. Participation means that you actively and honestly share information about yourself, accept feedback, and complete all assignments.

13. During Phase 1, you are allowed only two unexcused absences. Unexcused absences beyond this are considered grounds for unsuccessful discharge. If you are ill and cannot attend a session, you will be expected to provide a note from a doctor. If you do not, the absence is unexcused. If you plan to miss a session, you must call your therapist at least 24 hours prior to your scheduled appointment.

14. No intimidation or threats will be tolerated. If you engage in such verbal or physical behavior, you will be asked to leave. If you do not do so, the police will be called.

15. I understand that if I do not comply with this treatment contract, a number of consequences can result to include loss of privileges or sanctions from my community supervision officer, additional requirements by my therapist, or loss of my freedom through confinement.

16. I also understand that if my progress is not satisfactory (as defined by my therapist), I can be discharged for lack of amenability to this treatment program. Unsatisfactory progress can be determined by a lack of motivation to engage in treatment or comply with the rules, complete assignments, and honestly report required information. An unsuccessful discharge can result in consequences from my community supervision officer, the parole board, or the courts.

_Johnny R. Chandler_
Name of Client

_Johnny Ray Chandler, Sr._
Signature of Client

_3/28/06_
Date

_Daniel Moore M.Ed._
Signature of CCFS Therapist

8/04

**Client Personal Information Sheet**
**CSOSA Clients**

Name  Johnny Ray Chandler                    DOB 11-11-1953

Address  6015 8th St., N.W.
Washington, D.C. 20011

Residing with  Father - Step Mother

Telephone numbers  723-8665 (H) _____ (W) (202) 906-9364 (C)

CSO Name  Gregory Campos

CSO Address  300 Indiana Ave., N.W.
RM 2053

CSO Telephone numbers _____

Referral Offense(s) _____

Time on Probation/Parole  9 months

CCFS Group _____

Other Providers _____

Rev 4/02



THE CENTER FOR CLINICAL
AND FORENSIC SERVICES, INC.

10650 Main Street, Suite 103
Fairfax, Virginia 22030
703-278-0457 • Fax 703-278-0458

## Release to Exchange Information

I hereby authorize any consultant or representative of The Center for Clinical and Forensic Services, Inc (CCFS) to exchange information with:

__Emmanuel A. Olarinde, Ph.D., DABPS__      __202-213-7747__
Name or Organization                               Phone Number

Regarding: __Johnny R. Chandler, Sr.__

I understand that the information exchanged may be related to criminal charges. This information may include assessments or treatment progress and may be in written or verbal form.

I understand that confidentiality is waived if suspicions of child or elderly abuse are disclosed or if the client presents harm to his/herself or someone else.

__Johnny Ray Chandler, Sr.__           __3/28/06__
Client Signature                                Date

_____     _____
Parent/Legal Guardian                           Date

__Virgil Moore, M.Ed.__             __3-28-06__
Center for Clinical and Forensic Services     Date

This release expires 6 months from termination of program or services.

**THE CENTER FOR CLINICAL
AND FORENSIC SERVICES, INC.**

10650 Main Street, Suite 103
Fairfax, Virginia 22030
703-278-0457 • Fax 703-278-0458

## Informed Consent Regarding Polygraph

You have been requested to participate in polygraph examinations as a part of your assessment and/or treatment. The main purposes of the polygraph are to assist in assessing the progress you have made (including compliance with supervision and treatment rules) and to provide another way of verifying information you have disclosed. The purpose of the polygraph is not to convict you of another offense. However, if the polygraph examiner, therapist, or probation/parole officer working with you becomes aware of an "identified" victim (the identity of the victim can be established or is provided), h/she is required to report that information to the appropriate parties. Therefore, it is extremely important that you make every attempt to be honest prior to taking the exam by providing information related only to the victim's age, sex, and actual behaviors committed against them. If previously unknown offenses are revealed during the polygraph exam, you are more likely to provide identifying information which will require the offense to be reported.

A failed polygraph with post-test admissions is not considered a non-deceptive response and you may be subjected to specific restrictions by your probation/parole officer. Furthermore, a "failed" or deceptive polygraph may result in specific restrictions.

The polygraph examiner you have been referred to is not an employee of The Center for Clinical and Forensic Services, Inc (CCFS). Additionally, CCFS has no authority over the polygraph administration, interpretation, or report. All polygraph examiners are required to meet the criteria of the overseeing program (e.g. Department of Corrections, United Stated Probation, Child Protective Services) which include following all ethical standards as outlines by the APA (American Polygraph Association) and have the minimum credentials/training determined as necessary to be qualified to provide post conviction sex offender testing. Any questions or concerns you have regarding these issues can be reported to CCFS but the polygraph examiner will be responsible for resolution of these issues.

By signing this form you agree that CCFS shall not be responsible for and shall be held harmless from any civil or criminal liability related to polygraph testing, testing procedures, disclosures of testing results, or interpretations of results of testing.

_Johnny Ray Chandler, Sr._        _3/28/06_
Signature of Client                                          Date

U.S. Department of Justice
United States Parole Commission

Modification of Conditions

Name: Johnny Chandler

Register No. 11977-077      DCDC No. 174-730

To: United States Parole Commission

It is recommended that the Parole Commission modify the conditions of release of the above-named person by the addition or revision set forth below. By copy of this proposal, NOTICE is hereby given to the releasee, who may object or comment to the Commission within ten days after he receive this NOTICE. If the Commission approves the proposed modification, it shall become effective no later than twenty-one days following the ten-day period referred to above.

It is requested the offender be placed under supervision with the Sex Offender Unit for a more comprehensive focus and placed on GPS monitoring based on the psychological assessment completed by Phylliss Brodie, clinical psychologist.

_____     12/20/05
Signature of Supervising Officer         Date

To be Completed by Releasee:

☒ I hereby waive the ten-day waiting period and agree to the proposed modification of conditions.

☐ I object to the proposed modification of conditions and my reasons are stated on the reverse side of this form.

Johnny Ray Chandler                    12/20/05
Signature of Releasee                   Date

*Instructions: Original of this form to the Parole Commission, a copy to the Releasee, and a copy retained by the Supervising Officer. A Notice of Action will be sent to the Supervising Officer by the Commissioner, with a copy for the Releasee.*

U.S. Parole Commission Comments:

☐ The above modification/addition of release conditions is ordered to be effective immediately or effective _____.

☐ The above modification/addition of release conditions is denied.

Exhibit A.

Parole Form F-1
(February, 2004)

Exhibit B.

| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | **Notice of Action** |

Name: CHANDLER, Johnny                              CSOSA: Sex Offenders' Supervision-Team 13
Register Number: 11977-007
DCDC No: 174-730                                    Date:   January 18, 2006

In the case of the above-named, the following action was ordered:

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

You shall be subject to the Global Positioning Systems monitoring inclusive of a curfew and/or exclusion zones as determined by your Supervision Officer.

**REASONS**:

Pursuant to 28 C.F.R. §2.85 - Special Condition added.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:     Charles James
        Supervision Officer
        Sex Offenders' Supervision-Team 13
        CSOSA
        300 Indiana Avenue, N.W., Rm 2002
        Washington, D.C. 20001

        CSS Data Management Group
        D.C. Court Services & Offender Supervision Agency
        300 Indiana Avenue, N.W., Suite 2070
        Washington, D.C. 20001

**U.S. DEPARTMENT OF JUSTICE**
**United States Parole Commission**

5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201
Telephone: (301)492-5821
Facsimile: (301)492-5525

Exhibit C.

February 1, 2006

Mr. Johnny Chandler 11977-007
6015 8th Street, N.W.
Washington, DC 20011

Dear Mr. Chandler:

This is in response to your visit to our office on February 1 and your letter of January 23 to former Commissioner Jeffers. You have expressed objection to the sex offender aftercare condition that was added to your release by Notice of Action dated January 18.

I reviewed your file and noted the Psychosexual Risk Assessment prepared August 12, 2005 by a Clinical Psychologist at the Center for Clinical and Forensic Services, Inc. in Fairfax, Virginia. The content of that report prompted your parole officer to recommend sex offender supervision for you as a precautionary measure. The Commissioners reviewed the report and the parole officer's recommendation and agreed. The Notice of Action dated January 18, 2006 ordered that the special sex offender aftercare condition be added to your release conditions.

It is necessary that you comply with all conditions of your release. I know that you are opposed to participation in sex offender treatment but the Commissioners have ordered that and they think it is necessary at this time. The condition will not likely be removed until those involved in your treatment and supervision recommend removal. The Commissioners care about your opinion on this matter but they also have a responsibility to do everything they feel is necessary to better assure your success under supervision.

Sincerely,

Rob Haworth
Hearing Examiner

JRH

Exhibit D.

U.S. DEPARTMENT OF JUSTICE
UNITED STATES PAROLE COMMISSION

## **MEMORANDUM**

TO : The Office of the Chief Examiner
U.S. Parole Commission
5550 Friendship BLVD.
Chevy Chase, MD.

FROM : Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011

SUBJECT : Notice of Appeal

DATE : December 23, 2005

To whom it may concern :

My name is Johnny Ray Chandler, Sr., Reg. No. 11977-007, D.C.D.C. No. 174-730. Back in June of 2005 I was granted Parole. On the charges of Robbery, Armed Robbery, and Assault with a Dangerous weapon. I, am writing to you to appeal a recommendation that was made to your office by my Parole

Officer, and the Court Services and Offender Supervision Agency.

On Tuesday, December 20, 2005. I, was informed by my Parole Officer, Mr. Charles James. That the Court Services and Offender Supervision Agency was making a recommendation to your Office That the conditions of my release be modified. They are Recommending that I be placed under the supervision of the Sex Offenders Unit. I, am appealing and requesting that the Aforementioned recommendation be refused. Because, I am not a Sex Offender and it would be slanderous and a grave defamation Of my character if I am referred to the Sex Offenders Unit. Because, as I stated earlier and I reiterate. I, am not a Sex Offender. Based on the information that I obtained from the internet on Sex Offender Classification. I would have had to have been found Guilty of a sex offense.

Moreover, as I stated earlier. I was charged with and found guilty Of Robbery, Armed Robbery, and Assault With a Dangerous Weapon.

Therefore, being that I do not fall into any of the areas of Sex Offenders Classification. Along with the fact that no one in the Community has filed any form of a Complaint alleging any sexual Behavior or misconduct on my part. Therefore, I respectfully ask that the recommendation that was made by my Parole Officer, and The Court Service and Offender Supervision Agency. Be refused. Your response to me in reference to this sensitive and urgent matter. Is urgently needed and will be very greatly appreciated.

Sincerely,

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011


CC : Court Services and Offender Supervision Agency
   300 Indiana Avenue, N.W.
   Washington, D.C. 20001;

   Mr. Linwood A. Williams, Jr., S.C.S.O.
   1230 Taylor Street, N.W.
   Washington, D.C. 20011 and;

Mr. Charles James, CSO
1230 Taylor Street, N.W.
Washington D.C. 20011