UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.        :
                                :
**Plaintiff,**                  :
                                :
V.                              : Civil Action No. 06-0664 (PLF)
                                :
Anthony Williams, et al.,       :
                                :
**Defendants.**                 :

## RESPONSE TO ORDER OF CERTIFICATION

Comes now, Pro Se Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the April 27, 2006, Order of this Court . Requiring that this Plaintiff Certify that the above claim is not frivolous, malicious or harassing. Therefore, in compliance with the Standing Order of the Court. I make the following Certification:

## CERTIFICATION

1. I, certify that this claim has never been raised or disposed of on it merits.

2. I, certify that this claim is neither frivolous or harassing.

RECEIVED
MAY - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Moveover, as this Court stated and acknowledged in it's April 27, 2006, Order. This claim was initially filed in the D.C. Superior Court. But, was transferred to this Court by the United States. It was not and has not been disposed of.

Wherefore, in the interest of Justice and Access to the Court under the First Amendment. I, respectfully move this Court to GRANT me LEAVE to continue with the litigation process of this claim.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro - Se

May 1, 2006