UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
       **Plaintiff,**              :
                                  :
       V.                          : Civil Action No. 06-0664 (PLF)
                                  :
Anthony Williams, et al.,          :
                                  :
       **Defendants.**             :

## PROPOSED ORDER

Upon consideration of the certification file by plaintiff, Johnny Ray Chandler, Sr. It is hereby ordered by this Court on this _____day of_____that plaintiff is Granted Leave to file the above claim.

_____
JUDGE