UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| Johnny Ray Chandler, Sr. | : |
| **Plaintiff,** | : |
| V. | : Civil Action No. 06-0664(PLF) |
| | : ECF |
| Anthony Williams, | : |
| District of Columbia, et al., | : |
| **Defendants.** | : |

## PLAINTIFFS OPPOSITION TO THE DEFENDANTS PENDING MOTION

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro Se. Without the assistance of Counsel. Respectfully moves this Honorable Court to accept into the Records, his rebuttal to the Defendants pending Motion. Pursuant to the Federal Rules of Civil Procedures.

In support of this Motion. Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*
Johnny Ray Chandler, Sr.
Plaintiff Pro Se
6015 8th Street, N.W.
Washington, D.C. 20011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Johnny Ray Chandler, Sr.        :
                        **Plaintiff,**    :

                        V.     : Civil Action No. 06-0664(PLF)
                              : ECF
Anthony Williams,               :
    And                         :
The District of Columbia, et al., :

                **Defendants.**    :

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS MOTION FOR DEFAULT

Plaintiff, Johnny Ray Chandler, Sr. proceeding Pro Se. Without the assistance of Counsel. Pursuant to the Federal Rules of Civil Pro. And the Rules of this Court. Hereby moves this Court to accept into the Record his Rebuttal to the defendants pending Motion.

In the defendants pending Motion/ Memorandum of Points and Authorities. They alleged that this Plaintiffs Motion for

Default is frivolous. Furthermore, they alleged that this plaintiff has produced no evidence in support of his Motion.

As, Defendants stated in their pending Motion. The instant Complaint was filed in the Superior Court for the District of Columbia on February 22, 2006.

On April 11, 2006. This Claim was transferred from the Superior Court for the District of Columbia to this Court.

Being that this Claim was initially filed in the D.C. Superior Court. The Rules of that Court were the initial Rules Governing this claim. Pursuant to D.C. Code 11-906 and Superior Court Rules of Civil procedures ( "SCR Civ." ) 40-I, (3). The Defendants were to respond to the Complaint within 20 days.

Even if this Court were to utilize the Rules of this Court. The Defendants would still be in Default. Because, to my knowledge. Pursuant to the F.R.C.P. (Federal Rules of Civil Procedures). The Defendants were suppose to have responded to the Complaint within thirty (30) days. But they did not respond to the Complaint

until April 11, 2006. Which would put them (30) days past the required / Mandated response period.

Wherefore, in the interest of Justice. I Plaintiff, Johnny Ray Chandler, Sr. Respectfully move this Honorable Court to enter the Defendants Default and award this Plaintiff the relief sought in this Claim.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff Pro Se
6015 8th Street, N.W.
Washington, D.C. 20011

## CERTIFICATE OF SERVICE

I, hereby certify that a True and Correct copy of the foregoing Rebuttal Motion, Memorandum of Points and Authorities, Proposed Order, and the Certificate of Service. Were mailed U.S. First Class Mail. Postage Pre Paid on this 10th day of May, 2006, TO :

Mr. Mercedeh Momeni
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff Pro Se
6015 8th Street, N.W.
Washington, D.C. 20011