UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.　　　　:
　　　　　　　　　　　　　　　　:
　　　　**Plaintiff,**　　　　　 :
　　　　　　　　　　　　　　　　:
　　　　V.　　　　　　　　　　　: Civil Action No. 06-0664(PLF)
　　　　　　　　　　　　　　　　: ECF
Anthony Williams, et al.,　　　 :
　　　　　　　　　　　　　　　　:
　　　　**Defendants.**　　　　　:

## ORDER

Upon consideration of the Rebuttal Motion filed by the Plaintiff in this Claim, and any opposition there to. Along with the Rules of this Court. It is hereby

ORDERED :

That the Plaintiffs Motion for Default is GRANTED; and it is further ORDERED that the Plaintiff is awarded the relief requested in his Complaint.

So ORDERED on this _____ day of _____, 2006

_____
Paul Friedman, USDCJ