UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.               :
                                       :
                  **Plaintiff,**       :
                                       :
            V.                         : Civil Action No. 06-0664 (PLF)
                                       :
Anthony Williams, et al.,              :
                                       :
                  **Defendants.**      :

## RESPONSE TO ORDER OF CERTIFICATION

Comes now, Pro Se Plaintiff, Johnny Ray Chandler, Sr.

Pursuant to the April 27, 2006, Order of this Court . Requiring that

this Plaintiff Certify that the above claim is not frivolous,

malicious or harassing.  Therefore, in compliance with the

Standing Order of the Court.  I make the  following Certification:

## CERTIFICATION

1. I, certify that this claim has never been raised  or disposed of

   on it merits.

2. I, certify that this claim is neither frivolous or harassing.

Moveover, as this Court stated and acknowledged in it's April 27, 2006, Order. This claim was initially filed in the D.C. Superior Court. But, was transferred to this Court by the United States. It was not and has not been disposed of.

Wherefore, in the interest of Justice and Access to the Court under the First Amendment. I, respectfully move this Court to GRANT me LEAVE to continue with the litigation process of this claim.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro - Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.                    :
                                            :
             **Plaintiff,**                 :
                                            :
             V.                             : Civil Action No. 06-0664 (PLF)
                                            :
Anthony Williams, et al.,                   :
                                            :
             **Defendants.**                :

## PROPOSED ORDER

Upon consideration of the certification file by plaintiff, Johnny

Ray Chandler, Sr.  It is hereby ordered by this Court on this

_____day of _____that  plaintiff is Granted Leave to file the

above claim.


                    _____
                              JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## CIVIL DIVISION

| | |
|---|---|
| Johnny Ray Chandler, Sr. | : |
| | : |
| **Plaintiff,** | : |
| | : |
| V. | : Civil Action No. 06-0664(PLF) |
| | : |
| Anthony Williams, et al., | : |
| | : |
| **Defendants.** | : |

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing

Response To Order Of Certification, the Certificate of Service, and

the Proposed Order. Was mailed U.S. First Class

Mail, Postage Prepaid on this 9th day of May, 2006 TO :

Mercedeh Momeni
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530-20001

Respectfully Submitted,

Johnny Ray Chandler, Sr.

Johnny Ray Chandler, Sr.
Plaintiff Pro-Se