**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

RECEIVED
MAY 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Johnny Ray Chandler, Sr. | : |
| Plaintiff, | : |
| V. | : C.A. No. 06-0664(P.L.F.) |
| Anthony Williams, et al., | : |
| Defendants. | : |

## MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the F.R.C.P. and the Rule of this Court. Respectfully moves this Court to enter a Judgment Ruling on the April 2 ,2006 Order that was issued by this Court.

Pursuant to the above Order this Plaintiff was ordered to certify that this Claim is neither frivolous or harassing.

On May 9, 2006 this Plaintiff filed his response to that pending Order. ( SEE EXHIBIT A ).

Wherefore, in the interest of Justice. I, respectfully move this court to grant me LEAVE to pursue the litigation of this Claim.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.* (signature)

Johnny Ray Chandler, Sr.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.                :

        Plaintiff,               :

V.                                      : C. A. No. 06-  94 ( P.L.F.)

W. E. Welch & Associates, et al.,       :

        Defendants.             :

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT A True and Correct copy of the foregoing Motion for Judgment on the Pleadings, Certificate of Service, and the Proposed Order. Were mailed, U.S. First Class Mail, Postage Prepaid on this 25th day of May, 2006, TO :

Mr. Stanley J. Reed, Esquire (D.C. Bar No. 260810)
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center, Suite 460
Bethesda, Maryland 20814

Counsel For The Defendants :

    Anthony Williams, Mayor;

    The District of Columbia;

    Court Services and Offender Supervision Agency;

    U.S. Parole Commission;

    Mr. Charles James, C.S.O.;

    Mr. Linwood Williams, S.C.S.O.;

    Mr. Gregory Campos, C.S.O.

    Center for Clinical and Forensic Services;

    Ms. Phyliss Brody, Clinical Psychologist,

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
1816 New Hampshire Ave., N.W.
Apt. 602
Washington, D.C. 20009