UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.            :
                                    :
         **Plaintiff,**             :
                                    :
         V.                         : C.A. No. 06- 94(P.L.F.)
                                    :
W. E. Welch & Associates, et al.,   :
                                    :
         **Defendants.**            :

### ORDER

Upon consideration of the response to the May 3, 2006 Order that was issued by this Court, and there being no opposition filed by the Defendants.

It is hereby Ordered on this _____ day of _____, 2006. That the Plaintiff in this Case is GRANTED LEAVE to file his Claim and proceed forward with the litigation of this case.

_____
Judge, Paul L. Friedman