UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
        **Plaintiff,**             :
                                  :
        V.                        : C. A. No. 06cv00664 (~~J.R.~~) P.L.F
                                  :
Anthony Williams, et al.,          :
                                  :
        **Defendants.**            :

## MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to Rule 6 of the F.R.C.P. and the Rules of this Court. Respectfully moves this Honorable Court to Grant him Leave to Amend the above Complaint.

In this Amendment to the above Complaint. I, Plaintiff would like to add three (3) additional Defendants and ~~three~~ four (4) additional Claims.

RECEIVED
JUN - 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**A.      ADDITIONAL DEFENDANTS**

    1. Mr. Matthew Kiely, S.C.S.O. of the Court Services &
Offender Supervision Agency;

2. Mr. Gregory Campos, C.S.O. of the Court Services & Offender Supervision Agency;

3. Ms. D. Johnson, G.P.S. Technician of the Court Services & Offender Supervision Agency.

**B.        ADDITIONAL CLAIMS**

1. FALSE ACCUSATION
2. HARASSMENT
3. CONSPIRACY
4. THREATING BEHAVIOR

**C.        BACKGROUND**

On April 21, 2006. By ORDER of Mr. Gregory Campos, C.S.O (Community Supervision Officer), and his immediate Supervisor, Mr. Matthew Kiely, S.C.S.O. (Supervising Community Supervision Officer). I, was placed on the G.P.S. (Global Positioning Satellite System).

On the evening of Thursday, May 25, 2006. The G.P.S. stopped working. So, on the morning of Friday, May 26, 2006. I, put the G.P.S. Device on charge as previously instructed by the G.P.S. Technicians. After charging the Device for Four (4) days.

The Device still was not working. So, I took the Device to my Community Supervision Officer, Mr. Gregory Campos of the Sex Offenders Unit of the Court Service & Offender Supervision Agency. I, informed Mr. Campos, C.S.O. that I had the Device (G.P.S.) on charge since Friday, May 26, 2006. He instructed me to go to the Office of the G.P.S. Technicians and see Mr. Beard or Ms. Johnson. When I arrived, and after waiting approximately 30 minutes. I, was confronted by Ms D. Johnson, G.P.S. Technician. I, informed her of the G.P.S. malfunction. Without any former investigation or questions. Ms. D. Johnson, G.P.S. Technician accused me of removing the G.P.S. Bracelet that had been put around my left ankle. She told me to raise my leg. I, did as she instructed and showed her that the Bracelet was still on my leg. Then with physical force. She grabbed the Bracelet and pulled it apart. Removing it from my ankle. Then she proceeded back to her Office.

    Approximately 15 minutes later. Mr. G. Campos came into

the waiting area. He was met by Ms. D. Johnson.

Prior to proceeding to her Office. Mr. Campos asked her,

"DO YOU WANT ME TO BRING MR. CHANDLER WITH ME ? "

Ms. Johnson immediately told him,

" NO I WANT TO TALK WITH YOU ALONE FIRST. "

This was the initial act of Conspiracy. So, I was left in the waiting area. Approx. Ten (10) minutes later, Mr. Campos came back out into the waiting area. He instructed me to accompany him to Mr. Kielk's Office.

When we arrived at Mr. Kiely's Office. He immediately, without asking any questions or previous discussion on the subject of the G.P.S. He also accused me of removing the G.P.S. Bracelet. Then, he threatened my livelihood and Liberty Interest. By saying that he was going to file a report to the U.S.P.C. (U.S. Parole Commission) for a G.P.S. violation. Which is still another false accusation. Because, I did not and have not violated the G.P.S. Guidelines.

Mr. Kiely was not present when Mr. Campos and Ms. Johnson met. So, it is obvious and should be obvious to this Court. That a discussion by way of telecommunication was held between Mr. Matthew Kiely, S.C.S.O.; Mr. Gregory Campose, C.S.O. and

Ms. D. Johnson, G.P.S. Technician

Then, he informed me that I would by put on still another type of G.P.S. Device. Which I am wearing at this moment.

Then, Mr. Campos escorted me back to the G.P.S. Technicians Office. As Ms. Johnson was preparing the Device for hook-up. I, asked her,

" WHO ORDERED THAT I BE PUT BACK ON THE G.P.S. "

She told me " IT WAS ORDERED BY MR KIELY. "

By, Mr. M. Kiely ordering the installation of this new G.P.S. Device. He is in addition to conspiracy. GUILTY of Harassment, False Accusation, and Threatening conduct.

As I informed all of these individuals. I, never removed or tampered with the G.P.S. Bracelet.

As additional proof of this statement. I, refer this Court to the attached Witness Statement.

D.  **ADDITIONAL RELIEF**

As relief in this Amendment to the above Complaint. I, move this Honorable Court to award this Plaintiff $ 10,000.00 per additional Defendant, ( Kiely, Campos, and Johnson).

*Johnny Ray Chandler, Sr.*

## CERTIFICATE OF SERVICE

I, hereby certify that a True and Correct copy of the foregoing Motion To Amend Complaint and Supplement the Pleadings, and a copy of the Witness Statement. Along with the Proposed Order.

Was mailed, U.S. First Class Mail

Postage Prepaid on this 2nd day of June, 2006 TO :

Mr. Mercedeh Momeni, Esquire
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C.  20530-20001

Plus a copy of the foregoing Motion, Order and Witness Statement was Hand Delivered by this Plaintiff on June 2nd 2006 ,

TO :

Mr. Matthew Liely, S.C.S.O.
300 Indiana Ave., N.W. Rm. 2056-E
Washington, D.C. 20001

    And

Mr. Gregory Campos, C.S.O.
300 Indiana Avenue, N.W. Rm. 2056-E
Washington, D.C. 20001

    And

Ms. D. Johnson, G.P.S. Technician
300 Indiana Avenue, N.W. Rm. 2002-K
Washington, D.C. 20001

                    Respectfully Submitted,

                      *Johnny Ray Chandler*
                      Johnny Ray Chandler, Sr.
                          Plaintiff, Pro-Se
                        6015 8th Street, N.W.
                        Washington, D.C. 20011

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.        :
                                :
      **Plaintiff,**        :
                                :
      V.                    : C. A. No. 06 cv 00664(J. F.)
                                :
Anthony Williams, et al.,       :
                                :
      **Defendants.**       :

## ORDER

Upon consideration of the Motion To Amend the Complaint filed by the Plaintiff and there being no opposition there to filed by the Defendants.

It is hereby ORDERED on this _____ day of _____, 2006. That the Plaintiffs Motion to Amend the Complaint is GRANTED.

_____

# WITNESS STATEMENT
# FROM

Ms. Bernice E. Cook
1816 New Hampshire Ave., N.W.
Apt. 602
Washington, D.C. 20009


My name is Bernice Elizabeth Cook. I, am the Fiancée of Mr. Johnny Ray Chandler, Sr. P.C.D.I. No. 258-816.

I, certify under penalty of perjury that the following statements are true and Correct to the best of my knowledge :

1. I, accompanied Johnny Ray Chandler, Sr. to 300 Indiana Avenue, N.W., Washington, D.C. 20001 on April 21, 2006 when he received the G.P.S. Device.

2. I, have slept with Johnny Ray Chandler, Sr. every night since November of 2005.

3. Every night, I have personally viewed the G.P.S. Device attached to Mr. Chandler's left ankle since the day that it was first put on his leg.

4. I, know for a fact that Mr. Chandler never removed the G.P.S. Bracelet from his leg.

*Bernice E. Cook*
_____
Bernice E. Cook