UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
            Plaintiff,            :
                                  :
      V.                          : C.A. No. 06 c.v. 00664( P.L.F.)
                                  :
Anthony Williams, et al.,         :
                                  :
            Defendants.           :

## MOTION FOR JUDGMENT ON THE PLEADINGS

Comes mow Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Pursuant to the F.R.C.P. and the Rules of this Court. Respectfully moves this Court to enter a Ruling / Judgment in reference to this Courts ORDER of May 3, 2006.

In support of this Motion. Plaintiff refers this Court to the attached Memorandum of Points and Authorities

Respectfully Submitted,
Johnny Ray Chandler, Sr.
Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
6015 8th Street, N.W.
Washington, D.C. 20011

RECEIVED
JUN - 5 2006
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
        **Plaintiff,**             :
                                  :
V.                                : C. A. No. 06 - 0794 (P.L.F.)
                                  :
W. E. Welch & Associates, et al., :
                                  :
        **Defendants.**            :

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se and pursuant to the F.R.C.P. and the Rules of this Court. Hereby moves this Court to enter a Judgment / Ruling on it`s ORDER of May 3, 2006.

On May 3, 2006. This Court issued a STANDING ORDER. Ordering this Plaintiff to Certify his Claim on or before June 30, 2006 not to be Frivolous, or Harassing and that it had never before been raised or disposed of on it`s merits. (SEE EXHIBIT A.).

On May 9, 2006. In compliance with the Order of this Court.

This Plaintiff mailed / filed his Motion of Certification to this Court. ( SEE EXHIBIT B. ).

Wherefore, being that this Plaintiff has fully complied with this Courts ORDER of May 3, 2006. In the interest of Justice. I Plaintiff, Johnny Ray Chandler, Sr. moves this Court to enter a Ruling on it`s ORDER of May 3, 2006.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
6015 8th Street, N.W.
Washington, D.C. 20011

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT A True and Correct copy of the foregoing Motion For Judgment On The Pleadings, Certificate Of Service, the Exhibits, and Proposed Order. Were mailed. U.S. First Class Mail, Postage Pre-Paid. On this 4th day of June, 2006.

TO :

Mr. Stanley J. Reed, Esquire
Lerch, Early & Brewer, Chartered
3 Bethesda Metro Center
Suite 460
Bethesda, Maryland 20814

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
6015 8th Street, N.W.
Washington, D.C. 20011

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.           :
                                   :
    **Plaintiff,**              :
                                   :
V.                                 : C. A. No. 06 c. v. 0794 (P.L.F.)
                                   :
W. E. Welch & Associates, et al.,  :
                                   :
    **Defendants.**             :

## ORDER

Upon consideration of the Motion for Judgment On The Pleadings filed by the Plaintiff.

It is on this _____ day of _____, 2006.

**ORDERED** that Leave To File is **GRANTED.**

It is further ORDERED that the Defendants will respond to the Complaint on or before June 12, 2006.

**SO ORDERED**

---
**Paul L. Friedman**
**United States District Judge**

Exhibit A.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0794 (PLF) |
| ) | |
| W.E. WELCH & ASSOCIATES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER DIRECTING PLAINTIFF TO CERTIFY CLAIMS

*Pro se* plaintiff filed suit in the Superior Court of the District of Columbia on or around March 23, 2006. Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, defendants removed the instant case to this Court.

The plaintiff was classified a prolific filer by this Court on March 10, 1996, and barred from filing civil actions without leave of the Court. See Memorandum Order, Chandler v. D.C. Dep't of Corr., Civil Action No. 95-2366 (D.D.C. March 10, 1996). To seek leave to file, the plaintiff is also required by Judge Kessler's Order in that case to "certify that his claims have never before been raised and disposed of on the merits. He must also certify that the claims are not frivolous or harassing." Id. at 9. The plaintiff has sought leave to file numerous complaints with this Court since that time, many of which the Court has not allowed to be filed. Because the plaintiff did not file a complaint with this Court in this case, but, rather, filed a complaint in the Superior Court which was removed by the defendants, the Court's March 10, 1996 order requiring plaintiff to obtain leave before filing a complaint does not apply here. The intent of the

order, however, was to prevent the plaintiff from prosecuting claims before this Court that were frivolous, harassing, malicious, or redundant. For that reason, the Court believes it is appropriate to require the plaintiff to make the same certification in this case, although he has been removed here not by his own volition. Accordingly, it is hereby

ORDERED that on or before July 7, 2006, the plaintiff will certify that his claims in this case have never been raised and disposed of on the merits, and also that they are not frivolous or harassing.

SO ORDERED.

DATE: May 3, 2006

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

Exhibit B.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
      Plaintiff,                  :
                                  :
      V.                          : Civil Action No. 06-0664 (PLF)
                                  :
Anthony Williams, et al.,         :
                                  :
      Defendants.                 :

## RESPONSE TO ORDER OF CERTIFICATION

Comes now, Pro Se Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the April 27, 2006, Order of this Court. Requiring that this Plaintiff Certify that the above claim is not frivolous, malicious or harassing. Therefore, in compliance with the Standing Order of the Court. I make the following Certification:

## CERTIFICATION

1. I, certify that this claim has never been raised or disposed of on it merits.

2. I, certify that this claim is neither frivolous or harassing.

Moveover, as this Court stated and acknowledged in it's April 27, 2006, Order. This claim was initially filed in the D.C. Superior Court. But, was transferred to this Court by the United States. It was not and has not been disposed of.

Wherefore, in the interest of Justice and Access to the Court under the First Amendment. I, respectfully move this Court to GRANT me LEAVE to continue with the litigation process of this claim.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro - Se

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.

**Plaintiff,**

V.  : Civil Action No. 06-0664 (PLF)

Anthony Williams, et al.,

**Defendants.**

### PROPOSED ORDER

Upon consideration of the certification file by plaintiff, Johnny Ray Chandler, Sr. It is hereby ordered by this Court on this _____ day of _____ that plaintiff is Granted Leave to file the above claim.

_____
JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Johnny Ray Chandler, Sr.          :
                                  :
**Plaintiff,**                    :
                                  :
V.                                : Civil Action No. 06-0664(PLF)
                                  :
Anthony Williams, et al.,         :
                                  :
**Defendants.**                   :

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing Response To Order Of Certification, the Certificate of Service, and the Proposed Order. Was mailed U.S. First Class Mail, Postage Prepaid on this 9th day of May, 2006 TO :

Mercedeh Momeni
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530-20001

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*