UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.

        Plaintiff,

        V.

Anthony Williams, et al.,

        Defendants.

C.A. No. 06 cv 00664(P.L.F.)

## MOTION FOR JUDGMENT ON THE PLEADINGS

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the F.R.C.P. and the Rules of this Court. Respectfully moves this Court to enter a Judgment / Ruling on the previous Motions that was filed by this Plaintiff.

    In support of this Motion. Plaintiff referrs this Court to the attached Memorandum Of Points And Authorities.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
  Plaintiff, Pro Se
6015 8th Street, N.W.
Washington, D.C. 20011

# RECEIVED

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.                    :
                    Plaintiff,              :
                                            :
            V.                              :
                                            : C.A. No. 06 cv 00664 ( P.L.F. )
Anthony Williams, et al.,                   :
                                            :
            Defendants.                     :
                                            :

## MEMORANDUM OF POINTS AND AUTHORITIES

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro Se. Respectfully moves this Court to enter a Ruling / Judgment on the previous Motions that were filed by this Plaintiff. ( SEE EXHIBITS A. B.and C. ).

1. On April 14, 2006. Plaintiff filed a Motion To Amend the Complaint to enclude the Center For Clinical and Forensic Services and the United States Parole Commission, ( See Exhibit A. ).

2. On June 2, 2006. Plaintiff filed a Motion To Amend The Complaint to enclude Three (3) additional employees of the Court Services and Offender Supervision Agency, ( See Exhibit B ).

3. On June 3, 2006. Plaintiff filed still another Motion to enclude the United States Parole Commission as a Defendant in this Complaint. ( See Exhibit C ).

Wherefore, in the interest of Justice and in compliance with the F.R.C.P. , Respectfullu move this Court to enter a Ruling on the enclosed Motions.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
6015 8th Street, N.W.
Washington, D.C. 20011

## CERTIFICATE OF SERVICE

I Plaintiff, Johnny Ray Chandler, Sr. Hereby Certify that a True and Correct copy of the foregoing Motion For Judgment on the Pleadings, the Certificate of Service, the Exhibits, and the Pro Posed Order were mailed, U.S. First Class Mail, postage Pre Paid on this 18th day of June, 2006, TO :

Mr. Mercedeh Momeni, Esquire
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
PlaINTIFF, Pro Se
6015 8th Street, N.W.
Washington, D.C. 20011