UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
        Plaintiff,                :
                                  :
    V.                            :  C.A. No. 06 cv 00664 ( P.L.F. )
                                  :
Anthony Williams, et al.,         :
                                  :
        Defendants.               :

ORDER

Upon consideration of the Motion to Amend the Complaint filed by the Plaintiff and there being no opposition there to.

It is hereby ORDERED on this _____ day of _____, 2006. That the Motions filed by the Plaintiff is hereby GRANTED.

SO ORDERED :

                            _____
                            Judge, Paul L. Friedman
                            United States District Court