A.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Johnny Ray Chandler, Sr. :
:
    Plaintiff, :
:
V. : Case No. 1:06cv00664
: Judge, J. Friedman
Anthony Williams, et al., :
:
    Defendants. :

## MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff. Pursuant to Rule 15 of the Federal R. Civ. Pro. Respectfully moves this Court to grant me LEAVE to Amend the Complaint and Supplement the Pleadings.

In the initial Complaint. The District of Columbia, Mr. . Anthony Williams (Mayor), The Court Services and Offenders Supervision Agency, Mr. Charles James, CSO, Mr. Linwood Williams, SCSO, and Ms./Dr. Phyliss Brody, Clinical Psychologist were named as the Defendants.

Here in this Motion To Amend the Complaint. I Move this Court to add two (2) additional defendants to this Claim,.

1. CCFS ( Center for Clinical and Forensic Services ).

2. U.S.P.C. ( United States Parole Commission ).

A. **ISSUES**

Here in this first issue CCFS ( Center For Clinical And Forensic Services ) is guilty of violating my Freedom Of Choice under the First Amendment of the U.S. Constitution.

On March 28, 2006 at approximately 11:45 a.m. By the instructions given to me by my Supervision Officer, Mr. Gregory Campos, CSO. I went to the Court Services and Offender Supervision Agency's Special Supervision Division. At which time, I was seen by a man by the name of Mr. Virgil Moore who works for CCFS.

After a brief introduction. Mr. Moore informed and read to me a Phase one (1) Introductory Contract Agreement. After reading that Contract to me. Mr. Moore informed me that I had to sign that

Contract. I, informed Mr. Moore that I disagreed with Stipulation No. 7 of that Contract and that I did not want to sign it. Mr. Moore immediately informed me that I had to sign it, and failure to sign it would be a violation of my Parole conditions. I, then informed him, Mr. Moore that I did not want to willfully do anything that would or could be misconstrued as a violation of my Parole. So, I informed him that I would sign that contract. But, I wanted it to be known and documented beside my signature that it was signed under protest.

Mr. Moore told me that I could not sign under protest. Then he once again informed me that failure to sign would be a violation of the conditions of my Parole.

So, under intimidation and Coercion. I was forced under protest to sign my name to the Contract, ( SEE EXHIBIT A ).

In addition to Coercion and Intimidation. CCFS is guilty of Violating my Freedom of Choice under the First Amendment. Because, as this Court can clearly see from stipulation No.7 of that

Contract. I am being told that I can not read or view any X Rated Books or Movies. Which is a vicious and malicious violation of my Freedom of Choice.

As a Citizen of this United States and a Resident of the District of Columbia. I can, and should be allowed to view and or read anything of my choosing. As long as it does not violate any established Right(s) of another person and does not violate any established laws of the United States or the District of Columbia, and there are no such laws on the books

Furthermore, Mr. Moore is an employee of CCFS ( Center for Clinical and Forensic Services ) and he was acting on it's behalf. Therefore, CCFS is liable for the actions of it's employee's and that Contract was the property of and formulated by CCFS.

Therefore, CCFS is factually guilty of Coercion, Intimidation, and violation of my Freedom of Choice under the First Amendment of the U.S. Constitution.

Also, being that I was not allowed to sign that

agreement/Contract under protest. On March 28, 2006. I wrote and mailed a Memorandum to the Office of the Director for CCFS. Informing him or her that the signing of that contract was done under protest ( SEE EXHIBIT B-1 ). Which will show and prove that I attempted to exhaust my Administrative Remedies. But, I never received any response to my correspondence of March 28, 2006.

## ISSUE NO. 2

Here in this issue. The United states Parole Commission is also being named as a defendant. Because it is guilty of Conspiracy, and Due process Violations under the Fifth (5th) and the Fourteenth (14th) Amendment.

On December 20, 2005 I was Coerced into signing a Recommendation for my Parole to be modified and my Supervision by handled by the District of Columbia's Sex Offenders Unit. ( See Exhibit A-1 ). I was never given prior Notice of this action/recommendation and at no point was I given a

HEARING., ( DUE PROCESS).

Moreover, on January 18, 2006 it was ORDERED by the U.S. Parole Commission that I participate in the Sex Offender Treatment Program. They also stated that I must acknowledge the need for treatment. Which constitutes as a malicious violation of my Right to be free from Self Incrimination. Also under the Fifth (5th) Amendment. Because, if I have not committed any Sex Offense. Why would and why should I admit to the need for treatment ?

Also, if this Court would view the section under REASONS in Exhibit C. This Court will see that it Clearly states that " The Above Decision is not Appealable. Which further shows and proves that Mr. Charles James, Mr. Linwood Williams, and the U.S. Parole Commission Conspired to violate my Due Process Rights under the Fifth (5th) and Fourteenth (14th) Amendment.

B. **SERVICE**

Here in this Claim. Both defendants have already been served

with a copy of the Summons, Complaint, and Initial Order. CCFS ( Center for Clinical and Forensic Services was served on April 6, 2006. By way of U.S. Certified Mail Return Receipt Requested. ( SEE EXHIBIT D. ). The United States Parole Commission was served by Process Server. Proof of Service is on file at the Office of the Civil Clerk at the D.C. Superior Court.

*Johnny Ray Chandler, Sr.*

# CERTIFICATE OF SERVICE

I hereby Certify that a true and Correct Copy of the foregoing Motion To Amend Complaint, the exhibits, and the Certificate Of Service was mailed U.S. First Class Mail, Postage Pre-Paid. On this 14th day of April, 2006 TO :

Mercedeh Momeni
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

        Respectfully Submitted,

        *Johnny Ray Chandler, Sr.*
        Johnny Ray Chandler, Sr.
        Plaintiff, Pro-Se
        6015 8th Street, N.W.
        Washington, D.C. 20011