*Kiely, Campos & Johnson B.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Johnny Ray Chandler, Sr. | : |
| **Plaintiff,** | : |
| V. | : C. A. No. 06cv00664 (J. F. ) |
| Anthony Williams, et al., | : |
| **Defendants.** | : |

## MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to Rule 6 of the F.R.C.P. and the Rules of this Court. Respectfully moves this Honorable Court to Grant him Leave to Amend the above Complaint.

In this Amendment to the above Complaint. I, Plaintiff would like to add three (3) additional Defendants and three (4) additional Claims.

**A.**          **ADDITIONAL DEFENDANTS**

   1. Mr. Matthew Kiely, S.C.S.O. of the Court Services & Offender Supervision Agency;

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.    :
                            :
      **Plaintiff,**    :
                            :
      v.    : C. A. No. 06CV00664 (J.F.)
                            :
Anthony Williams, et al.,   :
                            :
      **Defendants.**    :

**MOTION TO AMEND COMPLAINT AND SUPPLEMENT THE
PLEADING**

Comes now Plaintiff. Pursuant to Rule 6 of the Federal Rules of Civil Procedures, and the Rules of this Court. Respectfully moves this Court to allow this Plaintiff to amend the above claim. This Motion and Claim was initially filed in the Superior Court for the District of Columbia.

In support of this Motion. Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*
Johnny Ray Chandler, Sr.

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division
500 Indiana Avenue NW
Washington, D.C. 20001

Exhibit B.

April 20, 2006

CASE NAME: JOHNNY R CHANDLER Jr Vs. ANTHONY WILLIAMS et al

CASE NUMBER: 2006 CA 001911 B

## NOTICE OF REMOVAL

This case has been removed to the U.S. District Court for the District of Columbia. Any unresolved motion filed in this case prior to its removal is moot as of the date of this notice. Should the U.S. District Court remand the case back to this Court, moving party may request reinstatement of a motion filed prior to removal of the case by filing a praecipe requesting that the named motion(s) be reinstated. A Certificate of Service to all parties must accompany the pracipe.

**NO FURTHER PLEADING WILL BE ACCEPTED FOR FILING IN THE SUPERIOR COURT AT THIS TIME.**



D. C. Superior Court
500 Indiana Avenue NW
Room JM-170
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

JOHNNY R CHANDLER Jr
6015 8TH ST NW
WASHINGTON, DC 20011

2006 CA 001911 B

CANOR..doc