UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>**District of Columbia**, *et al*., )<br>)<br>    **Defendants.** )<br>_____ ) | Civil Action No. 06-0664(PLF) |

**DISTRICT OF COLUMBIA'S CONSENT MOTION TO STAY THE TIME PERIOD TO FILE A RESPONSE TO ALL FILINGS BY THE PLAINTIFF UNTIL AFTER THE COURT'S RULING ON THE CERTIFICATION OF PLAINTIFF'S CLAIM**

The District of Columbia, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to stay the time period to file a response to all filings by the plaintiff until after the Court's ruling on the certification of the plaintiff's claim. A Memorandum of Points and Authorities in support of this Motion and a proposed Order are attached hereto.

Pursuant to LCvR 7 (m), undersigned counsel contacted *pro se* plaintiff on July 6, 2006, to gain his consent to the relief sought herein. The Plaintiff consented to such relief.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
HOLLY M. JOHNSON [476326]
Section Chief General Litigation Section III

_____/s/_____
James H. Vricos [474026]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 6th day of July, 2006, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent via first class mailed postage prepaid, and via the U.S. District Court's electronic notification service, to:

Johnny Ray Chandler
Pro se Plaintiff
6015 8th Street, N.W.
Washington, D.C. 20011

_____/s/_____
James H. Vricos
Assistant Attorney General

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )    Civil Action No. 06-0664(PLF) |
| | ) |
| **District of Columbia et al.,** | ) |
| | ) |
|       **Defendants.** | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DISTRICT OF COLUMBIA'S CONSENT MOTION TO STAY THE TIME PERIOD TO FILE A RESPONSE TO ALL FILINGS BY THE PLAINTIFF UNTIL AFTER THE COURT'S RULING ON THE CERTIFICATION OF PLAINTIFF'S CLAIMS**

The District of Columbia (hereinafter, "District"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to stay the time period to file a response to all filings by the plaintiff until after the Court's ruling on the certification of the plaintiff's claim. As grounds therefore, the District states as follows:

1. On February 22, 2006, the Plaintiff filed his complaint in this lawsuit in the Superior Court for the District of Columbia. On April 11, 2006, this matter was removed to this Court.

2. On April 27, 2006, this Court issued an order directing the plaintiff to certify his claims by June 30, 2006. The Court noted that the plaintiff, a prolific filer, is prohibited from filing further matters without leave of Court.

3. On April 28, 2006, the District of Columbia filed its motion requesting, among other things, that if the Court were to certify the plaintiff's claim, it be permitted to file its

response 20 days after such order. On May 3, 2006, the Court granted the District's motion.

4. The plaintiff has since filed several motions for judgment on the pleadings with the court. The plaintiff has also filed two motions to amend his complaint since the Court's order of April 27, 2006.

5. On May 5, 2006, the United States filed its Motion to Stay the Time Period to File a Response to the Complaint and Opposition to the Plaintiff's Motion for Default Judgment. In it motion the United States requested, among other things, that, should the Court allow the plaintiff to proceed on his claim, the United States be allowed 30 days after the entry of the Court's order to file its response.

6. The District now similarly requests that it be given 30 days to respond to the plaintiff's complaint *and* all subsequent filings by the plaintiff, should the Court certify the plaintiff's claims.

7. On July 6, 2006, the undersigned counsel contacted plaintiff to gain his consent to the relief sought herein. The Plaintiff consented to such relief.

WHEREFORE, for the foregoing reasons, and with the consent of the plaintiff, the District now moves this Court to stay the time period to file a response to all filings by the plaintiff until after the Court rules on the certification of the plaintiff's claim. Should the Court allow the plaintiff to proceed on his claims, the District of Columbia requests thirty (30) days after the entry of the Court's order to file its response to the plaintiff's complaint and all pending motions before the Court.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
HOLLY M. JOHNSON
Section Chief
General Litigation Section III

_____/s/_____
JAMES H. VRICOS
Assistant Attorney General
Bar Number: 474026
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
James.Vricos@dc.gov

3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Civil Action No. 06-0664(PLF) |
| | ) |
| **District of Columbia et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

## ORDER

Upon consideration of the District's Consent Motion to Stay the Time Period to File a Response to all Filings by the Plaintiff Until after the Court's Ruling on the Certification of the Plaintiff's Claims, and the facts and law considered, it is hereby,

ORDERED: The time period for the District of Columbia to file a response to all filings by the plaintiff is stayed until after the Court's ruling on the certification of the plaintiff's claims; and it is,

FURTHER ORDERED:

Should the Court allow the plaintiff to proceed on his claims, the District of Columbia shall have thirty (30) days after the entry of the Court's order to file its response(s) to the complaint and to all motions before the Court.

So ORDERED this _____ day of _____, 2006

_____
Judge Friedman

copies to:

Johnny Ray Chandler
6015 8th Street, N.W.
Washington, D.C. 20011

2

Via electronic filing:
James H. Vricos, Esq.
Mercedeh Momeni, Esq

Case 1:06-cv-00664-PLF   Document 21   Filed 07/06/2006   Page 7 of 7