UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 06-0664 (PLF) |
| | ) ECF |
| **District of Columbia et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THE UNITED STATES OF AMERICA'S MOTION TO STAY THE
TIME PERIOD TO FILE RESPONSES TO ALL FILINGS BY THE
PLAINTIFF UNTIL AFTER THE COURT'S RULING ON THE
CERTIFICATION OF PLAINTIFF'S CLAIM**

The United States of America, by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to stay the time period to file a response to all filings by the plaintiff until after the Court's ruling on the certification of the plaintiff's claim.[1] A Memorandum of Points and Authorities in support of this Motion and a proposed Order are attached hereto.

Pursuant to LcvR 7(m), undersigned counsel's paralegal contacted *pro se* plaintiff on July 20, 2006, to gain his consent to the relief sought herein, and left a message with a person who stated he was Plaintiff's father. To date, the Plaintiff has not responded.

---

[1] On June 21, 2006, Plaintiff filed a second complaint with the Superior Court for District of Columbia against CSOSA employees. Civ. Act. No. 2006CA0047776. Federal Defendants intend to remove the case to this Court shortly.

Dated: July 24, 2006.

        Respectfully submitted,

        /s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

        /s/
_____
RUDOLPH CONTRERAS, D.C. Bar# 434122
Assistant United States Attorney

        /s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 06-0664 (PLF) |
| ) | ECF |
| **District of Columbia et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE UNITED STATES OF AMERICA'S MOTION TO STAY THE TIME PERIOD TO FILE A RESPONSE TO ALL FILINGS BY THE PLAINTIFF UNTIL AFTER THE COURT'S RULING ON THE CERTIFICATION OF PLAINTIFF'S CLAIMS**

The United States of America (hereinafter, "United States"), by and through undersigned counsel and pursuant Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Court to stay the time period to file a response to all filings by the plaintiff until 30 days after the Court's ruling on the certification of the plaintiff's claim. As grounds therefore, the United States, states as follows:

1.  On February 22, 2006, the Plaintiff filed his complaint in this lawsuit in the Superior Court for the District of Columbia. On April 11, 2006, this matter was removed to the Untied Stated District Court for the District of Columbia.

2.  On April 27, 2006, this Court issued an Order directing plaintiff to certify his claims by June 30, 2006. The Court noted that the plaintiff is a prolific filer and is prohibited from filing further complaints without leave of Court.

3.  On May 5, 2006, the United States filed its motion requesting, among other things, that if the Court were to certify the plaintiff's claim, it be permitted to file its response 30 days

      after such order.

4.     The plaintiff has since filed several motions including motions for judgment on the pleadings with the Court. The plaintiff has also filed two motions to amend his complaint since the Court's order of April 27, 2006.

5.     On July 6, 2006, Defendant District of Columbia filed its Motion to Stay the Time Period to File a Response to all Filings By Plaintiff Until After the Court's Ruling on the Certification of Plaintiff's Claim.  In its motion, the District of Columbia requested that should the Court allow the plaintiff to proceed on his claim, that the District of Columbia be allowed 30 days after entry of the Court's order to file a response.  The Court granted the District of Columbia's motion on July 7, 2006.

6.     The United States now similarly request that it be given 30 days to respond to plaintiff's complaint and all subsequent filings by plaintiff, should the Court certify the plaintiff's claims.

WHEREFORE, for the foregoing reasons, the United States now moves this Court to stay the time period to file a response to all filings by the plaintiff until after the Court rules on the certification of the plaintiff's claim. Should the Court allow the plaintiff to proceed on his claims, the United States requests 30 days after the entry of the Court's order to file its response to the plaintiff's complaint and all pending motions before the Court.

Dated: July 24, 2006.

Respectfully submitted,

/s/

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. Bar# 434122
Assistant United States Attorney

/s/

MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C.  20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 24th of July, 2006, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order were sent via electronic mail to Holly Johnson, Esq. and via first class mail, postage prepaid, to:

Johnny Ray Chandler
*Pro Se* Plaintiff
6015 8th Street, NW
Washington, D.C. 20011

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202) 305-4851

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** )<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>**District of Columbia et al.,** )<br>)<br>)<br>**Defendants.** )<br>_____ ) | **Civil Action No. 06-0664 (PLF)**<br>        ECF |

## ORDER

Upon consideration of the United States' Motion to Stay the Time Period to File a Response to all Filings By The Plaintiff Until After The Court's Ruling On The Certification of Plaintiff's Claim and the Memorandum of Points and Authorities hereto, and the facts and law considered, it is hereby

ORDERED:

The United States' response to all Filings is stayed until 30 days after the Court's ruling on Plaintiff's certification of claims.

So ORDERED this ____ day of _____ ,2006

_____
UNITED STATES DISTRICT JUDGE

copies to:

Defendants via ECF

Johnny Ray, Chandler, Pro se
Plaintiff
6015 8th Street, N.W.
Washington, D.C. 20011