UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUL 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.

   **Plaintiff,**

   V.   C. A. No. 06 cv 00664 (P. L. F. )

Anthony Williams, et al.,

   **Defendants.**

## MOTION FOR EMERGENCY PERMANENT RESTRAINING ORDER AND EMERGENCY INJUNCTIVE RELIEF

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the F.R.C.P. and the Rules of this Court. Respectfully moves this Court to issue an EMERGENCY PERMANENT RESTRAINING ORDER an GRANT this Plaintiff EMERGENCY INJUNCTIVE RELIEF.

  In support of this Motion. I, refer this Court to the attached Memorandum Of Points and Authorities.

        Respectfully Submitted,

        *Johnny Ray Chandler*
        Johnny Ray Chandler, Sr.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler, Sr.          :
                                  :
       **Plaintiff,**         :
                                  :
       **V.**                : C. A. No. 06 cv 00664 (P.L.F.)
                                  :
Anthony Williams, et al.,         :
                                  :
       **Defendants.**        :

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff, Johnny Ray Chandler, Sr. Respectfully moves this Court in the above Captioned Case. To issue an Emergency Permanent Restraining Order and Emergency Preliminary Injunctive Relief.

**A.**    **BACKGROUND / RESTRAINING ORDER**

       Back in December of 2005 my Parole Supervision was abruptly for no reason transferred to the C. SOSA ( Court Services & Offender Supervision Agency ) Sex Offenders Unit. At 300 Indiana Avenue,

N.W., Rm. 2056 E, Washington, D.C. 20001.

This Complaint was initially filed for Harassment, Due Process Violation, Conspiracy, and False Accusation. Against the District of Columbia, The U.S. Parole Commission, Mr. Charles James, C.S.O. and Mr. Linwood Williams, and Dr Phyliss Brody, Clinical Psychologist for the Center For Clinical and Forensic Services. Here in this Motion which is presently before the Court. This Plaintiff is and has been subjected to still further Harassment without Probable Cause. By members of CSOSA`s Sex Offender Unit.

I, am currently being Supervised by Mr. Gregory Campos. His Immediate Supervisor is Mr. Matthew Kiely. Both of the Sex Offender Unit of C S O S A .

B            **STATEMENT OF CLAIM**

On June 6, 2006. I, went to see Mr. G. Campos at 300 Indiana

Avenue, N.W. Washington, D.C. At which time, Mr. Campos informed me that I was being put on a 7 P.M. Curfew. Effective at 7 P.M. on 6/6/06.

On June 3, 2006 I, filed a Motion to Amend the Complaint to include Mr. Gregory Campos, C.S.O., his immediate Supervisor, Mr. Matthew Kiely, and Ms. D. Johnson, G.P.S. Technician. These individuals were added to this Complaint for Harassment, Conspiracy, and threatening Conduct.

As a direct result of said Amendment. I, am now being subjected to still further Harassment. Because, there was and is no Probable Cause for me to have been put on this Curfew. Other than further Harassment or Revenge. Because, based on the principal of Law. Every action that adversely effects the conditions of a Parolees Parole. **MUST be strongly supported by Probable Cause !!**

Here in this case. Mr. Kiely and Mr. Campos have not and can not show or factually produce any Probable Cause Evidence

that can or should satisfy the requirements under the Probable Cause Statue or Guidelines.

As further support of Harassment by Mr. Kiely and Campos. As this Court is fully aware. Under the District of Columbia Curfew Law. Which was enacted on September 20, 1995 as ( D.C. Law 11-48, Section 2, 42 DCR3627). Its purpose is to curtail Criminal and or Drug activity by the Youth in the District of Columbia. ( See Exhibit A ). Moreover, pursuant to the above Law ( DCR 3627 ). The person that is the subject of the imposed Curfew. Must be under the age of Seventeen (17) and be suspected And or accused of ongoing Criminal and or Drug activity.

As I stated earlier in this Memorandum. I was released from prison, on June 3, 2005. Since which time, I have not perpetrated or been accused of any Criminal activity or Drug use. As a matter of fact and my Record will show. I have been submitting urine samples since June 4, 2006, and not one of those Test Results ever showed any Drug use by me.

Therefore, it should be obvious to this Court that the actions of Mr. Gregory Campos and his Immediate Supervisor, Mr. Matthew Kiely. Is and was perpetrated as an act of malicious revenge. Which is not actionable under the D.C. Curfew Law.

Moreover, as I also stated earlier in this Motion. In December of 2005 my Parole Supervision was transferred to the CSOSA Sex Offender Unit. By request from CSOSA Employees to the United States Parole Commission.

Therefore, based on the past actions of the CSOCA its Employees and the U.S.P.C. It is very possible that they can and will contact the U.S.P.C. and request that this unfounded and malicious Curfew be reenacted per their request.

Wherefore, in the interest of Justice. I, respectfully move this Court to issue a RESTRAINING ORDER against the United States Parole Commission, Court Services & Offender Supervision Agency and its Employees Mr. Matthew Kiely, S.C.S.O., and Mr. Gregory Campos, C.S.O. . **ORDERING** that the Curfew that was

enacted on June 6, 2006 be Immediately Lifted. Untill such time as it can be proven beyond a shadow of doubt that I am involved in Criminal Activity and or Drug use.

Respectfully Submitted,

*Johnny Ray Chandler*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
6015 8th Street, N.W.
Washington, D.C. 20011

## CERTIFICATE OF SERVICE

I, hereby certify that a True and Correct copy of the foregoing Motion for Emergency Restraining Order and Preliminary Injunction, Proposed Order and the Exhibits Were mailed, U.S. First Class Mail. Postage Pre-Paid on this 25th day of July 2006,

TO :

Mr. Mercedeh Momeni, Esquire
Assistant U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530-20001

And

United States Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland

And

Mr. Matthew Kiely, S.C.S.O.
300 Indiana Avenue, N.W., Rm. 2056
Washington, D.C. 20001

And

Mr. Gregory Campos, C.S.O.
300 Indiana Avenue, N.W., Rm. 2056
Washington, D.C. 20001

Respectfully Submitted,

*Johnny Ray Chandler*

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
6015 8th Street, N.W.
Washington, D.C. 20011