# UNITED STATES DISTRICT COURT
## For The District Of Columbia

Johnny Ray Chandler, Sr.    :

     **Plaintiff,**    :

     V.    : C.A. No. 1:06 cv00664

Anthony Williams, et al.,    :

     **Defendants.**    :

RECEIVED

AUG 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO AMEND THE COMPLAINT AND SUPPLEMENT THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Pursuant to Rule 6 of the FRCP and the Rules of this Court. Respectfully moves this Court to **GRANT** me **LEAVE** to Amend the above Claim and Supplement the Pleading.

In support of this Motion. Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

                                     Respectfully Submitted,
                                     *Johnny Ray Chandler, Sr.*
                                     Johnny Ray Chandler, Sr.
                                     Plaintiff, Pro-Se

# UNITED STATES DISTRICT COURT
## For The District Of Columbia

Johnny Ray Chandler, Sr.  :
:
**Plaintiff,**  :
:
V.  : C. A. No. 1:06cv00664
:
Anthony Williams, et al.,  :
:
**Defendants.**  :

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Pro-Se, Johnny Ray Chandler, Sr. Respectfully moves this Court to **GRANT** me **LEAVE** to Amend the above Claim and Supplement the Pleadings. To include the Director of CSOSA, Mr. Paul Quander. For Denial of access to the Court. Under the First Amendment of the United States Constitution, Malicious Interference, and Denial of Access to my Legal Counsel.

**A.** **BACKGROUND**

On the morning of Friday, August 4, 2006. I, went to the Office of the District Of Columbia's Public Defender Service at 633 Indiana Avenue, N. W. Washington, D. C. To serve the General Counsel for

CSOSA with a copy of a Motion that I was filing in the D.C. Superior Court against two employees of CSOSA, Mr. Gregory Campos and his Immediate Supervisor, Mr. Matthew Kiely. After clearing the Metal Detector in the Lobby of 633 Indiana Avenue, N. W. The U. S. Marshal that was assigned to the Lobby of that building, asked me my name ? I, politely informed him that my name is Johnny Chandler. He then informed me to wait a minute. He, looked at a paper that he had at his Station. Then, he asked me where was I going ? I informed him that I was going to see my Attorney. Plus, deliver some legal documents to the Office Of The General Counsel for CSOSA. He then informed me that I could not go up stairs, and that I had to leave the building.. I, asked him why ? And he informed me that an Order had been sent down not to allow me access to that building. Then I asked him :

" Who issued that ORDER ? "

    He informed me that :

" The Order was issued by the Director of CSOSA."

Mr. Quander, Director of CSOSA will not and can not show this Court any substantial reason or reasons for his actions.

His action would be justifiable if one of his Staff Members had said that I had came in that building and I created a disturbance and they had to call Security. But nothing to that effect ever happened.

Furthermore, as this Court and Defendants Counsel is well aware of. Every Citizen in America has a Constitutional Right to unobstructed Legal Representation. Under the First Amendment of the United States Constitution.

Moreover, as this Court and the Defendants Counsel is aware of. Under the Rules of the F.R.C.P. and the Rules of every Court in this Country. The Plaintiff MUST serve the Defendants or the Defendants Counsel with a copy of every Motion or Document that he or she files with the Court.

Therefore, based on the above facts. It is and should be obvious to this Court that the action of Mr. Paul Quander, Dir. Of CSOSA was done as a malicious act. Because, as I stated earlier and I reiterate. I,

have never caused any disturbance inside or outside of 633 Indiana Avenue, N. W. Furthermore, I have never met or spoken with him and he has never met or spoken with me. Which is further evidence that his action was not based on any form of Probable Cause.

Moreover, on August 5, 2006 I sent a letter/ Memorandum of Appeal to Mr. Quander. ( SEE EXHIBIT A ).

Wherefore, in the interest of Justice. I, respectfully move this Honorable Court. To **GRANT** me **LEAVE** to Amend the Complaint to include Mr. Paul Quander, Director of CSOSA as an additional Defendant in the above Claim.

Respectfully Submitted,
Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
1816 New Hampshire Avenue, N. W.
Washington, D. C. 20009

## REQUESTED RELIEF

As relief in this Claim. I respectfully move this Honorable Court to award this Plaintiff the following relief:

1. For denial of Access to the Court. I, move this Court to award me $ 100,000.00 from Mr. Paul Quander. In his individual and Official capacity.

2. For the Tort of Malicious Interference. I, move this Court to award me : $ 25,000.00.

3. For denial of access to my legal Counsel. I, move this Court to award me : $ 50,000.00.

## CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing

Motion To Amend, the Certificate of Service, and the Proposed Order.

Were mailed, U. S. First Class Mail, Postage Prepaid on this 9th day of

August, 2006, TO :

Mr. Mercedeh Momeni, Esquire
Assistant U. S. Attorney
555 5th Street, N. W.
Washington, D.C. 20530

And Hand Delivered To :

The Office Of General Counsel for CSOSA
633 Indiana Avenue, N. W.
12th Floor Room 1253
Washington, D. C. 20001

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*
Johnny Ray Chandler, Sr.