# UNITED STATES DISTRICT COURT
## For The District Of Columbia

Johnny Ray Chandler, Sr. :
:
**Plaintiff,** :
:
V. : C.A. No. 1:06cv00664
:
Anthony Williams, et al., :
:
**Defendants.** :

## ORDER

Upon consideration of the Plaintiffs Motion To Amend the Complaint and there being no opposition there to, filed by the Defendants.

It is hereby **ORDERED** on this _____ day of August, 2006 that the Motion is **GRANTED**.

Furthermore it is **ORDERED** that the Defendant has 20 days from the date of this order to file a response with this Court.

**SO ORDERED :**

_____
**United States District Court Judge**

# COURT SERVICES &OFFENDER SUPERVISION AGENCY

## Washington, D.C. 20001

**MEMORANDUM**

To                : Mr. Paul A. Quander, Jr. Director
                    Court Services & Offender Supervision Agency
                    633 Indiana Avenue, N. W.
                    Washington, D. C. 20001

FROM          : Johnny Ray Chandler, Sr.
                    1816 New Hampshire Avenue, N. W.
                    Apt. 602
                    Washington, D. C. 20009

SUBJECT    : Administrative Appeal and Request for information

DATE           : August 5, 2006

RE                : Access To The General Counsels Office

Dear Mr. Quander,

As the subject of this Memorandum implies. This is an Administrative Appeal and a Request for information.

On the evening of August 4, 2006. I attempted to go to the Office of the General Counsel for CSOSA, Plus, I was going to meet with my Attorney who works for the D. C. Public Defender Service. After being cleared by the Security devices in the lobby of the building at 633 Indiana Avenue. I started to walk to the elevator just then the U. S. Marshal that was stationed at the Lobby Entrance . Stopped me and asked me my name. I informed him that my name is Johnny Chandler. At that moment he informed me that I was not allowed to see anyone in the Office of the general Counsel or my Attorney, that works for the P. D. S. Parole Division. Then, I asked him if I was barred from that building ? He told me yes . Then, I asked him by who's order ? He told me that the Order came from the Director of C.S.O.S.A. You may not have known it prior to this Memorandum. But, my Legal

Counsel works for the P.D. S. Which is housed in that building.

Furthermore, unless I have in some mannner demonstrated some form of disruptive behavior, or issued a threat against a Staff Member of C.S.O.S.A that is assigned to that building. There is, and should not have been any reason for you to have taken the actions that you took. Now, furthermore, you do not know Me and I do not know You. Which is further proof that your actions was not supported by just cause.

So, in lure of involving your Superior. I, respectfully request that you inform me, Either in writing or in person. As to why you Ordered that I be denied access to my Attorney and the General Counsel for C.S.O.S.A? Plus, I respectfully ask that you retract your Order and I be allowed access to my Attorney and C.S.O.S.A.. General Counsel.

Your personal response to this Memorandum is urgently needed and will be very greatly appreciated.

Sincerely,

Johnny Ray Chandler