UNITED STATES DISTRICT COURT
For the District of Columbia

Johnny Ray Chandler, Sr.
    Plaintiff,

V.

Anthony Williams, et al.,
    Defendants.

06-664 PLF

**RECEIVED**
SEP 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Notice of Address Change

Please be advised. That as of August 30, 2006. Plaintiff's address has changed. I am now at 1901 D. street, S.E., Washington, D.C. 20003. All future Rulings, Motions, etc. can be sent to this Plaintiff at the above address.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se

CC: Office of the Assistant U.S. Attorney
    555 4th St., N.W.
    Washington, D.C. 20001-