UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-0664 (PLF) |
| | ) ECF |
| **District of Columbia et al.,** | ) |
| **Defendants.** | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE COURT'S ORDER OF DECEMBER 15, 2006**

Federal defendants, hereby move for a forty five day extension of time to file their Response to the Court's Order of December 15, 2006, through and including February 19, 2006. Good cause exists to grant this motion.

1. Defendant's Response is due on January 5, 2006.

2. Defendants require additional time to prepare and file a Response. This extension is needed primarily due to the undersigned counsel's schedule, which recently has included responding to discovery in the matter of Consumer Federation of America v. USDA, Civil Action No. 04-1788 (EGS), and motion practice in the matter of Hall, et al. v. CIA, Civil Action No. 04-0814 (HKK/JMF), in addition to trial preparation in the matter of Lucas v. Spelling, Civil Action No. 01-2393 (JMF) (trial to begin on February 5, 2007).

3. Defendants therefore request forty five additional days to submit their Response.

4. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, the federal defendants request that this enlargement be granted, and that the date for the Response be extended to February 19, 2006. A minute order is requested.

Dated: December 29, 2006.

                                  Respectfully submitted,

                                  _____/s/_____
                                  JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                  United States Attorney

                                  _____/s/_____
                                  RUDOLPH CONTRERAS, D.C. BAR #434122
                                  Assistant United States Attorney

                                  _____/s/_____
                                  MERCEDEH MOMENI
                                  Assistant United States Attorney
                                  Civil Division
                                  555 4th Street, N. W.
                                  Washington, D.C.  20530

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel.*" It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2006, I caused the foregoing *Motion for Extension of Time* to be served on *pro se* plaintiff, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**DC 174-730**
**DC Detention Facility**
**1901 D Street, SE**
**Washington, DC 20003**

                                              /s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)