UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 06-0664(PLF) ) |
| **District of Columbia**, *et al.*, | ) ) |
| **Defendants.** | ) ) ) |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO THE COURT'S ORDER OF DECEMBER 15, 2006**

Defendant District of Columbia (the "District"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to extend the time to file a response to the Court's order of December 15, 2006, by forty-five days. A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Pursuant to LCvR 7.1, on January 4, 2006, undersigned counsel attempted to contact the *pro se* plaintiff to seek his consent to the relief requested herein. The Undersigned was unable to speak with the plaintiff.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

         /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

          /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 5th day of December, 2006, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent via first class mailed postage prepaid, and via the U.S. District Court's electronic notification service, to:

Johnny Ray Chandler
Pro se Plaintiff
DC Detention Facility
1901 D Street, SE
Washington, D.C. 20003

          /s/
James H. Vricos
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 06-0664(PLF) |
| ) | |
| **District of Columbia et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO
FILE A RESPONSE TO THE COURT'S ORDER OF DECEMBER 15, 2006**

Defendant District of Columbia (the "District"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to extend the time to file a response to the Court's order of December 15, 2006, by forty-five (45) days. As grounds therefore, the District states as follows:

1. On February 22, 2006, the Plaintiff filed his complaint in this lawsuit in the Superior Court for the District of Columbia. On April 11, 2006, this matter was removed to this Court.

2. On April 27, 2006, this Court issued an order directing the plaintiff to certify his claims by June 30, 2006. The Court noted that the plaintiff, a prolific filer, is prohibited from filing further matters without leave of Court.

3. On July 7, 2006, the Court granted the District's motion to stay the time period to file responses to all filing by the plaintiff until after the Court's ruling on the plaintiff's certification.

4. On December 15, 2006, the Court issued a minute order denying several of the plaintiff's pending motions, allowing the plaintiff to proceed with his remaining claims, and directing the defendants in this matter to respond to the plaintiff's complaint and four pending motions to amend his complaint.

5. Undersigned counsel requests additional time to prepare a response. This extension is needed primarily because Undersigned counsel has been away from the office for several days due to the holidays since the Court issued its order on December 15, 2006. Also, undersigned counsel will be in depositions for the majority of days in the first three weeks of January 2007.

6. On December 21, 2006, undersigned counsel spoke with counsel for the United States. Counsel for the United States who did not object to the District's seeking the relief described herein.

7. On January 3, 2007, the Court granted the United States' motion for extension of time up to and including February 19, 2007, to respond to plaintiff's filings as stated in the Court's order of December 15, 2006.

8. The District now similarly requests that it be given forty-five (45) days to respond to the plaintiff's complaint and the four motions described in the Court order of December 15, 2006.

WHEREFORE, for the foregoing reasons, the District requests that this enlargement be granted, and that the due date for its Response be extended to February 19, 2007.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the

2

District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0664(PLF) |
| ) | |
| **District of Columbia** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**ORDER**

Upon consideration of the District's Motion to Extend the Time to File a Response to the Court's Order of December 15, 2006, and the facts and law considered, it is hereby,

ORDERED: The District of Columbia shall have forty-five (45) from the current due date to file its response to the those pleadings described in the Court's order of December 15, 2006, and that such response shall be filed on or before February 19, 2007.

So ORDERED this _____ day of _____, 2007

                                             _____
                                             Judge Friedman

copies to:

Johnny Ray Chandler
Pro se Plaintiff
DC Detention Facility
1901 D Street, SE
Washington, D.C. 20003


Via electronic filing:
James H. Vricos, Esq.
Mercedeh Momeni, Esq