RECEIVED

JAN 2 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Memorandum

To: The Civil Clerks Office
U.S. District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

From: Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804

06 - 664 PLF

Subject: Notice of Address change

Date: January 24, 2007

RE: Chandler V. Williams; Chandler V. Kiely, et al.;
and Chandler V. W. E. Welch & Associates, et al.;

Dear Clerk

As the Subject of this memorandum implies. This
is to inform you of my new location and address.

On January 17, 2007, I was transferred from
the CCA\C.T.F. Facility in Washington, D.C.
and brought to my new location:

FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804

Wherefore, any and all future Orders or Rulings of the Court in reference to the above cases, can be sent to me at the above address.

Sincerely,

Johnny Ray Chandler, Sr.

Reg. No. 11977-007
P.O. Box 90043
Petersburg, Va. 23804