UNITED STATES DISTRICT COURT
for the District of Columbia

RECEIVED
FEB 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.

    Plaintiff,

V.    Case No. Unknown (P.L.F.)

Anthony Williams, et al.,

    Defendants.

## MOTION FOR JUDGMENT ON THE PLEADINGS

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the F.R.C.P. and the Rules of this Court. Respectfully moves this Honorable Court to enter a Ruling on the Motion for Default that was filed by this Plaintiff on or about January 12, 2007.

On or about December 15, 2006. This Court entered an Order in the above Claim. Ordering the Defendants to respond to the Complaint on or before January 5, 2007.

To this day, the Defendants have not responded to the Complaint. Wherefore, in the interest of Justice. I, Plaintiff Johnny Ray Chandler, Sr. Respectfully moves this Court to enter a Judgment on the pleadings.

        Respectfully Submitted,

        Johnny Ray Chandler, Sr.
        P.O. Box 90043
        Petersburg, Va. 23804

## CERTIFICATE OF SERVICE

I, hereby Certify that a True and correct copy of the foregoing Motion for Judgment on the Pleadings. Was mailed, U.S. First Class Mail postage pre paid. On this 9th day of ~~January~~ February, 2007, TO :

CC : The Office of the Asst. United States Attorney
5554th Street, N.W.
Washington, D.C. 20001

Respectfully Submitted,
Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804