UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 06-0664(PLF)** |
| ) | |
| **District of Columbia,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO FILE A RESPONSE TO THE COURT'S ORDER OF DECEMBER 15, 2006**

Defendant District of Columbia (the "District"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to extend the time to file a response to the Court's order of December 15, 2006, by three days. A Memorandum of Points and Authorities, along with a proposed Order, is attached hereto.

Pursuant to LCvR 7.1, on February 20, 2007, undersigned counsel attempted to contact the *pro se* plaintiff to seek his consent to the relief requested herein. The Undersigned was unable to speak with the plaintiff.

                                                                 Respectfully submitted,

                                                                 LINDA SINGER
                                                                 Attorney General for the
                                                                 District of Columbia

                                                                 GEORGE C. VALENTINE
                                                                 Deputy Attorney General,
                                                                Civil Litigation Division

                                                                 _____/s/_____
                                                                 PHILLIP A. LATTIMORE, III [422968]
                                                                Chief, General Litigation Sec. III

                      /s/
                    JAMES H. VRICOS [474026]
                    Assistant Attorney General
                    441 Fourth Street, N.W.
                    Sixth Floor South
                    Washington, D.C. 20001
                    (202) 724-6600
                    (202) 727-3625 (fax)
                    E-mail: James.Vricos@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 20th day of February, 2007, that a copy of the foregoing Motion, Memorandum of Supporting Points and Authorities and proposed order was sent via first class mailed postage prepaid, and via the U.S. District Court's electronic notification service, to:

Johnny Ray Chandler
Pro se Plaintiff
F.C.C. Petersburg – Medium
P.O. Box 90043
Petersburg, VA 23804

                    /s/
                  James H. Vricos
                  Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** )<br>)<br>**Plaintiff,** )<br>)<br>v.           )<br>)<br>**District of Columbia et al.,** )<br>)<br>**Defendants.** )<br>_____) | **Civil Action No. 06-0664(PLF)** |

**MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING
DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO EXTEND THE TIME TO
FILE A RESPONSE TO THE COURT'S ORDER OF DECEMBER 15, 2006**

Defendant District of Columbia (the "District"), by and through undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves this Honorable Court to extend the time to file a response to the Court's order of December 15, 2006, by three (45) days. As grounds therefore, the District states as follows:

1. On February 22, 2006, the Plaintiff filed his complaint in this lawsuit in the Superior Court for the District of Columbia. On April 11, 2006, this matter was removed to this Court.

2. On April 27, 2006, this Court issued an order directing the plaintiff to certify his claims by June 30, 2006. The Court noted that the plaintiff, a prolific filer, is prohibited from filing further matters without leave of Court.

3. On July 7, 2006, the Court granted the District's motion to stay the time period to file responses to all filing by the plaintiff until after the Court's ruling on the plaintiff's certification.

4. On December 15, 2006, the Court issued a minute order denying several of the plaintiff's pending motions, allowing the plaintiff to proceed with his remaining claims, and directing the defendants in this matter to respond to the plaintiff's complaint and four pending motions to amend his complaint.

5. On January 9, 2007, the Court granted the District's motion for extension of time to respond the Court's order of December 15, 2007, setting a new due date of February 19, 2007. [1]

6. Undersigned counsel requests that he be granted an additional three days to finalize a response. This extension is needed primarily because Undersigned counsel has been away from the office due recent weather conditions.

WHEREFORE, for the foregoing reasons, the District requests that this enlargement be granted, and that the due date for its Response be extended to February 23, 2007.

Respectfully submitted,

LINDA SINGER
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

   /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

   /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.

---

[1] February 19, 2007, was a national holiday, therefore the District Response did not come due until February 20, 2007.

2

        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6600
        (202) 727-3625 (fax)
        E-mail: James.Vricos@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-0664(PLF) |
| ) | |
| **District of Columbia** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**ORDER**

Upon consideration of the District's Motion to Extend the Time to File a Response to the Court's Order of December 15, 2006, and the facts and law considered, it is hereby,

ORDERED: The District of Columbia shall have three (3) from the current due date to file its response to the those pleadings described in the Court's order of December 15, 2007, and that such response shall be filed on or before February 23, 2007.

So ORDERED this _____ day of _____, 2007

_____
Judge Friedman

copies to:

Johnny Ray Chandler
Pro se Plaintiff
F.C.C. Petersburg – Medium
P.O. Box 90043
Petersburg, VA 23804

Via electronic filing:
James H. Vricos, Esq.
Mercedeh Momeni, Esq