UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY RAY CHANDLER, SR.** ) <br> ) <br> ) <br>           **Plaintiff** ) <br>    v.          ) <br> ) <br> ) <br> **ANTHONY WILLIAMS, et al.,** ) <br> ) <br>           **Defendants.** ) <br> ) | **Civil Action No. 06-0664 (PLF)** <br> **(ECF)** |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S FOURTH MOTION TO AMEND HIS COMPLAINT**

Federal Defendants, hereby move for a forty five-day extension of time to respond to Plaintiff's Motion to Amend (USDC Pacer Doc. No. 24), through and including April 9, 2007. Good cause exists to grant this motion.

    1.  Federal Defendants' response to Plaintiff's Complaint and four motions to amend are due on February 20, 2007.

    2.  Although a response to the Complaint and three of the Motions to Amend (USDC Pacer Doc. Nos. 1, 4, 7 and 18) will be timely filed, Federal Defendants require additional time to file a response to the fourth Motion to Amend.  The enlargement is needed because in this motion the Plaintiff attempts to bring a *Bivens* claim against the CSOSA Director.  *See* Doc. No. 24.  Mr. Quander is in the process of requesting individual representation from the Department of Justice.  Once the request is made, the completion of the authorization process for individual representation will take some time.[1]

---

[1] By making this Motion Director Quander does not waive, and expressly preserves all available defenses, including insufficiency of service of process and immunity from suit.

    3. Federal Defendants therefore request forty five additional days to submit their response.

    4. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[2]

    WHEREFORE, Federal Defendants request that this enlargement be granted, and that the date for the answer or other response be extended to April 9, 2007. A minute order is requested.

Dated: February 20, 2007.

                                  Respectfully submitted,

                                _____/s/_____
                                JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                United States Attorney

                               \_\_\_\_\_/s/_____
                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney

                               _____/s/_____
                                MERCEDEH MOMENI
                                Assistant United States Attorney
                                Civil Division
                                555 4th Street, N. W.
                                Washington, D.C.  20530

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2007, I caused the foregoing *Motion for Extension of Time* to be served on parties of record via ECF and *pro se* plaintiff, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**

          /s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)