UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0664 (PLF) |
| | )        (ECF) |
| ANTHONY WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of Federal Defendants' Motion to Dismiss or in the Alternative for Summary Judgment and the entire record herein, the Court is of the opinion and finds that, for the reasons set forth by Federal Defendants, Federal Defendants' Motion for Summary Judgment should be granted. Accordingly, it is this ____ day of _____, 2007,

ORDERED that Federal Defendants' Motion for Summary Judgment be and is hereby GRANTED; and it is and it is

FURTHER ORDERED that judgment be and is hereby rendered in favor of Federal Defendant; and this case is DISMISSED against them with prejudice.

_____
UNITED STATES DISTRICT JUDGE