UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Johnny Ray Chandler,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 06-0664 (PLF) |
| | ) ECF |
| **District of Columbia et al.,** | ) |
| **Defendants.** | ) |

### WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Johnny R. Chandler, Sr. v. Anthony Williams</u>, Civil Action No. 06-0664 pending in the United States District Court for the District of Columbia, (motion to amend/correct June 1, 2006), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendants Matthew Kiely, Gregory Compas, and Ms. D. Johnson were acting within the scope of their employment as employees of the United States at the time of the alleged incident.

February 15, 2007

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division

