*Probation Revoked*

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

OCC-155

United States of America
District of Columbia

vs.

Johnny R. Chandler

Case No. F-8571-88B
PDID No. 258-816

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of Count "B" Attempted Robbery and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to Count "B" 10 (Ten) months to 30 (Thirty) months to run consecutive to any other sentences now serving.

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☒ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
  ☐ Observe the general conditions of probation listed on the back of this order.
  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows: _____
  ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
  ☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

10-22-91
Date

Judge Eshenbeee

Certification by Clerk pursuant to Criminal Rule 32(d):

10-22-91
Date

Deputy Clerk

Form CD(18)-1040/Aug. 87

GOVERNMENT EXHIBIT

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

vs.

Johnny R. Chandler

*Probation Revoked*
*Sent. modified*

Case No. F-13526-89A
PDID No. 258-816

NJ/60

8-15-91

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of ____
(B) Armed Robbery (C) Robbery (D) Assault
(A) Dangerous Weapon 6310
and having been found guilty by ☐ Jury ☒ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to ____
(B) Not less than four yrs nor more than twelve yrs, (C) Not less than two yrs nor more than six yrs, (D) Not less than one (1) yr nor more than three (3) yrs, to run consecutive to each other + consecutive to any other sentence

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☒ MANDATORY MINIMUM term does not apply.
☒ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803(b) of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:

☐ Observe the general conditions of probation listed on the back of this order.

☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
_____

☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____

☐ _____

Costs in the aggregate amount of $_____ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☐ have not been paid.

ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

10-22-91
Date

_____
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

10-22-91
Date

_____
Deputy Clerk

Form CD(18)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. F-5289 91
PDID No. 258 816

#43 MOJ

vs.

Johnny B. Chandler

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☑ Guilty to the Charge(s) of _____
B - Attempted Robbery

and having been found guilty by ☐ Jury ☑ Court, it is hereby ORDERED that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _could be not less than 10/ten nor more than 30/thirty months._

☐ MANDATORY MINIMUM term of _____ 10-18-91 EPA applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.
☑ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] of the D.C. Code [Youth Rehabilitation Act 1985].
☐ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further ORDERED that while on probation the defendant observe the following marked conditions of probation:
  ☐ Observe the general conditions of probation listed on the back of this order.
  ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.
  ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
  ☐ Restitution of $_____ in monthly installments of $_____ beginning _____ (see reverse side for payment instructions). The Court will distribute monies to _____
  ☐ _____

Costs in the aggregate amount of $20.00 have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☑ have not been paid. From jail
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve as the commitment/order for the defendant.

16 Oct 91
Date

_Harriet R. Taylor_
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

16 Oct 91
Date

Deputy Clerk