| | |
|---|---|
| U.S. Department of Justice<br>United States Parole Commission<br>5550 Friendship Boulevard<br>Chevy Chase, Maryland 20815-7201 | Notice of Action |

| | |
|---|---|
| Name: CHANDLER, Johnny<br>Register Number: 11977-007<br>DCDC No: 174-730 | CSOSA: Sex Offenders' Supervision- Team 13<br><br>Date:    January 18, 2006 |

In the case of the above-named, the following action was ordered:

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

You shall be subject to the Global Positioning Systems monitoring inclusive of a curfew and/or exclusion zones as determined by your Supervision Officer.

**REASONS**:

Pursuant to 28 C.F.R. §2.85 – Special Condition added.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   Charles James
      Supervision Officer
      Sex Offenders' Supervision-Team 13
      CSOSA
      300 Indiana Avenue, N.W., Rm 2002
      Washington, D.C. 20001

      CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

---

Chandler 11977-007                           -1-                      Clerk:  SRM
Queued: 01-18-2006 12:37:19 USPO-Sex Offenders' Supervision-Team 13 | USPO-Sex Offenders' Supervision-Team 13,
300 Indiana Avenue |

GOVERNMENT EXHIBIT 6