UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. )<br>)<br>)<br>     **Plaintiff** )<br> v. )<br>)<br>)<br>ANTHONY WILLIAMS, et al., )<br>)<br>     Defendants. )<br>_____ ) | Civil Action No. 06-0664 (PLF)<br>(ECF) |

## DECLARATION OF GREGORY CAMPOS

1. I, Gregory Campos, am a Community Supervision Officer (CSO) with Court Services and Offender Supervision Agency (CSOSA). I was assigned to supervise Johnny Ray Chandler, Sr., while he was on Parole in 2006.

2. On or about April 19, 2006, I telephoned Mr. Chandler and instructed him to report to the CSOSA office before 4:30 p.m., because he had missed his appointment for his scheduled drug testing the previous day. Upon his arrival that afternoon, he stated that his new job would not permit him to keep future appointments, even the late Monday hours which are 10:30 a.m. -7 p.m., at our office because he was to be at the job site from 6 a.m. to 4:30 p.m. in Rockville, MD.

3. When I inquired how it came to be that Mr. Chandler was working 10.5 hour days, he stated that his employer was behind on a contractual obligations and the overtime was mandatory.

4. I then told Mr. Chandler that the scenario he presented was highly unusual, and I would like to verify the facts with his employer. At that time, Mr. Chandler voluntarily gave me the contact information for his foreman. From his actions, it was clear that he had given me permission to contact his employer in my official capacity as his CSO.

GOVERNMENT
EXHIBIT
8

5. On or about April 20, 2006, I spoke with Mr. Chandler's foreman at his new job site. The foreman indicated that Mr. Chandler's working hours were 5:30 a.m. to 4 p.m., on Mondays through Thursdays, and on Fridays from 5:30 a.m. until 2 p.m. The foreman further indicated that Mr. Chandler's ex-offender status would not present any difficulties for the employer.

6. I was advised that Mr. Chandler continued his employment with the foregoing employer, for several weeks after my telephone call to his foreman.

I declare under the penalty of perjury that the foregoing is true and correct. .

Dated: February 20, 2007.

_____
Gregory Campos, Community Supervision Officer
Court Services and Offender Supervision Agency