**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. ) | |
| ) | |
| ) | |
| **Plaintiff** ) | |
| **v.** ) | |
| ) | Civil Action No. 06-0664 (PLF) |
| ) | (ECF) |
| ANTHONY WILLIAMS, et al., ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DECLARATION OF ARTHUR ELKINS, ACTING GENERAL

## COUNSEL, COURT SERVICES AND OFFENDER SUPERVISION

## AGENCY FOR THE DISTICT OF COLUMBIA

1. I, Arthur Elkins, am currently the Acting General Counsel for the Court Services and Offender Supervision Agency (CSOSA) for the District of Columbia and have served in that capacity since on or about November 26, 2006. I also serve as the Deputy General Counsel for CSOSA and have served in that capacity since on or about May 1, 2006.

2. The Office of General Counsel has conducted a diligent search of its records and has not discovered any claim filed by Johnny Ray Chandler, Sr. for money damages under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq.* Accordingly, to the best of my knowledge and belief, the Office of General Counsel has not received, during the above-mentioned or any earlier period, written notification of any claim filed by Johnny Ray Chandler, Sr. for money damages under that Act.

3. I declare under penalty of perjury that the foregoing is true and correct.

Arthur Elkins, Acting General Counsel
Court Services and Offender Supervision Agency

Executed on February 20, 2006.

