UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. ) | |
| ) | |
| Plaintiff, ) | Civil Action No 06-664 (PLF) |
| ) | ECF |
| v. ) | |
| ) | |
| ANTHONY WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF CYNTHIA R. PARKER

I, Cynthia R. Parker, do hereby depose and state that:

1. I am a Paralegal Specialist in the Civil Division of the United States Attorney's Office for the District of Columbia ("U.S. Attorney's Office"). I have held this position since September, 1999.

2. I am authorized to receive service of process in civil cases. The office's procedure for recording receipt of process is for the civil process clerk to stamp the summons with a date stamp upon receipt and to record the name of the case and the civil action number in the Civil Division's "Summons and Complaint Service Book."

3. I understand that Plaintiff filed the complaint in this case on February 22, 2006. I have reviewed the Summons and Complaint Book from that date through the present to ascertain whether the summons and complaint have been served on this office. There is no entry in the Summons and Complaint

1


GOVERNMENT EXHIBIT 10

Book reflecting service on this office at any time from February 22, 2006, through the present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2007.

_____
CYNTHIA R. PARKER