UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR.    )<br>)<br>)<br>**Plaintiff**    )<br>v.    )<br>)<br>)<br>ANTHONY WILLIAMS, et al.,    )<br>)<br>**Defendants.**    )<br>) | Civil Action No. 06-0664 (PLF)<br>(ECF) |

**MOTION TO FILE EXHIBITS UNDER SEAL AND FOR
CONFIDENTIAL *IN CAMERA* INSPECTION BY THE COURT**

Federal Defendants hereby move to file three exhibits, attached to their Motion to Dismiss or in the Alternative for Summary Judgment, under seal and request that certain information within those exhibits be kept for *in camera* inspection only and not provided to Plaintiff, pursuant to LcvR 5.1(j).

1.  Federal Defendants filed their Motion to Dismiss or in the Alternative for Summary Judgment ("the Motion"), except for the three exhibits that are the subject of this Motion, on February 20, 2007.

2.  Three of the ten exhibits referred to in the Motion contain confidential third party and/or medical information about the Plaintiff. Some of this information may fall within the category of information protected the Privacy Act. Federal Defendants request that all three such exhibits be maintained under seal.

3.  Government Exhibit numbers 4 and 7 are copies of Reports of Alleged Violations made by the Community Services and Offender Supervision Agency ("CSOSA") to the U.S. Parole Commission, containing information about third parties, including home addresses, *inter*

*alia*. A redacted copy of each of these documents was served on Plaintiff simultaneously with the filing of the Motion. The information redacted from Plaintiff's copies largely include third party information. The redacted and un-redacted copies will be provided to the Court on February 21, 2007, pursuant to LcvR 5.1(j)(2). Federal Defendants submit the un-redacted versions of these documents under seal and for the Court's *in camera* inspection only, and request that the un-redacted version not be provided to Plaintiff.

     4. Government Exhibit number 5 is a copy of the Psychosexual Risk Assessment report provided by Dr. Phyllis Brodie to CSOSA. This document contains Plaintiff's psychiatric and medical information, Dr. Brodie's recommendations and diagnoses, as well as information about third parties, *inter alia*. A redacted copy of this document was served on Plaintiff, simultaneously with the filing of the Motion. The information redacted from Plaintiff's copy include third party information and information compiled for law enforcement purposes, such as Dr. Brodie's diagnoses and recommendations, and information necessary to protect the physical safety of various individuals, *inter alia*. The redacted and un-redacted versions of this document will be submitted to the Court on February 21, 2007, pursuant to LcvR 5.1(j)(2). Federal Defendants submit the un-redacted version under seal and for the Court's *in camera* inspection only, and request that the un-redacted version not be provided to Plaintiff.

     5. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer

WHEREFORE, Federal Defendants request that this motion be granted, and that the Court accept these documents under seal and for confidential *in camera* inspection. A proposed order is submitted herewith.

Dated: February 20, 2007.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

---

requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2007, I caused the foregoing *Motion* to be served on parties of record via ECF and *pro se* plaintiff, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**

      /s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY RAY CHANDLER, SR.** )<br>)<br>)<br>**Plaintiff** )<br>v. )<br>)<br>)<br>**ANTHONY WILLIAMS, et al.,** )<br>)<br>**Defendants.** )<br>_____) | **Civil Action No. 06-0664 (PLF)**<br>**(ECF)** |

### ORDER

Upon consideration of Federal Defendants' Motion to File Exhibits Under Seal and For *In Camera* Inspection, it is hereby

**ORDERED** Government Exhibits 4, 5 and 7 attached to Federal Defendant's Motion to Dismiss or in the Alternative for Summary Judgment may be filed under seal and it is further

**ORDERED** that the un-redacted versions of Government Exhibits 4, 5 and 7 shall be maintained *in camera* and shall not be provided to Plaintiff.

**So Ordered** on this _____ day of _____ 2007.

_____

United States District Judge

- 5 -