UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. )<br>)<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>)<br>ANTHONY WILLIAMS, et al., )<br>)<br>**Defendants.** )<br>) | Civil Action No. 06-0664 (PLF)<br>(ECF) |

### NOTICE OF FILING OF EXHIBITS UNDER SEAL AND FOR CONFIDENTIAL *IN CAMERA* INSPECTION BY THE COURT

Federal Defendants hereby give notice of filing of the redacted and un-redacted copies of Exhibits 4, 5 and 7, supporting Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (Doc. No. 32), under seal and for *in camera* inspection, pursuant to LcvR 5.1(j). The redacted version of the documents were served on Plaintiff via first class mail on February 20, 2007.

Dated: February 21, 2007.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2007, I caused the foregoing *Notice of Filing* to be served on parties of record via ECF and *pro se* plaintiff, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**

                                       /s/
                              MERCEDEH MOMENI
                              Assistant United States Attorney
                              555 4th Street, NW
                              Civil Division
                              Washington, DC 20530
                              (202) 305-4851
                              (202) 514-8780 (facsimile)