United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.        Civil Action No. 06-CV-0664(PLF

District of Columbia, et al.,

    Defendants.

RECEIVED
MAR - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Motion of Consent to the Removal of Defendants Anthony Williams and the District of Columbia from Plaintiffs' Complaint

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court, Respectfully moves this Honorable Court to accept his consent to the removal of Defendants, Anthony Williams and the District of Columbia from his Complaint.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler

Memorandum of Points and Authorities in support of Plaintiffs' consent to the dismissal of Anthony Williams and the District of Columbia from Plaintiffs' Complaint.

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civ. Pro. Hereby consents to the removal of Defendant's Anthony Williams and the District of Columbia from this pending Claim.

## BACKGROUND

This Claim was initially filed on December 22, 2006, In the Superior Court of the District of Columbia.

On April 11, 2006, this case was removed from the D.C. Superior Court to this Court.

At the initial stage of the filing of this Claim, Plaintiff was under the impression that CSOSA was a subsidiary Agency of the District of Columbia.

Plaintiff just recently found out that CSOSA is not an agency of the District of Columbia.

Moreover, none of the injuries and or violations that are mentioned in Plaintiffs' Complaint were caused by Anthony Williams or any employee of the District of Columbia.

The District of Columbia can only be held liable for the injuries sustained, if those injuries were caused by a Policy or Custom that a Policy-maker of the District of Columbia approved. See, Monell V. Dept. of Social Services of the City of New York, 436 U.S. 658 (1978).

Wherefore, in the interest of Justice, I Plaintiff, Johnny Ray Chandler, Sr. Respectfully moves this Honorable Court to accept my consent to dismiss the Claims against the District of Columbia and Anthony Williams. But, allow the Claims against the Federal Defendants to go through the full and complete litigation process.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.        Civil Action No. 06-cv-00664(PLF)

District of Columbia, et al.,

    Defendants.

## ORDER

Upon consideration of the Plaintiffs' Motion requesting and consenting to the Claims against Mr. Anthony Williams and the District of Columbia being dismissed, the Memorandum of Points and Authorities in support thereof, and the record herein. It is, this ____ day of _____, 2007, ORDERED that Plaintiffs' Motion consenting to the dismissal of the Claims against Anthony Williams and the District of Columbia is hereby GRANTED. It is further ORDERED that the claims against the Federal Defendants be allowed to proceed through the full and complete litigation process.

                Paul L. Friedman
                United States District Court Judge

## Certificate of Service

I, hereby certify under penalty of perjury. That a true and correct copy of the foregoing Consent Motion, the Memorandum of Points and Authorities and the proposed order. Were mailed, U.S. First Class Mail, postage prepaid on this 5th day of March, 2007, to:

Mr. James H. Vricos
Asst. Attorney General
441 Fourth Street, N.W.
6th Floor South
Washington, D.C. 20001

Respectfully Submitted,

Johnny Ray Chandler, sr.