UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY RAY CHANDLER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0664 (PLF) |
| | ) | |
| ANTHONY WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Defendants Anthony Williams and District of Columbia filed a motion to dismiss on February 22, 2007. The *pro se* plaintiff has filed a self-styled "motion" consenting to the "removal" of these defendants from his complaint. In his "motion," plaintiff states that he had previously (mistakenly) thought that defendant Court Services and Offender Supervision Agency was a District of Columbia Agency. Plaintiff further states that none of the injuries or violations alleged in his complaint were caused by Mr. Williams or the District of Columbia or any of its employees. Upon consideration of defendants' motion and plaintiff's consent to that motion, it is hereby,

ORDERED that defendants Anthony Williams' and District of Columbia's motion to dismiss [36] is hereby GRANTED; and it is

FURTHER ORDERED that defendants Anthony Williams and District of Columbia are dismissed as defendants from this action.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: March 14, 2007