UNITED STATES DISTRICT COURT
for the District of Columbia

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
MAR 12 2007
RECEIVED

Johnny Ray Chandler, Sr.   )
　　　　　　　　　　　　　 )
　　　　　Plaintiff,　　　　)
　　　　　　　　　　　　　 )
　　　v.　　　　　　　　　 )   Case No. 06-cv-00664(P.L.F.)
　　　　　　　　　　　　　 )
Anthony Williams, et al.,　)
　　　　　　　　　　　　　 )
　　　　　Defendants.　　　)

## PLAINTIFFS' REQUEST FOR CASE TO BE HELD IN ABEYANCE

Comes now Plaintiff, Johnny Ray Chandler, Sr. pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court to place this Case in abeyance.

In support of this Motion. Plaintiff referrs this Court to the attached Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Virginia 23804

UNITED STATES ~~MEMORANDUM OF POINTS~~ AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' REQUEST FOR THE
FOR DISTRICT OF COLUMBIA CIRCUIT ~~CASE TO BE HELD~~ IN ABEYANCE. PENDING SUBJECT MATTER JURISDICTION

MAR 12 2007

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Respectfully moves this
RECEIVED ~~Court to hold~~ this Case in Abeyance. Pending the establishment of subject Matter
~~Jurisdiction.~~

On February 20, 2007. Counsel for the Federal Defendants filed their pending Motion for Summary Judgment.

Furthermore, in Defendants Motio, Id. at 13. They stated that the United States is the only proper Defendant in this Case. Also, Defendants Counsel stated that Plaintiff is prohibited from filing suit in Federal Court until he has (1) exhausted my administrative Remedies (2) Until I have established Subject Matter Jurisdiction. By obtaining a Waiver of Sovereign Immunity from the Congress of the United States.

Plaintiff is in the process of attempting to obtain a Waiver of Sovereign Immunity from the Congress of the United States Of America, ( See Exhibit A. ).

Wherefore, in the interest of Justice. I, Plaintiff, Johnny Ray Chandler, Sr. Respectfully moves this Honorable Court to place this Case in Abeyance and hold it there until this Plaintiff receives a response from Congress in reference to his Request for Waiver of Sovereign Immunity.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Va. 23804

UNITED STATES OF AMERICA
UNITED STATES CONGRESS

Exhibit A.

**MEMORANDUM**

TO     : The United States Congress
         U.S. Capital
         Washington, D.C.

FROM   : Johnny Ray Chandler, Sr.
         Fed. Reg. No. 11977-007
         FCC Petersburg - Medium
         P.O. Box 90043
         Petersburg, Virginia 23804

SUBJECT: Request For Waiver Of Sovereign Immunity

DATE   : March 6, 2007

To Whom It May Concern:
Dear Members of Congress

My name is Johnny Ray Chandler, Sr. I, am in the process of litigating two (2) Civil Action Claims against four (4) employees of the Federal Government and two (2) agencies of the Federal Government, (CSOSA and the USPC). One of the Claims is Chandler, Sr. V. Williams, et al., # 06-cv-0664 (P.L.F.). The other Claim is Chandler V. Kiely, et al., # 06-cv-1314(P.L.F.).

Pursuant to the Doctrine of Sovereign Immunity. All actions against Federal Employees in their Official capacity. Is a Claim against the United States, and the United States has Sovereign Immunity.

Wherefore, with all due respect and the interest of Juscice. I, respectfully request that Sovereign Immunity be Waived. So that I can properly litigate my claim.

Respectfully Submitted,
Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. BOX 90043
Petersburg, Virginia 23804

## Certificate of Service

I, hereby certify that a true and correct copy of the enclosed Motion Requesting that the case be held in abeyance, was mailed, U.S. First Class Mail postage prepaid on this 8th day of March, 2007, To:

Mr. James H. Vricos
Asst. Attorney General (D.C.)
441 4th Street, N.W.
Washington, D.C. 20001

and

Mr. Mercedeh Momeni
Asst. U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C 20001

Respectfully Submitted,

Johnny Ray Chandler, Sr.