United States District Court
for the District of Columbia

FILED
MAR 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.

Plaintiff,

v.                              Case No. 06-cv-664 (PLF)

Anthony Williams, et al.,

Defendants.

RECEIVED
FEB 2? 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let this be
[signature]
3/22/07

## Motion For Default Failure To Respond

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to Rule 55 of the F.R.C.P. and the Rules of this Court, Respectfully moves this Court to enter the defendants default.

In support of this Motion Plaintiff refers this Court to the attached Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

v.                                             Case No. 06-cv-664(PLF)

Anthony Williams, et al.,

    Defendants.

## Memorandum of Points and Authorities

   Plaintiff, Johnny Ray Chandler, Sr., Proceeding Pro-Se, Respectfully moves this Court to enter a Default Judgment against the Defendants in the above claim.

   In this claim, this Court has been very lenyent with the Defendants Counsel. On three (3) ocassions the defendants have filed for an Extention of Time to respond to Plaintiff's Complaint. Each time Defendants Motions were Granted.

   On January 3, 2007. This Court Granted

the Defendants Motion for an Extention of Time up to and including February 19, 2007. (See exhibits A, and B)

To this day, the Defendants still have not responded to the Complaint, Plaintiff's four (4) pending Motions, or this Court's Order of December 15, 2006.

This action shows and proves that the Defendants Counsel has little or no respect for this Court or it's Orders.

Wherefore in the interest of Justice, Plaintiff, respectfully moves this Honorable Court to enter the Defendants Default and award this Plaintiff the relief he sought in his Initial Complaint.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

February 26, 2007



DCD_ECFNotice@dcd.uscourts.gov
01/03/2007 04:34 PM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:06-cv-00664-PLF CHANDLER v. WILLIAMS et al "Order on Motion for Extension of Time to"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from MA, entered on 1/3/2007 at 4:34 PM EDT and filed on 1/3/2007
**Case Name:**           CHANDLER v. WILLIAMS et al
**Case Number:**         1:06-cv-664
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER granting [26] federal defendants' motion for extension of time up to and including February 19, 2006 to respond to the court's order of December 15, 2006. Signed by Judge Paul L. Friedman on January 3, 2007. (MA)

The following document(s) are associated with this transaction:

**1:06-cv-664 Notice will be electronically mailed to:**

Mercedeh Momeni     mercedeh.momeni@usdoj.gov

James H. Vricos     james.vricos@dc.gov, phillip.lattimore@dc.gov

**1:06-cv-664 Notice will be delivered by other means to:**

JOHNNY RAY CHANDLER, SR
DC 174-730
D.C. DETENTION FACILITY

EXHIBIT B.



DCD_ECFNotice@dcd.uscourts.gov
01/09/2007 10:42 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-00664-PLF CHANDLER v. WILLIAMS et al "Order on Motion for Extension of Time to"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from MA, entered on 1/9/2007 at 10:42 AM EDT and filed on 1/9/2007

**Case Name:**           CHANDLER v. WILLIAMS et al
**Case Number:**         1:06-cv-664
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER granting [27] defendant District of Columbia's motion for extension of time up to and including February 19, 2007 to file its responses to the complaint and plaintiff's four pending motions. Signed by Judge Paul L. Friedman on January 9, 2007. (MA)

The following document(s) are associated with this transaction:

**1:06-cv-664 Notice will be electronically mailed to:**

Mercedeh Momeni    mercedeh.momeni@usdoj.gov

James H. Vricos    james.vricos@dc.gov, phillip.lattimore@dc.gov

**1:06-cv-664 Notice will be delivered by other means to:**

JOHNNY RAY CHANDLER, SR
DC 174-730
D.C. DETENTION FACILITY