UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>ANTHONY WILLIAMS, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 06-0664 (PLF)<br>(ECF) |

## DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE/REPLY

Federal Defendants, hereby move for a one week extension of time to file their response/reply to Plaintiff's fourth amended complaint, through and including April 16, 2007. Good cause exists to grant this motion.

1. Federal Defendants' response/reply is due on April 9, 2007.

2. Federal Defendants require additional time to prepare and file a Response. This extension is needed primarily due to undersigned counsel's schedule, which recently has included motion practice in the matters of *Chandler v. Keilly,* Civil Action No. 06-1314 (PLF), *Consumer Federation America v. U.S. Department of Agriculture,* Civil Action No. 04-1788 (EGS), and *Dougherty v. Wynne,* Civil Action No. 06-2146 (RWR), inter alia.

3. Federal Defendants therefore request an additional week to submit their Response.

4. Because Plaintiff is incarcerated, and is proceeding *pro se,* Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, Federal Defendants request that this enlargement be granted, and that the date for the response/reply be extended to April 16, 2007. A minute order is requested.

Dated: April 5, 2007.

                Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2007, I caused the foregoing *Motion for Extension of Time* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**

/s/ Mercedeh
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)