United States District Court
for the District of Columbia

RECEIVED
APR - 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.

    Plaintiff, Pro-Se,

  V.             Case No. 06-cv-0664 (P.L.F.)

Anthony Williams, et al.,

    Defendants.

Motion for Extention\Enlargement of Time to Respond to the Defendants Pending Motion to Dismiss

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civ. Pro, and the Rules of this Court, Respectfully moves this Honorable Court to Grant me\Plaintiff an extention of time to respond to the Federal Defendants pending Motion to dismiss the Complaint.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities

Respectfully Submitted,
Johnny Ray Chandler, Sr.

<u>Memorandum of Points and Authorities in Support of Plaintiffs' Request for an extention of time to respond to the Defendants pending Motion to Dismiss the Complaint.</u>

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Respectfully moves this Court for an extention of time to respond to the Federal Defendants pending Motion to Dismiss. Up to and encluding May 30, 2007.

Plaintiff is presently being held on Disciplinary Segregation status, in the Special Housing Unit at the FCC Petersburg - Medium facility in Petersburg, Virginia. Here in the Special Housing Unit (S.H.U.) They do not have a Law Library

Wherefore, Plaintiff is not able to due the necessary research to properly litigate this claim.

Moreover, this is Plaintiffs' first request for an extention of time.

Wherefore, in the interest of Justice, I Plaintiff, Johnny Ray Chandler, Sr, Respectfully move this Court to Grant my Request for an extention of time, up to and encluding May 30, 2007.

Respectfully Submitted,
Johnny Ray Chandler, Sr.

# Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Motion for Extention of time and the Certificate of Service. Were mailed, U.S. First Class Mail, postage prepaid on this 3rd day of April, 2007, To:

Mr. Mercedeh Momeni
Asst. United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530


Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804