# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler,      )
                                  )
      Plaintiff,           )
                                  )
                                  )
      v.                 )     Civil Action No. 06-0664 (PLF)
                                  )     ECF
District of Columbia et al.,      )
                                  )
                                  )
      Defendants.        )
                                  )

## WESTFALL CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney

for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by

virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first

redelegated to me on March 20, 2006, hereby certify that I have read the complaint in <u>Johnny R.

Chandler, Sr. v. Anthony Williams</u>, Civil Action No. 06-0664 pending in the United States

District Court for the District of Columbia, (motion to amend the complaint August 11, 2006),

and that on the basis of the information now available to me with respect to the incidents alleged

therein, I find that defendant Paul A. Quander, Jr.,  Director of Court Services and Offender

Supervision Agency  was acting within the scope of his employment as an employee of the

United States at the time of the alleged incident.

March 16, 2007

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
Chief, Civil Division

