UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. )<br>)<br>)<br>           Plaintiff    )<br>v.                            )<br>)<br>)<br>ANTHONY WILLIAMS, et al.,   )<br>)<br>           Defendants.   )<br>_____) | Civil Action No. 06-0664 (PLF)<br>(ECF) |

## DECLARATION OF GREGORY SMITH

1. I, Gregory Smith, am a Management Assistant in the Office of General Counsel with the Court Services and Offender Supervision Agency for the District of Columbia (CSOSA). I have served in this position since December 17, 2001.

2. On August 4, 2006, I was at work in the CSOSA Office of the General Counsel on the 12th floor at 633 Indiana Avenue, N.W., Washington, D.C., when I was informed by Mary D. Rodriguez, the CSOSA General Counsel at the time, that Mr. Johnny Ray Chandler, Sr. was in the lobby at 633 Indiana Avenue, N.W., Washington, D.C., and had documents for delivery to the Office of General Counsel.

3. I was instructed by Ms. Rodriguez to meet with Mr. Chandler in the lobby to accept on behalf of the General Counsel the documents Mr. Chandler intended to deliver to the Office of General Counsel.

4. I met with Mr. Chandler and accepted these documents from Mr. Chandler.

5. Based upon my best recollection and belief, Mr. Chandler did not express at any time during my meeting with him in the lobby of the building on August 4, 2006 any intent or interest


GOVERNMENT EXHIBIT 2

to meet with an attorney or any other person in the Public Defender Service offices also located at 633 Indiana Avenue, N.W., Washington, D.C.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2007

*/s/ Gregory M. Smith*
Gregory Smith, Management Assistant
Court Services and Offender Supervision Agency