## Stephen Arthur Bailey

| | |
|---|---|
| From: | Joseph Burns |
| Sent: | Monday, August 21, 2006 11:12 AM |
| To: | Mary Rodriguez |
| Cc: | Jim Williams; Carol Holloway; Andrew Thomas; Vicki Witherspoon; Beverly Hill; Paul Quander, Jr.; Stephen Arthur Bailey; Renee Barley; Gregory Smith; Security Control Desk @ 633 |
| Subject: | RE: Offender Johnny Ray Chandler |
| Importance: | High |

Mary, I have spoken to Vince (MVM Project Manager) from our Protective Security staff. We have never stopped Mr. Chandler from entering the building so long as he has a PDS or CSOSA appointment. When he has come in to see someone from PDS, the officers have been calling up to PDS to have the PDS point of contact come down and escort him.

JoeB.

*Joseph Burns*
**Dir, Office of Security**
**Court Services and Offender Supervision Agency**
633 Indiana Avenue N.W., Suite 824
Washington, D.C. 20004
Tele: (202) 220-5688
Fax: (202) 220-5726

-----Original Message-----
| From: | Mary Rodriguez |
|---|---|
| Sent: | Monday, August 21, 2006 11:01 AM |
| To: | Joseph Burns; Security Control Desk @ 633 |
| Cc: | Jim Williams; Carol Holloway; Andrew Thomas; Vicki Witherspoon; Beverly Hill; Paul Quander, Jr.; Stephen Arthur Bailey; Renee Barley; Gregory Smith |
| Subject: | RE: Offender Johnny Ray Chandler |

We just received a complaint to the director from Mr. Chandler, alleging that on August 4, 2006, he attempted to enter the building and visit the Office of General Counsel **AND his PDS attorney**, but was prevented from doing so by security personnel. I was informed that he attempted to visit the OGC on or about 8/4/2006 and a member of my staff went downstairs to speak with him and receive paperwork from him. In addition, he was informed that in the future, if he wished to visit OGC he would have to make an appointment. No mention was ever made of any attempts by him to visit his PDS attorney. Clearly, he should be allowed in the building to see his PDS attorney (whom he should hopefully identify by name when he enters the building). Obviously if he decides to take a trip to the 12th floor after going to PDS we'll have to deal with him up here and ask (as does PDS) that he make an appointment.
My office will respond to the complaint on behalf of the Director.

Thank you all for your efforts and cooperation.

Mary D. Rodriguez
General Counsel
Court Services and Offender Supervision Agency
633 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 220-5355 (general)  (202) 220-5468 (direct line)
(202) 220-5350 (fax)
Mary.Rodriguez@csosa.gov

-----Original Message-----
From:          Joseph Burns



| | |
|---|---|
| **Sent:** | Tuesday, August 01, 2006 2:23 PM |
| **To:** | Security Control Desk @ 633 |
| **Cc:** | Jim Williams; Carol Holloway; Andrew Thomas; Vicki Witherspoon; Mary Rodriguez |
| **Subject:** | RE: Offender Johnny Ray Chandler |
| **Importance:** | High |

<< OLE Object: Picture (Device Independent Bitmap) >>

## THE ABOVE INDIVIDUAL IS BARRED/BANNED FROM CSOSA 633 INDIANA AVENUE UNTIL FURTHER NOTICE UNLESS THE FOLLOWING CONDITION IS MET:

- **OFFENDER SHOULD HAVE AN APPOINTMENT AND WILL NEED TO BE ESCORTED BY STAFF FROM THE OFFICE OF GENERAL COUNSEL.  TO CONFIRM IF THIS CONDITION IS MET, PLEASE CALL 202-220-5353...IF NO RESPONSE, THEN CALL 202-220-5362**

## PLEASE POST THE BELOW PICTURE IN YOUR BAR/BAN BOOK THAT IS LOCATED AT THE SECURITY WORKSTATION.

<u>JOHNNY CHANDLER</u>

Height: 5'7     Weight: 147 lbs     Gender: Male

Hair: Black     Eyes: Brown Race:     Black Not-Hispanic

Complexion: Medium Physical Characteristics:

-----Original Message-----
| | |
|---|---|
| **From:** | Mary Rodriguez |
| **Sent:** | Tuesday, August 01, 2006 10:46 AM |
| **To:** | Joseph Burns |
| **Cc:** | Jim Williams |
| **Subject:** | Offender Johnny Ray Chandler |

Hi Joe,

This is to follow up on our phone conversation yesterday concerning the frequent visits to OGC by offender Johnny Ray Chandler. Within the last few months Mr. Chandler has been coming to the 12th floor for a variety of matters ranging from requests to see me the general counsel concerning questions he has about conditions of his supervision imposed upon him by his CSO's, he has taken issue with the fact that he has been subjected to a curfew, he has to wear a GPS device, and as a sex offender, has a number of limitations on his whereabouts in the community.  He has also filed a number of FOIA requests seeking records of his psycho-sexual assessments that are currently being withheld from him out of concerns for the safety of members of the community.  Mr. Chandler has a number of lawsuits pending against the agency and several agency personnel for a variety of matters relating to his supervision and to the CSOSA records. He always shows up unannounced and demands to have his questions answered or receive copies of records which we do not have available.  While my staff has been very patient with him, he does cause a disruption to the normal flow of business and requires my staff members to take time away from their current workload to address his concerns which range from complaints about his supervision to requesting copies of letters he has sent us.

I am concerned about the frequency of his visits for a number of reasons:  1) His frequent visits disrupt our workday 2) His records show that he tends to focus on particular individuals and I am concerned about him

focusing on one of my staff and given the free access he has to the building and the 12th floor.

We are certainly willing to communicate with him and address his concerns and needs so long as he is cognizant of our schedule and workload. Consequently, if he needs to file documents or request copies he must call and schedule an appointment in advance and he will be escorted up or one of my staff will come downstairs to receive his documents.

Would it be possible to have the security guards ask him to wait downstairs until one of my staff is contacted to come down to see what he wants?

Thanks,

Mary

Mary D. Rodriguez
General Counsel
Court Services and Offender Supervision Agency
633 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 220-5355 (general) (202) 220-5468 (direct line)
(202) 220-5350 (fax)
Mary.Rodriguez@csosa.gov