United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.        Civil Action No. 06-cv-0664 (P.L.F.)

Anthony Williams, et al.,

    Defendants.

RECEIVED
MAY -1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Plaintiffs' Rebuttal Motion to the Defendants pending Motion to Dismiss Plaintiffs' Complaint.</u>

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding, Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court to accept into the Record, his rebuttal Motion to the Defendants pending Motion To Dismiss Plaintiffs Complaint.

    In support of this Motion. Plaintiff refers this Court to the following Memorandum of Points and Authorities.

    Johnny Ray Chandler, Sr.

United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.            Civil Action No. 06-cv-0664 (P.L.F.)

Anthony Williams, et al.,

    Defendants.

<u>Plaintiffs' Memorandum of Points and Authorities in support of Plaintiffs Rebuttal to the Defendants pending Motion to Dismiss Plaintiffs' Complaint</u>

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Presents the following rebuttal to the Defendants pending Motion.

A.        Introduction

This Complaint was initially filed in the Superior Court of the District of Columbia,

2.

Due to the Constitutional Issues raised in the Complaint. This Case was transferred to this Court.

In Plaintiffs' initial Complaint. In addition to the Torts of Conspiracy; Harassment; Liable and Slander; and False Accusation. Plaintiff factually alleged that he was denied his Procedural Due Process as mandated by the Fifth and Fourteenth Amendment.

In the Defendants pending Motion, Id. at 21-22. They stated that "Government officials are shielded from liability for Civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known. Harlow V. Fitzgerald, 457 U.S. at 818.

This Court is well aware of the fact that the Fifth and Fourteenth Amendment are clearly established Constitutional Rights. Furthermore, it is this Courts responsibility to protect the Rights of the Citizens of this Country.

Moreover, the requirement of Procedural Due Process are applicable where a state attaches a badge of infamy to a citizen, Constitutional Law 746, Wisconsin V. Constantineau, 400 U.S. 433, 276 L ed. 2d. 515, 91 S. Ct. 507.

Here in this case. Which is presently before the Court

3.

Plaintiff was Ordered to report to the C.S.O.S.A. Sex Offender Unit. Plaintiff was never given a chance to be heard, prior to being condemned and labeled as a Sex Offender. Also, as this Court is aware. In Order to be an Offender of any kind. First plaintiff had to have been found guilty in a Court of law of comitting the alleged sex act. Here in this case, Plaintiffs Offenses are: (1) Robbery; (2) Armed Robbery; (3) Assault with a Dangerous Weapon (4) Attempt Robbery. Plaintiff has never been convicted of any Sex Crimes. Therefore, he Plaintiff is not a Sex Offender and should not be Supervised by the Sex Offenders Unit. Until such time as Plaintiff is found guilty of committing a sex crime in a Court of law. Moreover, Plaintiff was never given a Hearing and the Defendants has not denied this fact.

The right to be heard before being condemned to suffer a grievous loss of any kind even though it may not involve the stigma and hardships of a criminal conviction is a principle basic to our Society, "Constitutional Law 786, Wisconsin V. Constantineau, 400 U.S. 433, 27 L. ed 2d, 515, 91 S. ct. 507.

When considering a motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(6), the Court "must" determine whether the Plaintiff has alleged sufficient facts in the Complaint to state a cause of Action. Conley v. Gibson, 355 U.S. 41, 45-46 (1957).

4.

Here in this claim, Plaintiff factually alleged that he was not afforded his Procedural Due Process as mandated by the Fifth and Fourteenth Amendment. This fact has not been disputed by the Defendants.

Therefore, Plaintiff has alleged sufficient facts to state a cause of action. Therefore, Defendants Motion for Summary Judgment must be denied.

Wherefore, in the interest of Justice, Plaintiff respectfully moves this Court. To deny the Defendants pending Motion and Grant Plaintiff the relief sought in his Complaint.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro Se
Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804

5.

# Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Rebuttal Motion and the Certificate of Service. Were mailed, U.S. First Class Mail, postage prepaid. On this _____ day of _____, 2007, To:

CC: Mr. Mercedeh Momeni
    Asst. United States Attorney
    555 4th Street, N.W.
    Civil Division
    Washington, D.C. 20001

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro Se
Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804

United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.              Civil Action No. 06-cv-0664(P.L.F.)

Anthony Williams, et al.,

    Defendants.

## ORDER

Upon consideration of Plaintiffs Rebuttal Motion and the Complaint.

It is this _____ day of _____ Ordered that the Defendants Motion for Summary Judgment is DENIED; and Plaintiff is awarded the relief sought in his Initial Complaint.

SO ORDERED: _____
                          United States District Court Judge