UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHNNY RAY CHANDLER, SR.,** )<br>)<br>)<br>**Plaintiff ,** )<br>v. )<br>)<br>)<br>**ANTHONY WILLIAMS, et al.,** )<br>)<br>**Defendants.** )<br>_____) | **Civil Action No. 06-0664 (PLF)**<br>**(ECF)** |

**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME
FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS
OR IN THE ALTERATIVE FOR SUMMARY JUDGMENT**

Federal Defendants, hereby move for a one week extension of time to file their reply in support of their Motion to Dismiss or in the Alternative for Summary Judgment ("Reply"), through and including May 21, 2007. Good cause exists to grant this motion.

1. Federal Defendants' Reply is due on May 14, 2007.

2. Federal Defendants require additional time to prepare and file a Response. This extension is needed primarily due to undersigned counsel's schedule, which has recently included an appellate brief in the matter of *Jennings v. Dept. of Justice* Case No. 06-5389, and motion practice in the matters of *Kemp v. Rice,* Civil Action No. 06-1528 (JDB) *Bigwood v. USAID*, Civil Action No. 06-0635 (PLF), and *Consumer Federation America v. U.S. Department of Agriculture,* Civil Action No. 04-1788 (EGS), *inter alia*.

3. Federal Defendants therefore request an additional week to submit their Reply.

4. Because Plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, Federal Defendants request that this enlargement be granted, and that the date for the Reply be extended to May 21, 2007. A minute order is requested.

Dated: May 11, 2007.

                                        Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2007, I caused the foregoing *Motion for Extension of Time* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**

          /s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)