United States District Court
for the District of Columbia

Civil Division

RECEIVED
MAY 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.,

    Plaintiff, Pro-Se,

    V.        Civil Action No. 06-cv-0664(P.L.F)

Anthony Williams, et al.,

    Defendants.

## Plaintiffs' Motion To Produce Evidence

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court to accept his evidence in the above Amendment.

Pursuant to the Case of Westfall V. Erwin, 484 U.S. 292 (1988), Congress enacted the "Federal Employees Liability Reform and Tort Compensation Act of 1988. The United States has Sovereign Immunity and I am required to obtain a Waiver

1.

of that Immunity, from the United States Congress. Also, pursuant to the above Provision, I must exhaust my Remedies prior to filing my claims in Court.

Therefore, for the Record, Exhibit A., is a Request to the United States Congress, Requesting a Waiver of Sovereign Immunity. Exhibit B., is a letter from the F.B.O.P., proving that I attempted to exhaust the Administrative Remedy, By filing a Tort Claim with the B.O.P.

Wherefore, in the interest of Justice, I Plaintiff, Johnny Ray Chandler, Sr. Respectfully move this Court to except into the Record, the following Exhibits,

Respectfully Submitted,

Johnny Ray Chandler

# Certificate of Service

I, hereby certify, that a true and correct copy of the foregoing Motion to Produce Evidence, The Exhibits, and the Certificate of Service, was mailed, U.S. First Class Mail, postage prepaid on this 10th day of May, 2007 To:

CC: Mr. Mercedeh Momeni
Asst. United States Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C. 20001

Respectfully Submitted,

Johnny Ray Chandler, Sr.

Plaintiff, Pro-Se
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

3.

Exhibit A.

Memorandum

To: United States Congress
   United States Capital Building
   Washington, D.C. 20001

From: Mr. Johnny Ray Chandler, Sr.
   Fed. Reg. No. 11977-007
   FCC Petersburg - Medium
   P.O. Box 90043
   Petersburg, Va. 23804-9003

Subject: Request for Waiver of Sovereign Immunity

Date: May 15, 2007


Dear Members of Congress,

I am writing to you, requesting a Waiver of Immunity. I am a prisoner of the District of Columbia. I am presently incarcerated at the FCC Petersburg - Medium Correctional Complex, in Petersburg, Virginia. I, am trying to file a Civil Action (Law Suit) against the United States, the U.S. Dept. of Justice, the Federal Bureau of Prisons, and one of it's employees, (Mr. K. Kiddy.) This Law Suit is for violation of my Procedural Due Process under the Fifth and Fourteenth Amendment of the United States Constitution. Also, I will be filing a Tort Claim. For the Tort of Enhancement.

Under the Federal Rules of Civil Procedures, any law Suit that is filed against an agency of the Federal Government or an employee of the Federal Government, Is a case against the United States of America. The United States has Sovereign Immunity, and unless Congress waives that Immunity, The United States District Court lacks Subject Matter Jurisdiction.

Furthermore, I am a Citizen of the United States and as a Citizen, I have a Right of access to the Court.

Wherefore, in the interest of Justice and my Rights as a Citizen of the United States. I, respectfully Request that immunity be waived and I be granted permission to file my 42-1983 Civil Complaint against the United States in the United States District Court.

Respectfully Submitted,

Johnny Ray Chandler, Sr.