United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.    Civil Action No. 06-cv-0664 (P.L.F.)

Anthony Williams, et al.,

    Defendants.

**RECEIVED**
MAY 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Plaintiffs' Request for Leave To File Complaint

Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the standing Order of the Honorable Judge, Gladys Kessler, Case No. 95-2866. In compliance with that Order, I, Plaintiff, Johnny Ray Chandler, Sr., under penalty of perjury, Makes the following Certification of Claim:

1. I hereby certify that the following claim has never before been raised or disposed of on it's

merits,

2. I certify that the following claim is neither frivolous or harrassing

3. I certify that the following Complaint does not fail to state a claim.

    Wherefore, in the interest of Justice, Along with my compliance with the Order of Judge, Glady Kessler. I respectfully move this Honorable Court to Grant me leave to Amend and file the following Complaint.

        Respectfully Submitted,

        Johnny Ray Chandler, Sr.
        Fed. Reg. No. 11977-007
        FCC Petersburg - Medium
        P.O. Box 90043
        Petersburg, Va. 23804-9003

BP-S493.058  **SPECIAL MAIL NOTICE**   CDFRM
MAY 94

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

**To The Inmate:**

It is suggested you provide this instruction sheet for special mail privileges to your attorney(s) who is representing you, at the earliest opportunity, when you write to or visit with your attorney(s).

**To The Attorney:**

The Bureau of Prisons Program Statement on Correspondence provides the opportunity for an attorney who is representing an inmate to request that attorney-client correspondence be opened only in the presence of the inmate. For this to occur, Bureau policy requires that you adequately identify yourself as an attorney on the envelope and that the front of the envelope be marked "Special Mail - Open Only in the Presence of the Inmate" or with similar language clearly indicating that your correspondence qualifies as special mail and that you are requesting that this correspondence be opened only in the presence of the inmate. Provided the correspondence has this marking, Bureau staff will open the mail only in the inmate's presence for inspection for physical contraband and the qualification of any enclosure as special mail. The correspondence will not be read or copied if these procedures are followed. If your correspondence does not contain the required identification that you are an attorney, a statement that your correspondence qualifies as special mail, and a request that the correspondence be opened only in the presence of the inmate, staff may treat the mail as general correspondence and may open, inspect, and read the mail.

(This form may be replicated via WP)                    Replaces BP-493(58) of FEB 91

**Tear out and mail this form to your Attorney.**