United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.    Civil Action No. 06-cv-664 (P.L.F)

Anthony Williams, et al.,

    Defendants,

RECEIVED
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Request For Leave To Amend the Complaint and Supplement the Pleadings

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to Rule 6 of the Fed. R. Civ. Pro. and the Rules of this Court, Proceeding Pro-Se. Respectfully moves this Honorable Court to Grant me Leave to Amend the Complaint. By adding a new claim with new Defendants.

A.    New Defendants

    Here in this Claim which is presently before

the Court. I Plaintiff, Johnny Ray Chandler, Sr. would like to add the following Defendants:

1. United States of America

2. United States Department of Justice

3. Federal Bureau of Prisons

4. Mr. K. Kiddy, Unit Manager

B.       Statement of Claim

This Claim is being filed against the above Defendants for violation of my Due Process Rights under the Fifth and Fourteenth Amendment, Plus the Tort of Enhancement.

C.       Jurisdiction

Jurisdiction of this Court is founded under Diversity of Citizenship. I, Plaintiff am a citizen of the District of Columbia. Mr. K. Kiddy, Unit Manager is a Citizen of the State of Virginia.

D.       Statement of Facts Claim No. I

This Claim is for the Tort of Enhancement. I am presently confined at the FCC Petersburg —

2.

Medium Facility in Petersburg, Virginia. This Facility is ran and operated by the F.B.O.P. (Federal Bureau of Prisons). I arrived at this facility on January 17, 2007. Prior to coming to this facility, I was at the CCA\C.T.F. Facility in Washington, D.C. (1901 E. Street, S.E). While at that Facility on or about November 20, 2006 I was Classified and I was given a Custody Score of -0. When I was transferred to the custody of the B.O.P. my Custody Point Score was Enhanced from -0 (minimum) to +19 (Medium). I am not incarcerated for any new criminal conduct. I am being held for a Parole Violation (Technical). I was incarcerated for this violation on August 30, 2006. Prior to my arrival at this facility, I did not have any Disciplinary Infractions. Therefore, there was no need to change or Enhance my Custody Point Score. I have already filed a Tort Claim with the F.B.O.P. (See Exhibit A)

E.     Relief Sought

As relief in this Claim, I respectfully request the following relief:

1. $10,000.00 for the Tort of Enhancement.

2. Injunctive Relief: It be Ordered that my Custody Point Score be put back at the level of minium Custody.

3. I be immediately transferred to the FCI Petersburg - Camp Facility, or

3.

4. I be immediately transferred back to the C.C.A\C.T.F. Facility in Washington, D.C. (1901 E. street, S.E., Washington, D.C. 20003)

Wherefore, in the interest of Justice, I, Plaintiff Johnny Ray Chandler, Sr. Respectfully move this Court to Grant me Leave to Amend the above Complaint and add this new Claim along with the new Defendants.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Fed. Reg. #41977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

4.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion to Amend the Complaint, the 42-1983 Complaint form and the Certificate of Service were mailed, U.S. First Class Mail, postage prepaid on this __10th__ day of May, 2007, TO:

CC: Mr. Mercedeh Momeni
Asst. United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20001


Respectfully Submitted,

Johnny Ray Chandler, Sr.
Reg. No. 10977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

5.