# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Johnny Ray Chandler )
11977-007 )
P.O. Box 90043 )
Petersburg, Va. 23804-9003 )
(Enter your full name, prison number
and address)

v.

United States ) - Washington, D.C.
U.S. Dept. of Justice ) - Washington, D.C.
Fed. Bureau Prisons ) -
Mr. K. Kiddy ) - Virginia (FCC Petersburg - Medium, P.O. Box
(Enter the full name and address(es),    90042 Petersburg, Va 23804)
if know, of the defendant(s) in this
action)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

    (1)    the average monthly deposits to your prison account, or
    (2)    the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you **must** submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.  **SUCCESSIVE CLAIMS**

    Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.  **PREVIOUS LAWSUITS**

    A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes ( )    No (X)

    B.    Have you begun other lawsuits in state or federal court relating to your imprisonment? Yes ( )    No (X)

    C.    If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this previous lawsuit.

            Plaintiffs: _____

            Defendants: _____

        2.    Court (If federal court, please name the district; if state court name the county.) _____

        3.    Docket number: _____

        4.    Name of judge to whom case was assigned: _____

2.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

III. **PLACE OF CONFINEMENT**

FCC Petersburg - Medium, P.O. Box 90043, Petersburg Virginia 23804-9003

A. Is there a prisoner grievance procedure in this institution? Yes (X)   No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X)   No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? F.B.O.P. Regional Counsel

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (X)   No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) I was told to file my claim in court

4. What happened as a result of your complaint? _____

D. If your answer is No to Question III B, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes (X)   No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? F.B.O.P. Regional Counsel

3.

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (X)   No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.)

4. What happened as a result of your complaint? __Nothing__

IV. **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff: __Johnny Ray Chandler, Sr.__
   Address: __P.O. Box 90043, Petersburg, Va, 23804__

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B. 1   Defendant: __United States of America__
       __Government (Federal)__
       Address: __Washington, D.C.__
       __Washington, D.C.__

   2   Defendant: __U.S. Department of Justice__
       __Government Agency__
       __Washington, D.C.__
       Address: _____

   3   Defendant: __Federal Bureau of Prisons__
       __Federal Prison System__
       Address: __320 First Street, N.W.__
       __Washington, D.C. 20534__

   4   Defendant: __Mr. K. Kiddy__
       __Unit Manager__
       __FCC Petersburg - Medium Facility__
       Address: __P.O. Box 90042__
       __Petersburg, Va, 23804-9003__

V. **STATEMENT OF CLAIM**

4.

42-1983

## Statement of Claim

This Claim is against the United States, the United States Dept. of Justice, the Federal Bureau of Prisons and one (1) of it's employees, Mr. K. Kiddy, Who is employed as a Unit Manager at the FCC Petersburg-Medium Facility in Petersburg, Virginia. This Complaint involves two (2) seperate claims.

## Claim No. I.

This Claim is against the U.S.D.O.J., the United States of America, and the F.B.O.P. This is a Tort Claim for the Tort of Enhancement. I am presently being held at the FCC Petersburg-Medium. I arrived at this Institution on January 17, 2007. Prior to coming to this Institution I was Classified by the Unit Team at the CCA\C.T.F. Facility. I was given a Custody Classification Score of -0 (minimum) When I was assigned to the B.O.P. they enhanced my Custody Point Score from -0 (minimum) and raised it up to a +19 (Medium).

## Relief Sought

1. $10,000.00 for the Tort of Enhancement
2. My Custody Point Score be immediately dropped back to minimum Custody
3. I be Transferred to the Petersburg-Camp, or;
4. I be transferred back to D.C. (CCA\C.T.F.

## Claim No. 2

This Claim is also against the United States of America, The U.S.D.O.J., The F.B.O.P., and Unit Manager Mr. K. Kiddy. This Claim is for violation of my Procedural Due Process Rights under the Fifth and Fourteenth Amendment. In February of this year (2007), I was transferred for Disciplinary Sanctions from Unit B-South to Unit A-North. I, was never served with prior Notice, given a Hearing or given a chance to Appeal this decision.

### Relief Sought

1. $10,000.00 from the U.S.A, the U.S.D.O.J., the F.B.O.P.

2. $10,000.00 from Mr. K. Kiddy, Unit Manager

3. Injunctive Relief: I be re-assigned back to Unit B-South.