Exhibit A.



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
Mid - Atlantic Region

Butner Legal Center
P.O. Box 1600
Butner, North Carolina 27509

April 18, 2007

Johnny Chandler
Reg. No. 11977-007
Federal Correctional Institution
P.O. Box 90043
Petersburg, VA 23804

Re: Administrative Claims TRT-MXR-2007-03210
　　　　　　　　　　　　TRT-MXR 2007-03211
　　　　　　　　　　　　TRT-MXR 2007-03212

Dear Mr. Chandler:

Your administrative claims filed under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*, have been considered for administrative settlement. You claim government liability in the combined amount of $31,000.00, for claims against your unit manager, a change of your custody classification, and a unit re-assignment.

You have not alleged an injury sufficient to entitle you to relief under the Federal Tort Claims Act. Accordingly, your claim is denied. If you are not satisfied with this decision, you may file suit in the appropriate U.S. District Court not later than six months after the date of the mailing of this notice.

Sincerely,

Michelle T. Fuseyamore
Regional Counsel