United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.

    Plaintiff,

    V.    Civil Action No. 06-cv-0664 (P.L.F.)

Anthony Williams, et al.,

    Defendants.

RECEIVED
MAY 16 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Plaintiffs' Request for a Permanent Restraining Order

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding, Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court, Respectfully moves this Honorable Court to issue a Restraining Order against the United States Parole Commission.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,
Johnny Ray Chandler, Sr.

<u>Memorandum of Points and Authorities in Support of Plaintiffs' Request for a Permanent Restraining Order</u>

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Request that this Court issue a permanent Restraining Order against the United States Parole Commission.

On the evening of Tuesday, May 1, 2007. The Case Manager for Unit H-North. Here at the FCC Petersburg - Medium Facility, Brought this Plaintiff his Action Sheet from the U.S.P.C. Then she informed me that based on the information that she had received from the U.S.P.C. She was obligated to inform me that I had to register as a "Sex Offender" when I am released.

As, I stated in my initial Complaint. I am not a Sex Offender. My crimes are Robbery, Armed Robbery, Attempt Robbery, and Assault with a Deadly Weapon. So, why is the U.S.P.C. Ordering that I register as a Sex Offender.

Wherefore, in the interest of Justice, I move this Court to issue the Requested Restraining Order
Respectfully Submitted,

Johnny Ray Chandler 11977-007

## Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Request for a permanent Restraining Order, was mailed, U.S. First Class Mail, postage prepaid on this ___10th___ day of May, 2007, TO:

CC: Mr. Mercedeh Momeni
    Asst. U.S. Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20001

Respectfully Submitted,

Johnny Ray Chandler, Sr.

Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003