**U.S. Department of Justice**
**United States Parole Commission**

# Modification Release Conditions

Name: __Johnny Chandler__

Register No. __11977-077__         DCDC No. __174-730__

---

To: United States Parole Commission

It is recommended that the Parole Commission modify the conditions of release of the above-named person by the addition or revision set forth below. By copy of this proposal, NOTICE is hereby given to the releasee, who may object or comment to the Commission within ten days after he receive this NOTICE. If the Commission approves the proposed modification, it shall become effective no later than twenty-one days following the ten-day period referred to above.

It is requested the offender be placed under supervision with the Sex Offender Unit for a more comprehensive focus and placed on GPS monitoring based on the psychological assessment completed by Phylliss Brodie, clinical psychologist.

_____                                    12/20/05
Signature of Supervising Officer                                      Date

---

To be Completed by Releasee:

☒ I hereby waive the ten-day waiting period and agree to the proposed modification of conditions.

☐ I object to the proposed modification of conditions and my reasons are stated on the reverse side of this form.

*Johnny Ray Chandler*                                                12/20/05
Signature of Releasee                                                 Date

*Instructions: Original of this form to the Parole Commission, a copy to the Releasee, and a copy retained by the Supervising Officer. A Notice of Action will be sent to the Supervising Officer by the Commissioner, with a copy for the Releasee.*

---

U.S. Parole Commission Comments:




☐ The above modification/addition of release conditions is ordered to be effective immediately or effective _____.

☐ The above modification/addition of release conditions is denied.

**GOVERNMENT EXHIBIT A**

Parole Form F-1
(February, 2004)