United States District Court
for the District of Columbia

Civil Division

RECEIVED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.

    Plaintiff,

V.    Civil Action No. 06-cv-

Anthony Williams, et al.,

    Defendants.

## Plaintiffs' Motion to Produce Evidence

    Plaintiff, Johnny Ray Chandler, Sr. Proceeding, Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court, Respectfully moves this Court to accept into the Record the following evidence.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

    Respectfully Submitted,
    Johnny Ray Chandler, Sr.

1.

Memorandum of Points and Authorities in Support of Plaintiffs' Motion To Produce Evidence

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Respectfully moves this Court to accept into the Record the following evidence in support of his Claim.

A. Introduction

Plaintiff filed the instant Complaint in the Superior Court of the District of Columbia. In the Complaint, Plaintiff factually stated that he was Ordered to report to the CSOSA Sex Offender Unit for testing and treatment.

Moreover, Plaintiff factually stated that at no time was he afforded any of his Procedural Due Process Rights as mandated by the fifth and fourteenth Amendment. On February 20, 2007 Defendants filed a Motion To Dismiss the Complaint, pursuant to Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6)

B. Failure To State a Claim

In resolving a Rule 12(b)(6) motion, the Court must

2.

treat the Complaint's factual allegations including mixed questions of law and fact-as-true and must draw all reasonable inferences in the plaintiffs' favor, Warren v. District of Columbia, 353 F.3d 36, 40 (D.C. Cir. 2004); Holy Land Found. for Relief & Dev. v. Ashcroft, 333 F.3d 156, 165 (D.C. Cir. 2003). It is not necessary for the plaintiff to plead all elements of his prima facie case, See: Swierkiewicz v. Sorema, N.A., 534 U.S. 506, 511-14, 122 S.Ct. 992, 152 L.Ed. 2d 1 (2002), or "plead law or match facts to every element of a legal theory," Krieger v. Fadely, 211 F.3d 134, 136 (D.C. Cir. 2000). The Court "Will not" dismiss a Complaint for failure to state a claim unless the defendant can show "beyond doubt that the plaintiff can prove no set of facts in support of his claim that would entitle him to relief, Kingman Park Civic Ass'n v. Williams, 348 F.3d 1033, 1040 (D.C. Cir. 2003); Gilvin v. Fire, 259 F.3d 749, 756 (D.C. Cir. 2001).

In Plaintiffs' Complaint, Id. at 2. Plaintiff factually stated that he was not given any form of Procedural Due Process. I was never given a Hearing and I was denied my Right to Appeal. If this Court would view Plaintiffs' Exhibit C. This Court will see that it clearly states, "The Above Decision is NOT Appealable."

3.

As this Court is well aware of, The Right to appeal any action of government, Is a vital part of Due Process. Along with the Notice and a Hearing. The right to be heard before being condemned to suffer a grievous loss of any kind, even though it may not involve the stigma and hardships of a criminal conviction, is a principle basic to our society. <u>Antifascist Committee V. McGrath, 341 U.S. 123, 168.</u> When the State attaches, "A badge of infamy" to the citizen, due process comes into play. <u>Wieman V. Updegraff, 344 U.S. 183, 191.</u> Notice and an opportunity to be heard are essential, on the basis of Procedural Due Process, where a person's good name, reputation, honor, or integrity is at stake because of what the government is doing to him, (Lawyers' Edition Headnotes #5) Constitutional Law §786.

Here in this instant Complaint. The government\state has attached a badge of infamy on Plaintiff by alleging and ordering that I go through Sex Offender treatment. Whereby requiring that I, Plaintiff be given Procedural Due Process.

Wherefore, in the interest of Justice. Plaintiff respectfully moves this Court to Deny Defendants Motion to Dismiss

Respectfully Submitted,
Johnny Ray Chandler, Sr.

4.

Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Motion To Produce Evidence, the Certificate of Service and exhibit. Were mailed, U.S. First Class Mail, postage prepaid. On this 15th day of June, 2007 TO:

CC: Mr. Mercadeh Momeni
    Asst. U.S. Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr.

5.