United States District Court
for the District of Columbia

RECEIVED
JUN 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.

    Plaintiff,

    V.    Civil Action No. 06-cv-0664 (P.L.F.)

Anthony Williams, et al.,

    Defendants.

## Plaintiffs' Rebuttal to the Defendants Opposition To Plaintiff Motion To Amend his Complaint

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civ. Pro, and the Rules of this Court, Respectfully moves this Court to accept his rebuttal to the Defendants pending Motion.

In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler

1.

United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

    V.    Civil Action No. 06-cv-0664 (P.L.F.)

Anthony Williams, et al.,

    Defendants.

## Memorandum of Points and Authorities in Support of Plaintiffs' Rebuttal to the Defendants Opposition To Plaintiff's Motion To Amend his Complaint

    Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Fed. R. Civ. Pro. Respectfully moves this Honorable Court to deny the Defendants Opposition Motion and Grant Plaintiffs' Motion to Amend his Complaint.

    On August, 2006, Plaintiff filed the instant Motion to Amend his Complaint.

2.

On April 16, 2007, Defendant, Mr. Paul A. Quander through Counsel, Filed the pending Opposition to Plaintiffs' Motion to Amend the Complaint.

In that Motion Counsel, Mr. Rudolph Contreras, Asst. United States Attorney, Mr. Gregory Smith, and Ms. Mary D. Rodriguez, General Counsel, Have all conspired to provide this Court with Fraudulent documents and testimony.

In Defendants Motion, Id. at 3, They allege that Gregory Smith met Plaintiff in the lobby, Which is not true.

I have a enclosed a Notorized Affidavit from my Attorney, Ms. Olinda Moyd, of the Public Defender Service. Stating that I had a scheduled meeting with her on August 9, 2006. She received a phone call from the U.S. Marshal in the front Lobby, She sent her Law Clerk, Mr. Jeremy Storms to meet me in the Lobby and escort me to her Office. Also, that Mr. Storm escorted me back to the lobby and out of the building. (see Exhibit A)

Wherefore, in the interest of Justice, Plaintiff moves this Court to deny defendants Motion and allow plaintiff Leave to Amend the Complaint.

Respectfully Submitted,

Johnny Ray Chandler, Sr.

3.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Rebuttal Motion, the Certificate of Service and the exhibit. Were mailed, U.S. First Class Mail, postage prepaid on this 15th day of June, 2007, to:

CC: Mr. Mercede Momeni
Asst. U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20543

Respectfully Submitted,

Johnny Ray Chandler, Sr.