# PUBLIC DEFENDER SERVICE
## FOR THE DISTRICT OF COLUMBIA

BOARD OF TRUSTEES

ANGELA JORDAN DAVIS
  CHAIRPERSON
JOHN PAYTON
  VICE CHAIRPERSON
JOE ROBERT CALDWELL, JR.
EMILIO W. CIVIDANES
FATHER RUSSELL L. DILLARD
CLAIRE M. JOHNSON
HANNAH JOPLING
MICHAEL J. MADIGAN
CYNTHIA D. ROBBINS
WILLIAM W. TAYLOR, III
NANCY MARIA WARE

633 INDIANA AVENUE. N.W.
WASHINGTON, D.C. 20004

(202) 628-1200
(800) 341-2582

FAX (202) 626-0784

www.pdsdc.org

AVIS BUCHANAN
DIRECTOR

*Exhibit A.*

June 1, 2007

Johnny Ray Chandler
Federal Register # 11977-007
FCC Petersburg – Medium
P.O. Box 90043
Petersburg, VA 23804

Dear Mr. Chandler:

Pursuant to your request, enclosed is the affidavit which you requested that I write recalling the details of our interactions during the investigation of your challenges regarding CSOSA. I reviewed your closed case, including notes, letters and emails in order to recollect the facts of actions taken during this time. Good luck with your litigation.

Sincerely,

Olinda Moyd
Attorney
Chief, Parole Division

AN EQUAL OPPORTUNITY EMPLOYER

# Affidavit of Attorney Olinda Moyd

I Declare under penalty of perjury that the following information is true and accurate to the best of my knowledge.

1. On or about June 22, 2006 Mr. Johnny Ray Chandler contacted the Public Defender Service and I met with him to regarding various legal matters which included his complaints related to his parole supervision by CSOSA. At that meeting we scheduled a subsequent meeting for June 28, 2006.

2. On June 28, 2006 Mr. Chandler attended a subsequent meeting with me at my office located at 633 Indiana Ave., NW., 5th floor. Also on that date Mr. Chandler had a meeting with supervision officer, Gregory Campos and he was accompanied to that meeting by PDS Law Clerk, Jeremy Storms.

3. On June 29, 2006 a FOIA request was submitted to the CSOSA Office of the General Counsel on behalf of Mr. Chandler and was hand-delivered by PDS Law Clerk, Jeremy Storms. This request sought copies of the entire parole file for Mr. Chandler for counsel to review.

4. Our office continued to advise and represent Mr. Chandler throughout the months of June, July and August and maintained continuous communication with him by phone, office visits and email communications. Several written communications were submitted to CSOSA on behalf of Mr. Chandler during this time.

5. On or about August 8, 2006 Mr. Chandler notified me that he was banned from the building by CSOSA officials and that he would need to be personally escorted in order to maintain our meeting scheduled for August 9, 2006. An email notification was forwarded to the 633 building officials in order to make arrangements for us to maintain our scheduled legal consultation. (see attached email).



6. On August 9, 2006 Mr. Chandler appeared for our scheduled legal consultation and I received a phone call from the U.S. Marshal Service/ building security entrance officers notifying me that Mr. Chandler was present and I would need to come to the building entrance and escort him directly to my office.



7. I instructed Law Clerk Jeremy Storms to go to the building lobby located on the first floor in order to escort Mr. Chandler to my office. He escorted Mr. Chandler to my office and escorted him out of the building at the conclusion of that meeting. To my knowledge and belief, Mr. Chandler did not travel anywhere else in the 633 building on this date.



8. During this meeting on August 9, 2006 Mr. Chandler requested that I deliver a document to the CSOSA office and I advised him that he should mail the document instead.



9. At no time did any official from CSOSA become involved in the escorting of Mr. Chandler throughout the 633 Indiana building during any of the times that he had legal appointments scheduled at my office.

*Olinda Moyd*
Olinda Moyd

Date: 6/1/07

District of Columbia:SS
Subcribed and Sworn to before me this 1st day of June, 2007
Notary Public, D.C.
My Commission Expires 10/14/09

Lisa Partlow
Notary Public District of Columbia
My Commission Expires
October 14, 2009

# Olinda Moyd

**From:** Olinda Moyd
**Sent:** Tuesday, August 08, 2006 5:51 PM
**To:** Facility-Security Help Desk
**Cc:** Gabe Chikes
**Subject:** Johnny Ray Chandler

The above-referenced client indicates that he has been banned from the 633 Indiana office building by CSOSA. However, I have a scheduled appointment with Mr. Chandler for tomorrow, August 9, 2006 at 2:00 in my office. This longstanding appointment is necessary in order for him to be provided legal assistance for an on-going matter.

Please make the necessary arrangements to facilitate his admission into the building.

Thank you for your cooperation.

Olinda Moyd
Chief, Parole Division
D.C. Public Defender Service
633 Indiana Ave., NW
Washington, DC 20004
(202) 824-2360 (office)
(202) 824-2791 (fax)

8/8/2006