UNITED STATES DISTRICT COURT
for the District of Columbia

Civil Division

RECEIVED

JUL 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |  |
|---|---|---|
| Johnny Ray Chandler, Sr. | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Civil Action No. 06-cv-0664(P.L.F.) |
| | : | |
| Anthony Williams, et al., | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S MOTION IN SUPPORT OF HIS REQUEST FOR A PERMANNENT RESTRAINING ORDER

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court to accept into the Record his Motion in support of his Request for a Permanent Restraining Order.

In support of this Motion. Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg-Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

1.

UNITED STATES DISTRICT COURT
for the District of Columbia

CIVIL DIVISION

Johnny Ray Chandler, Sr.                    :
                                            :
            Plaintiff,                      :
                                            :
        V.                                  :  Civil Action No. 06-cv-0664(P.L.F.)
                                            :
Anthony Williams, et al.,                   :
                                            :
        Defendants.                         :

PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS
REQUEST FOR A PERMANENT RESTRAINING ORDER

     Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Hereby moves
this Court to issue a Permanent Restraining Order against the United States
Parole Commission.

A.                          INTRODUCTION

     This Complaint was initially filed in the Superior Court of the
District of Columbia. In March of 2006 Defendants Counsel had this Case
moved to this Court.

B.                       STATEMENTS OF FACTS

     Here, in this Claim/Complaint. Which is presently before the Court.
Plaintiff factually stated that he was subjected to harrassment, Due
Process Violation and False Accusations by the U.S. Parole Commission.

     Plaintiff, is presently by ORDER of the U.S. P.C. in custody at the
FCC (Federal Correctional Complex)-Petersburg, Medium. In Petersburg, Virginia.

     Moreover, in Plaintiff's Complaint. He factually alleged that the U.S.
P.C. has falsely accused me of being a Sex Offender.

     For the Record, Plaintiff would like for it to be known that the U.S.P.C.
continues to subject this Plaintiff to it's tactics of harrassment and false

accusations.

Plaintiff is scheduled to be released on Parole, on December 20, 2007. On April 20, 2007 while here at the FCC Petersburg - Medium Facility. I, was Ordered and instructed by the U.S.P.C. through my Case Manager, that upon my release. I had to comply with the "SPECIAL CONDITIONS OF RELEASE" See Exhibit A. See Exhibit A. Those conditions are being imposed as a act of further harassment Those conditions are as follows :

1. I, am suppose to acknowledge that I am in need of Treatment as a Sex Offender.

2. I, will be subjected to Special Sex Offender Aftercare Conditions and Treatment.

C.    A                    ARGUMENT

As Plaintiff stated in his initial Complaint and as the Record will prove. Plaintiff was incarcerated in 1988-89 for the crimes of Robbery, Armed Robbery, Two Counts of Attempt Robbery and Assault with a Dangerous Weapon. Plaintiff was never convicted in any Court of Law of any Sex Crimes. Being found guilty of committing a Sex Crime in a court of Law. Is the main element that needs to be shown and proven by the Defendants, in order for them to be able to impose Sex Offender Treatment Conditions upon this Plaintiff.

If, this Court would look at the facts and compare them with the needed elements. this Court will clearly see that the two do not match.

Therefore, the Defendants lack any and all proof of the primary elements in support of any defense or argument that that may try to raise in support of their defense. That Main Element that is and should be required by this Court is a conviction of committing a Sex Crime by this Plaintiff. Therefore, being that that element is not and has not been presented to this Court. Plaintiff should not be required to comply with Sex Offender Treatment and Aftercare.

3.

williams

Wherefore, in the interest of Justice, I, Plaintiff Johnny Ray Chandler, Sr. Respectfully moves this Honorable Court to Grant Plaintiff's request and issue the Requested Permanent Restraining Order against the United States Parole Commission and it remain in full affect until such time as it can be proven by the U.S.P.C. that Plaintiff has been found guilty in a Court of Law of Committing a Sex Act.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

## CERTIFICATE OF SERVICE

I, Plaintiff Johnny Ray Chandler, Sr. Hereby certify that a true and correct copy of the foregoing Motion in support of Plaintiffs' Request for a Permanent Restraining Order, the Certificate of Service, and the Proposed Order. Were mailed, U.S. First Class Mail postage pre paid on this 22nd day of JULY, 2007 TO :

CC: Mr. Mercedeh Momeni
    Asst. United States Attorney
    Civil Division
    441 4th Street, N.W.
    Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003