BP-S522.051 **SUPERVISION RELEASE PLAN** CDFRM
SEP 99

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

Exhibit A.

| | |
|---|---|
| Institution Name: Federal Correctional Complex, Petersburg, Medium<br>Address: P.O. Box 90042<br>Petersburg, Virginia 23804<br><br>Phone Number: (804) 504-7200 | Date: 04-27-2007 |

Federal Bureau of Prisons
U. S. Department of Justice
Washington, D.C.

Gentlemen:

Under the law I become eligible for **RELEASE**
☐ GCT Release
■ Parole
☐ Mandatory Release
on December 20, 2007
      (date)

In accordance therewith I submit the following as my plans for the service of the remainder of my sentence under supervision. Pursuant to my sentence, I must report in person to the United States Probation Office within 72 hours of my release.
(Type or Print)

**RESIDENCE**

| | |
|---|---|
| Address | 6015 8th Street N.W. Washington, DC 20011 |
| With Whom | Mr. Nazim Abdul Kalliem |
| Relationship | Father |
| Telephone Number | (202)723-8885 (Home) |

**EMPLOYER**

| | |
|---|---|
| Name | To be secured upon released. |
| Address | |
| Telephone Number | |
| Nature of Business: | |

| TO BE COMPLETED BY INSTITUTION STAFF ||
|---|---|
| **SENTENCING DISTRICT** | District of Columbia, Superior Court |
| **DETAINERS** | None Known |
| **SPECIAL CONDITIONS** | You shall be subject to the Special Drug Aftercare Condition that requires that you participate as instructed by your Supervision Officer in a program (impatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment. In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with Special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you. |
| **REMARKS** | |

*Sensitive Limited Official Use Only*

| Printed Name and Signature of Inmate<br>Chandler, Johnny | *Johnny Ray Chandler* | Register No.<br>11977-007 |
|---|---|---|
| Witness (Case Manager) Printed Name and Signature<br>E. Brown | *E. Brown* | Date<br>April 20, 2007 |
| Review (Unit Manager) Printed Name and Signature<br>Mr. K. Kiddy | *K. Kiddy* | Date<br>April 20, 2007 |

This form is to be completed by all individuals subject to supervision by the U.S. Probation Office. This includes Supervised Release, Parole, Mandatory Release, Mandatory Release to Special Parole, Special Parole and Court Designated Parole.

Record Copy - Institution; Copy - U.S. Probation Office; Copy - Inmate
(This form may be replicated via WP)                       This form replaces BP-S522 DTD SEP 95

*Sensitive Limited Official Use Only*