UNITED STATES DISTRICT COURT
for the District of Columbia

CIVIL DIVISION

Johnny Ray Chandler, Sr.          :
    Plaintiff,                    :
                                  :
V.                                : Civil Action No. 06-cv-0664(P.L.F.)
                                  :
Anthony Williams, et al.,         :
    Defendants.                   :

ORDER

Upon consideration of the Motion filed by Plaintiff, Johnny Ray Chandler, Sr. Requesting a Permanent Restraining ORDER against the United States Parole Commission. Along with any and all opposition thereto filed by the Defendants.

It is hereby ORDERED on this _____ day of _____, 2007. That the Requested Permanent Restraining ORDER against the United States Parole Commission. Is hereby GRANTED !

It is further ORDERED that unless and until such time as plaintiff, Johnny Ray Chandler, Sr. is convicted in a Court of Law in the United States of America of committing a Sex Crime against a Citizen of this Country. His Parole is not to be supervised by the CSOSA Sex Offender Unit or any other Sex Unit. Also, he is not to be subjected to any forms of Sex Offender Treatment, ( TESTING or AFTERCARE )

SO ORDERED :

                                                                UNITED STATES DISTRICT COURT JUDGE