United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

  V.    Civil Action No. 06-cv-0664 (P.L.F)

Anthony Williams, et al.,

    Defendants

RECEIVED
JUL 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Motion For Leave To Amend Complaint

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding, Pro Se, Pursuant to Rule 15 of the Fed. R. Civ. Pro, and the Rules of this Court, Respectfully moves this Honorable Court, To Grant this Plaintiff Leave to Amend the above Complaint.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

1.

Respectfully Submitted,
Johnny Ray Chandler, Sr.
Reg. No. 14977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

Memorandum of Points and Authorities in support of Plaintiffs' Motion for Leave To Amend the Complaint

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant To Rule 15 of the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Court to Grant him Leave to Amend the above Complaint.

A.                    Introduction

In Plaintiffs' initial Complaint. It was factually stated that the U.S. Parole Commission violated this Plaintiff's Procedural Due Process Rights. When it Ordered that this Plaintiff be Supervised by the C.S.O.S.A. Sex Offender's Unit and this

2.

Plaintiff was not given a Hearing.

Here in this Amendment to the above Complaint. Once again, the U.S.P.C. through the actions of it's staff member, Mr. Paul Howard (Hearing Examiner). Violated this Plaintiffs' Procedural Due Process.

B.   ARGUMENT

On October 30, 2006, Plaintiff was given a Parole Revocation Hearing. That Hearing was Chaired by Parole Examiner, Mr. Paul Howard. At that alleged Hearing. Mr. Howard allowed evidence to be presented and accepted that had not be given to Plaintiff or Plaintiff's Attorney of Record, Ms. Olinda Moyd, Public Defender Service Parole Division Director. My Attorney, Ms. Moyd verbally objected to the raising of that evidence. But, Mr. Howard still allowed the documents to be taken in to evidence and was used against this Plaintiff by Mr. Paul Howard in recommending that this Plaintiffs' Parole be Revoked. On November 3, 2007 My Attorney, Ms. Olinda Moyd, Submitted a letter of Reconsideration to the Chairman of the U.S.P.C., Mr. Edward Reilly, Jr. and the Case Analyst, Ms. Tiffani Wright of the U.S.P.C. (See Exhibit A.)

3.

Therefore, being that Plaintiffs' Due Process was maliciously and intentionally violated by Mr. Paul Howard and affirmed by Mr. Edward Reilly, Jr. (Chairman) and Ms. Tiffani Wright (Case Analyst).

I, Plaintiff, Johnny Ray Chandler, Sr. moves this Court to add Mr. Paul Howard (Examiner), Mr. Edward Reilly, Jr. (Chairman), and Ms. Tiffani Wright as additional Defendants. Plus, add the additional Claims of Due Process Violation.

Wherefore, in the interest of Justice, Plaintiff respectfully moves this Court to Grant him Leave to Amend the Complaint and Supplement the Pleadings.

Respectfully Submitted,

Johnny Ray Chandler

4),

Certificate of Service

I Plaintiff, Johnny Ray Chandler, Hereby certify that a true and correct copy of the foregoing Motion for Leave to Amend the Complaint, the exhibits and the Certificate of Service, Were mailed U.S. First Class Mail, postage prepaid, On this 24th day of July, 2007;

TO: Mr. Mercedeh Momeni
Asst. U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Reg. No. 91977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

5.