## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Johnny Ray Chandler, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-0664 (PLF) and |
| | ) | Civil Action No. 06-1314 (PLF) |
| District of Columbia et al., | ) | ECF |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## FEDERAL DEFENDANTS' OMNIBUS MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FILINGS UNTIL AFTER DECISIONS HAVE BEEN RENDERED ON DISPOSITIVE MOTIONS

1.      Federal defendants, by and through undersigned counsel, have moved to dismiss the complaints, in the above-referenced matters, pursuant to Fed. R. Civ. P. 12 (b)(1), (b)(5) and (b)(6) for lack of jurisdiction and failure to state a claim upon which relief can be granted, failure to perfect service on federal defendants, and the Tucker Act, 28 U.S.C. § 1491(a)(1).  *See* Civ. Action 06-0664, Doc. No. 36 and 44; Civ. Action No. 06-1314, Doc. No. 14.

2.      Federal defendants have also filed their Motion to Stay All Filings Until After Decisions Have Been Rendered on Dispositive Motions.  *See* Civ. Action No. 06-0664, Doc. No. 53; and, Civ. Action No. 06-1314, Doc. No. 21, ("Motion to Stay").  Plaintiff has not opposed the Motion to Stay.  However, because federal defendants await a decision on their Motion to Stay, and plaintiff continues to file additional motions and various documents, it has become necessary to request an extension of time to respond to all plaintiff's filings – now pending and any that may be filed by him in the future – until such time as the Court rules on federal defendants' Motions to Dismiss.

3.     Plaintiff has been classified as a prolific filer and has filed a number of motions during and after the completion of the dispositive motions practice.  *See e.g.*, Civ. Action No. 06-0664, Doc. Nos. 48, 49, 50, 51, 54, 55, 56 and 57; and, Civil Action No. 06-1314, Doc. No. 20, 22, 23, and 24.

4.     It appears that plaintiff's filings are repetitive and need not be resolved at this juncture, because federal defendants' pending motions to dismiss adequately address the issues raised in both lawsuits.  Additionally, should the Court dispose of the above-referenced matters, there will be no need to respond to plaintiff's motions.

5.     Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion.  Undersigned counsel, therefore, has not obtained his position as to the relief requested.[1]

6.     Accordingly, federal defendants respectfully request to stay all filings – now pending and any that plaintiff may file in the future – until such time as the Court has rendered its decisions on the dispositive motions.  If the dispositive motions are denied, in whole or in part, federal defendants respectfully request to submit a proposed briefing schedule, within 10 days after the decisions have been rendered.  A proposed Order accompanies this motion.

---

[1]  Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner *pro se* parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner *pro se* parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a).

Respectfully submitted,


_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS,  D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2007, I caused the foregoing *Federal Defendants' Motion to Extend Time to Respond to Plaintiff's Filings* to be served on *pro se* Petitioner, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**


_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Johnny Ray Chandler,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0664 (PLF)** |
| | ) | **Civil Action No. 06-1314 (PLF)** |
| **District of Columbia et al.,** | ) | **ECF** |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**<u>ORDER</u>**

UPON CONSIDERATION of federal defendants' Omnibus Motion to Extend Time to Respond to Plaintiff's Filings, and any opposition thereto, and the entire record in this case, it is hereby

ORDERED that federal defendants need not respond to any of plaintiff's filings until after this Court rules on the dispositive motions in the above-referenced matters.

It is further ORDERED that if plaintiff's complaint(s) survive the pending dispositive motions, federal defendants file, within 10 days of the time the Court's decision has been rendered, a proposed briefing scheduling for responses to any remaining motions.

Dated:                                    _____
                                          UNITED STATES DISTRICT COURT

Copies to:
Johnny Ray Chandler, Sr.
R11977-007
Petersburg Federal Correctional Center
Medium
P.O. Box 90043
Petersburg, VA  23804

-0-