**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Johnny Ray Chandler,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-0664 (PLF) and** |
| | ) | |
| **District of Columbia et al.,** | ) | **ECF** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**FEDERAL DEFENDANTS' NOTICE OF FILING**
**OF CORRECTED CERTIFICATE OF SERVICE**

Federal defendants, by and through undersigned counsel, have moved to extend time to respond to all plaintiff's filings in the above-referenced matter.  *See* Doc. No. 58.  The Certificate of Service contained the incorrect date of May 30, 2007, due to an oversight.  A corrected Certificate of Service is herewith attached and filed with the Court on this 31st day of July 2007.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS,  D.C. Bar # 434122
Assistant United States Attorney
_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2007, I caused the foregoing *Federal*

*Defendants' Omnibus Motion to Extend Time to Respond to Plaintiff's Filings* to be served on

*pro se* Petitioner, postage prepaid, addressed as follows:

**JOHNNY RAY CHANDLER, SR.**
**R11977-007**
**PETERSBURG FEDERAL CORRECTIONAL CENTER**
**Medium**
**P.O. Box 90043**
**Petersburg, VA  23804**


      /s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

-0-