**UNITED STATES DISTRICT COURT**
**for the District of Columbia**

**CIVIL DIVISION**

RECEIVED

AUG - 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.,          :

        Plaintiff,          :

        V.          :   Civil Action No. 06-cv-0664 (P.L.F.)

                   :

Anthony Williams, et al.,          :

        Defendants.          :

## PLAINTISS'S MOTION TO PRODUCE EVIDENCE

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Court to accept into the Record, the following evidence.

    In support of this Motion. Plaintiff referrs this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

*Johnny Ray Chandler, Sr.*

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

1.

**UNITED STATES DISTRICT COURT**
**for the District of Columbia**

**CIVIL DIVISION**

| | |
|---|---|
| Johnny Ray Chandler, Sr., | : |
| Plaintiff, | : |
| | : |
| V. | : Civil Action No. 06-cv-0664(P.L.F.) |
| | : |
| Anthony Williams, et al., | : |
| | : |
| Defendants. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO PRODUCE EVIDENCE**

Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Respectfully moves this Honorable Court to accept the following document into evidence.

A.                    **INTRODUCTION**

In Plaintiff's initial Complaint. He factually alleged that on January 18, 2006. He was ORDERED by the U.S. Parole Commission to report too the CSOSA Sex Offenders Unit. For Sex Offender testing and treatment. Plaintiff, also factually alleged that this was done in violation of his Procedural Due Process Rights under the Fifth and Fourteenth Amendment Rights. Because, Plaintiff was not afforded the Right to Appeal that decision As this Court can see. The decision was not Appealable. The Right to Appeal is one of the main elements of Procedural Due Process.

Wherefore, in the interest of Justice. Plaintiff respectfully moves this Court to accept the following evidence.

Respectfully Submitted

Johnny Ray Chandler, Sr.
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804-9003

2.

## CERTIFICATE OF SERVICE

I, Plaintiff Johnny Ray Chandler, Sr. Hereby certify that a true and correct copy of the foregoing Motion to Produce Evidence was mailed, U.S. First Class Mail postage pre-paid on this 25th day of July 2007: TO:


CC : Mr. Mercedeh Momeni
     Asst. United States Attorney
     555 4th Street, N.W.
     Civil Division
     Washington, D.C. 20530


Respectfully Submitted,

Johnny Ray Chandler, Sr.
     Plaintiff, Pro-Se
Fed. Reg. No. 11977-007
FCC Petersburg - Medium
     P.O. Box 90043
Petersburg, Va. 23804-9003

3.

*Mr. Collie C.*

*Exhibit C.*

USPC            1/18/2006  9:00    PAGE 1/1    Fax Server

U.S. Department of Justice
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

**Notice of Action**

Name: CHANDLER, Johnny                CSOSA:   Sex Offenders' Supervision-Team 13
Register Number: 11977-007
DCDC No: 174-730                         Date:    January 18, 2006

In the case of the above-named, the following action was ordered:

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or out-patient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

You shall be subject to the Global Positioning Systems monitoring inclusive of a curfew and/or exclusion zones as determined by your Supervision Officer.

**REASONS:**

Pursuant to 28 C.F.R. §2.85 - Special Condition added.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   Charles James
      Supervision Officer
      Sex Offenders' Supervision-Team 13
      CSOSA
      300 Indiana Avenue, N.W., Rm 2002
      Washington, D.C. 20001

      CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001