UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JOHNNY RAY CHANDLER, SR.,           )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 06-0664 (PLF)
                                    )
CHARLES JAMES, et al.,              )
                                    )
        Defendants.                 )
_____ )

ORDER

   *Pro se* plaintiff filed suit in the Superior Court of the District of Columbia on or around February 22, 2006.  Pursuant to 28 U.S.C. § 2679(d)(1), the United States certified that two of the defendants were acting in the scope of their respective offices or employment at the time of the alleged incidents and has substituted itself for those defendants.  The United States further removed the instant case to this Court pursuant to 28 U.S.C. § 2679(d)(2) and the Court's jurisdiction under 28 U.S.C. §§ 1441(a) and 1442(a)(1).

   The plaintiff was classified a prolific filer by this Court on March 10, 1996, and barred from filing civil actions without leave of the Court.  See Memorandum Order, Chandler v. D.C. Dep't of Corr., Civil Action No. 95-2366 (D.D.C. March 10, 1996).  To seek leave to file, the plaintiff is also required by Judge Kessler's Order in that case to "certify that his claims have never before been raised and disposed of on the merits.  He must also certify that the claims are not frivolous or harassing."  Id. at 9.  The plaintiff sought leave to file numerous complaints with this Court since that time, many of which the Court has not allowed to be filed.  Because the

plaintiff did not file a complaint with this Court in this case, but, rather, filed a complaint in the Superior Court which was removed by the United States, the Court permitted the plaintiff to maintain his suit here after certifying that his claims have never been raised and disposed of on the merits, and also that they are not frivolous or harassing.

Since the time that plaintiff has certified that his claims have never been raised and disposed of on the merits, and also that they are not frivolous or harassing, defendants in this matter have filed a motion to dismiss that has been fully briefed and is currently pending before the Court. Plaintiff has filed numerous motions, most of them plainly without merit during that time. The Court will not permit plaintiff to continue clogging its docket with these motions. Accordingly, it is hereby

ORDERED that defendants' motion to stay all filings until the pending dispositive motions have been decided [53] is GRANTED; and it is

FURTHER ORDERED that the following motions filed by plaintiff [48, 49, 51, 54, 60] are DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
DATE: August 17, 2007				United States District Judge