United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.

Anthony Williams, et al.,
Matthew Kiely, et al.,

    Defendants.

Plaintiffs' Notice of Address Change

    Comes now plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civil Pro. and the Rules of this Honorable Court, Hereby respectfully files this Notice of Address Change.

1.

RECEIVED
SEP - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On August 9, 2007, by Order of the F.B.O.P. (Federal Bureau of Prison). Plaintiff, Johnny Ray Chandler was transferred to the Allenwood, U.S.P. (Penitentiary) in White Deer, Pa. Plaintiff's new address is:

U.S.P. Allenwood
P.O. Box 3500
White Deer, Pa. 17887
Ph. No. (570) 547-0963

Wherefore, any and all future Orders or Rulings by the Court, Can be sent to Plaintiff at the above address.

Respectfully Submitted

Johnny Ray Chandler

2.

Certificate of Service

I Plaintiff Johnny Ray Chandler Hereby certifies that a true and correct copy of the foregoing Notice of Address Change. Was mailed, U.S. First Class Mail, postage prepaid on this 16th day of August, 2007, TO:

CC: Mr. Mercedeh Momeni
Asst. U.S. Attorney
555 4th Street, N.W.
Civil Division
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler
Reg. No. A977-007



3.