United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.   Case No. 06-CV-0664 (P.L.F)

Anthony Williams, et al.,

    Defendants.

RECEIVED
DEC - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Request for Leave to Amend the Complaint and Supplement the Pleadings.

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Honorable Court to Grant Plaintiff Leave to Amend

the Complaint and Supplement the Pleadings.

In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

Memorandum of Points and Authorities in support of Plaintiffs' request for Leave to Amend the Complaint.

Plaintiff, Johnny Ray Chandler hereby moves this Honorable Court to accept into the Record, His Amendment to the above Claim. In Plaintiff's initial Complaint, It was factually alleged that the United States Parole Commission had violated plaintiffs' Procedural Due Process by inhancing plaintiffs' Parole Supervision without a hearing or a chance to Appeal that decision.

Here, in this Amendment to the above Complaint. Once again, on two seperate ocassions; October 30, 2006 and July 12, 2007. Plaintiff was denied his Due Process Rights under the Fifth and Fourteenth Amendment.

Argument

On October 30, 2006. This Plaintiff was given a Parole Revocation Hearing. At that Hearing. Plaintiff was represented by Counsel, Ms. Olinda Moyd, Esquire of the Public Defender Service, (D.C.)

At that Hearing the Parole Examiner (Hearing Examiner) Mr. Paul Howard allow documents to be placed into evidence that had not been given to me or my Attorney of Records, Ms. Olinda Moyd, Esquire. On November 3, 2006 Ms. Moyd filed a letter of Reconsideration. To the Parole Commissioner, Mr. Edward Reilly, Jr. (See Exhibit A)

Due Process Violation # 2

On July 12, 2007 the Commission retarded my Presumptive Parole Date of 12/20/07 by 90 days. I was given a Notice of Action, But, at the bottom of the Notice in Bold letters, It states

"The Above Decision is NOT Appealable" (See Exhibit B).

Even though there is no Liberty Interest in Parole. Any and all actions of Government are and should be Appealable.

### Requested Relief

As relief in the above two (2) violations of Plaintiffs' Procedural Due Process. Plaintiff moves this Honorable Court to award him the following relief.

1. For violation of Plaintiff's Due Process Rights under the Fifth and Fourteenth Amendment $250,000.00 Monitary Relief

2. $250,000.00 Punitive

3. Injunctive Relief: Plaintiff be given credit for all the time spent on Parole from June 3, 2005 to August 30, 2006

Respectfully Submitted,

Johnny Ray Chandler, Sr.
11907-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887


Certificate of Service


I, hereby certify that a true and correct copy of the foregoing Motion for Leave to Amend the Complaint, was mailed U.S. First Class Mail, Postage prepaid, On this <u>28th</u> day of November, 2007

To: Mr. Mercedeh Momeni
    Asst. U.S. Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530

Johnny Ray Chandler