Exhibit B.

USPC                    7/12/2007  9:02    PAGE 1/1    Fax Server

U.S. Department of Justice                         **Notice of Action**
United States Parole Commission
5550 Friendship Boulevard
Chevy Chase, Maryland 20815-7201

---

Name: Chandler, Johnny                    Institution:  Petersburg FCI-Med
Register Number: 11977-007
DCDC No: 174-730                          Date:         July 12, 2007

---

In the case of the above-named, the Commission orders pursuant to 28 C.F.R. §2.86:

Reopen and retard presumptive parole date of 12/20/07 by 90 days for violating the rules of the institution. Parole effective March 19, 2008.

With the special condition(s) as indicated below:

In addition, you shall be subject to the Special Drug and Alcohol Aftercare Conditions that requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug and alcohol dependency. That program may include testing and examination to determine if you have reverted to the use of drugs or alcohol. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

In addition, you shall be subject to the Special Sex Offender Aftercare Condition. You shall participate in an in-patient or outpatient mental health program as directed by your Supervision Officer, with special emphasis on long-term sex offender testing and treatment. You are expected to acknowledge your need for treatment and to participate in good faith in achieving the program goals that will be established for you.

**REASONS:**

The Commission has determined, based upon an incident report from the Bureau of Prisons, that on 4/30/07 you were found guilty by a Disciplinary Hearing Officer of Disruptive Conduct

on 4/30/07, 3/22/07 and 2/2/07 you were found guilty by a Disciplinary Hearing Officer of Insolence Towards a Staff Member

THE ABOVE DECISION IS NOT APPEALABLE.

---

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:   CSS Data Management Group
      D.C. Court Services & Offender Supervision Agency
      300 Indiana Avenue, N.W., Suite 2070
      Washington, D.C. 20001

INMATE CHANDLER JOHNNIE R. #11977-007 REFUSED TO SIGN ano modl 7/27/07

Chandler 11977-007              -1-                        Clerk: OMG
Queued: 07-12-2007 11:26:32 BOP-Petersburg FCI-Med