United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.   Civil Action No. 06-CV-0664(P.L.F.)

Anthony Williams, et al.,

    Defendants.

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Motion for Judgment on the Pleading

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding, Pro-Se, Pursuant to the Fed. R. Civ. Pro, and the Rules of this Court, Respectfully moves this Honorable Court to enter a Judgment on the pleadings.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,
Johnny Ray Chandler

United States District Court
for the District of Columbia

Johnny Ray Chandler, Sr.,

    Plaintiff,

    V.    Civil Action No. 06-CV-0664(P.L.F.)

Anthony Williams, et al.,

    Defendants.

Memorandum of Points and Authorities in support of Plaintiffs' Motion for Judgment on the Pleadings

    Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Respectfully moves this Honorable Court to enter Judgement on the Pleading.

    This case) Complaint was initially filed in the D.C. Superior Court. (Case No. 06-ca-1911 (S.F.). On April 27, 2006. This case was transferred from the D.C. Superior.

    On May 30, 2007. Defendant, Court Services and Offender Supervision Agency filed a Motion to stay all filings until after this Court renders it's

decision on Dispositive Motion, That was filed by the Defendant, Court Services and Offender Supervision Agency.

On August 9, 2007, This Court issued an Order Granting Defendants an extention of Time to respond to Plaintiff's filing until after decision have been rendered on dispositive motion.

Wherefore, in the interest of Justice, Plaintiff respectfully moves this Honorable Court to enter a Judgment on the Pleadings (Dispositive Motion)

Respectfully Submitted,
Johnny Paul Chandler, Sr.
Reg. No. 19077-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Motion for Judgment on the Pleading, Memorandum of Points and Authorities and the Certificate of Service, were mailed, U.S. First Class Mail, postage prepaid on this 15th day of January, 2008, To:

Mr. Mercedeh Momeni
Asst. United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully Submitted,

Johnny Ray Chandler, Sr. Plaintiff, Pro Se
Reg. No. 10777-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887