United States District Court
for the District of Columbia

Civil Division                              06-664 PLF

Johnny Ray Chandler, Sr.

　　　　　Plaintiff,

　　v.

Attorney General, et al.,

　　　　　Defendants.

Plaintiff's Request for Case to be held in abeyance

　　Comes now Plaintiff, Johnny Ray Chandler, Sr. Pursuant to the Fed. R. Civ. Pro. and proceeding Pro se, Respectfully moves this Court to hold the above claim in abeyance Pending exhaustion of Administrative Remedies, pursuant to 28 U.S.C. 2675(a).

　　In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

RECEIVED
JUN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiffs' Memorandum of Points and Authorities in support of his request for Claim to be held in abeyance...

Plaintiff, Johnny Ray Crandle, proceeding Pro Se, Pursuant to Fed. R. Civ. Pro., 28 U.S.C. 2675(a) and the Rules of this Court. Respectfully moves this Court to place this Claim in abeyance. Pending plaintiffs' exhaustion of his administrative remedies.

A.    Argument

In the above claim, Plaintiff factually alleged that the U.S. Parole Commission is guilty of the Tort of False Accusation.

Pursuant to 28 U.S.C. 2675(a), "An action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, unless the claimant shall have first presented the claim to the appropriate federal agency and his claim shall have been finally denied by the agency in writing and

sent by certified mail."

I am in the process of sending a Claim to the Office of the General Counsel for the United States Parole Commission.

Therefore, in the interest of Justice, Plaintiff respectfully moves this Honorable Court to place this claim in abeyance pending a final decision from the U.S. Parole Commission.

Respectfully Submitted,

Johnnie Ray Chavous
Plaintiff, Pro Se
Reg. No. 11977-001

Certificate of Service

I, hereby certify that a true and correct copy of this foregoing Motion Requesting this claim to be placed in said court Washington, U.S. First Class Mail, postage pre-paid. On this 29th day of May, 2008.

To: Mr. Mercedeh Momeni
Assistant U.S. Attorney
555 fourth street N.W.
Washington, DC 20530-0001

Respectfully Submitted,

Johnny Ray Chandler