Exhibit A

Memorandum

To: The General Counsel
U.S. Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland

From: Johnny Ray Chandler, Sr.
Reg. No. 11977-007
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

Subject: Federal Tort Claim Act 28 U.S.C.A. § 2675

Date: May 19, 2008

To whom it may concern:

The following is a Tort Claim against the U.S.P.C. for the Tort of False Accusation.

On June 3, 2005. I was released on Parole (Supervised). At the time of my release. I was released on General

Supervision. On or about December 20, 2005. The U.S.P.C. Ordered that my Supervision be changed from General Supervision, to Maximum Supervision. I was told to report to the Court Services and Offenders Supervision Agency's Sex Offender Unit at 300 Indiana Ave., N.W. Washington, D.C. 20001.

Pursuant to the Guidelines for Parole Supervision by the C.S.O.S.A. Sex Offender Unit. The Parolee must have been convicted in a Court of Law of committing some form of Sex Crime.

I was convicted of Robbery, Armed Robbery, Assault with a Dangerous Weapon and two counts of Attempt Robbery. I was never convicted of any Sex Crime. Which is one of the main Elements need in order for a Parolee to be Supervised by the Sex Offender Unit of C.S.O.S.A.

By the U.S.P.C. changing my Supervision from General to Maximum and ordering that I report to the C.S.O.S.A Sex Offender Unit. They, the U.S.P.C.

has falsely accussed me of being a Sex Offender.

Furthermore, as a direct result of this accusation (false) and Supervision by the Sex Offenders Unit. My social and employment enviorement has been greatly affected. I must inform all friends (females), That I am on Parole. Supervised by the Sex Offender Unit, Which causes every female to be very leary and un-social. Whenever in my present.

As relief in this Claim. To enclude settlement. I ask to be awarded:

$175,000.00 for personal injury

May 19, 2008

Johnny Ray Chandler, Sr.
Reg. No. 14477-007

# Certificate of Service

I, certify that a true and correct copy of the foregoing Tort Claim, was mailed U.S. First Class Mail, postage prepaid on this __29th__ day of __May__, 2008, to:

Mercedeh Momeni
Asst. U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530-0001

Respectfully Submitted,

Johnny Ray Chandler, Sr.