# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

OMB NO. 1105-0008

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| U.S. Parole Commission 5550 Friendship Blvd Chevy Chase, MD. | Johnny Ray Chandler 11977-00, U.S.P. Allenwood, P.O. Box 3000, White Deer, Pa. 17887 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 11-11-1953 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

This Tort Claim is against the U.S.P.C. for the Torts of: (1) Harrassment, (2) Malicious prosecution, (3) False Accusations. Back in December of 2005, I received Notice from the U.S.P.C. that my parole supervision was being changed from General Supervision to Maximum Supervision. Plus I was placed under supervision by the C.S.O.S.A. Sex Offender Unit.

## 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

## 10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

RECEIVED
NOV 26 2007
U.S. Parole Commission
Legal

## 11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
|  |  |

## 12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
|  | $25,000.00 |  | $25,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Johnny Ray Chandler, Sr. |  | 11-5-07 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.    NSN 7540-00-634-4046

GOVERNMENT EXHIBIT 1

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Johnny Roy Chandler
Reg. No. 11977-007

I am not a sex offender and I have never been convicted of a sex crime. Pursuant to the Code of Federal Regulations, 28 C.F.R. 811.14. There are three classes of sex offenders (Class A, B, or C.) In all three (3) classes. The main element for supervision by the Sex Offender Unit. Is a legal conviction of a Sex Crime. I have never been convicted of a Sex Crime. But, the U.S.P.C. has me being supervised by the C.S.O.S.A Sex Offender Unit. Which constitutes as harassment False Accusations, and Malicious prosecution.

## Additional Relief

In addition to the $25,000.00 monitary relief. I ask that I be placed back on General Supervision.

JUN 2 - 2008

Memorandum

To: The General Counsel
U.S. Parole Commission
5550 Friendship Blvd.
Chevy Chase, Maryland

RECEIVED JUN - 4 2008

From: Johnny Ray Chandler, Sr.
Reg. No. 11977-007
U.S.P. Canaan
P.O. Box 300
Waymart, Pa. 18472

Subject: Federal Tort Claim Act 28 U.S.C.A. § 2675

Date: May 19, 2008

To whom it may concern:

The following is a Tort Claim against the U.S.P.C. For the Tort of False Accusation.

On June 3, 2005. I was released on Parole (Supervised). At the time of my release, I was released on General

Supervision. On or about December 20, 2005. The U.S.P.C. Ordered that my supervision be changed from General Supervision, to Maximum Supervision. I was told to report to the Court Services and Offenders Supervision Agency's Sex Offender Unit at 300 Indiana Ave., N.W. Washington, D.C. 20001.

Pursuant to the Guidelines for Parole Supervision by the C.S.O.S.A. Sex Offender Unit. The Parolee must have been convicted in a Court of Law of committing some form of Sex Crime.

I was convicted of Robbery, Armed Robbery, Assault with a Dangerous Weapon and two counts of Attempt Robbery. I was never convicted of any Sex Crime. Which is one of the main Elements need in order for a Parolee to be supervised by the Sex Offender Unit of C.S.O.S.A.

By the U.S.P.C. changing my supervision from General to Maximum and ordering that I report to the C.S.O.S.A Sex Offender Unit. They, the U.S.P.C.

has falsely accussed me of being a sex offender.

Furthermore, as a direct result of this accusation (false) and supervision by the Sex Offenders Unit. My social and employment enviorment has been greatly affected. I must inform all friends (females). That I am on Parole. Supervised by the Sex Offender Unit, Which causes every female to be very leary and un-social. Whenever in my present.

As relief in this Claim, To enclude settlement, I ask to be awarded:

$175,000.00 for personal injury

May 19, 2008

Johnny Ray Chandler, Sr.
Reg. No. 11477-007

## Certificate of Service

I certify that a true and correct copy of the foregoing Tort Claim, was mailed U.S. First Class Mail, postage prepaid on this __29th__ day of __May__ 2008, To:

Mercedeh Momeni
Asst. U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530-0001

Respectfully submitted,

Johnny Ray Chandler, Sr.