UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHNNY RAY CHANDLER, SR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-664 (PLF) |
| CHARLES JAMES, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that plaintiff's first motion to amend or supplement the complaint [Docket No. 4] is GRANTED; it is

FURTHER ORDERED that plaintiff's third motion to amend or supplement the complaint [Docket No. 13] is DENIED as moot; it is

FURTHER ORDERED that plaintiff's second, fourth, fifth, and sixth motions to amend or supplement the complaint [Docket Nos. 7, 18, 24, and 50] are DENIED with prejudice; it is

FURTHER ORDERED that plaintiff's seventh motion to amend or supplement the complaint [Docket No. 57] is DENIED without prejudice; it is

FURTHER ORDERED that all remaining motions filed by the plaintiff [Docket Nos. 39, 63, 64, 65, 70, 71, 74, 75, 76, and 77] are DENIED; it is

FURTHER ORDERED that the motion to dismiss or, in the alternative, for summary judgment filed by the United States, the United States Parole Commission, the Court

Services and Offender Agency, Charles James, and Linwood A. Williams [Docket Nos. 32 and 35] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that plaintiff's claims against the United States, the United States Parole Commission, the Court Services and Offender Agency, and the Center for Clinical and Forensic Services, Inc., are DISMISSED; it is

FURTHER ORDERED that plaintiff's common law tort claims and claims alleging violations of the First Amendment, the Fifth Amendment privilege against self-incrimination, the Eighth Amendment, and the Fourteenth Amendment as to defendants Charles James and Linwood A. Williams are DISMISSED; it is

FURTHER ORDERED that, on or before June 17, 2011, the plaintiff shall either (1) effect proper service on defendants Phyllis Brodie, Charles James, and Linwood A. Williams, and file proof of that service with the Court, or (2) show cause why his claims against those defendants should not be dismissed for lack of service; and it is

FURTHER ORDERED that, with the exception of the filings the plaintiff is ordered to make pursuant to the paragraph immediately preceding this one, the plaintiff himself shall file nothing further in this case without leave of Court. Any filings submitted without leave will be stricken or summarily denied.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 4, 2011