UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0664 (PLF) |
| ) | |
| CHARLES JAMES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER APPOINTING COUNSEL

For the reasons set forth in the Opinion issued in this case on May 4, 2011, the Court has determined that appointment of counsel to represent the plaintiff in this matter is appropriate. See Chandler v. James, Civil Action No. 06-0664, 2011 WL 1678421, at *9 (D.D.C. May 4, 2011). Accordingly, it is hereby

ORDERED that the following attorneys are appointed to represent the plaintiff in this matter: Jerome A. Murphy and Thomas L. Simek, of the law firm Crowell & Moring; and Ivy Finkenstadt, Philip Fornaci, and Deborah Golden, of the Washington Lawyers' Committee for Civil Rights and Urban Affairs; it is

FURTHER ORDERED that a status conference is scheduled in this case on September 8, 2011, at 9:30 a.m.; and it is

FURTHER ORDERED that the Clerk of the Court shall ensure that a copy of this Order is sent electronically or otherwise to the above-named attorneys.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 8, 2011