United States District Court
District of Columbia

Memorandum

To : The Office of the Clerk
U.S. District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

From : Plaintiff, Mr. Johnny Roy Chandler, Sr.
Fed. Reg. No. 11977-003
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, Pa. 17837-1000

Sub : Request for Case Information

RE : Chandler v. Williams, 06-CV-0664 (P.L.F.)

Date : October 17, 2011



Dear Clerk;

As the subject of this memo implies, I am seeking some very pertinent case information, for the above referenced

Case of Chandler v. Williams, et al., 06-CV-0664, P.L.F. In approximately April of 2011, This Court appointed the Washington Lawyers' Committee as my appointed Case Counsel.

Since their appointment in my Case, As my Attorney's of Record They have not kept me informed of my Case Status, I received Notice from the Court, That my Case had been set for a Status Hearing,

To this day my appointed Counsel has faithfully failed to keep me informed of the Case Status.

Examples:

1. Case Status Hearing information;

2. The issues raised at the Hearing;

3. The Arguments raised by defendants Counsel

4. The defense statement raised by Counsel

5. The next issue to be addressed

6. The overall Case Status,

The appointed Counsel has kept me 100 percent in the blind, as far as my case is concern.

Being that I have been completely kept in the blind, I request that you inform me of the foregoing requested information.

Your personal response, in reference to this correspondence and the issues raised, is urgently needed and will be very deeply appreciated.

Sincerely,
Johnny Ray Chandler, Sr.
Plaintiff, Pro Se
Reg. No. 11977-007
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, Pa. 17837-1000