UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-0664 (PLF) |
| ) | (ECF) |
| UNITED STATES PAROLE COMM'N, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' NOTICE OF FILING OF SUPPLEMENT AUTHORITY

The United States Parole Commission, *et al*. ("Defendants" or "Commission"), by and through the undersigned counsel, respectfully submit this Notice of Supplemental Authority. Defendants intend to rely of the Court's ruling in *Doe v. United States Parole Comm'n*, C.A. No. 12-1807 (JDB), 958 F.Supp.2d 254 (D. D.C. 2013).   The *Doe* ruling is very relevant to the instant matter and was decided during the briefing of the pending Motion for Summary Judgment.

June 25, 2014                              Respectfully submitted,


                                           RONALD C. MACHEN JR, D.C. BAR # 447889
                                           United States Attorney
                                           for the District of Columbia

                                           DANIEL F. VAN HORN, D.C. Bar # 924092
                                           Civil Chief

                                           By:       /s/
                                           KENNETH ADEBONOJO
                                           Assistant United States Attorney
                                           Judiciary Center Building
                                           555 4th Street, N.W. – Civil Division
                                           Washington, D.C.   20530
                                           (202) 514-7157

## **CERTIFICATE OF SERVICE**

I certify that I caused a copy of the foregoing Defendants' Notice of Supplemental Authority to be served upon Plaintiff's counsel via ECF.

on this 25th day of June, 2014

/s/
KENNETH ADEBONOJO
Assistant United States Attorney